UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA        :

      v.                              :

SHEINA LEVIN,                    :            S2 21 Cr. 221 (SHS)

          Defendant.           :

---------------------------------X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
SHEINA LEVIN
Defendant

_____
Witness

_____
MICHAEL FARKAS, ESQ.
Counsel for Defendant

Date:  New York, New York
        March 9, 2023