## MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor
New York, New York 10005

32 Court Street, Suite 408
Brooklyn, New York 11201

June 6, 2023

**MEMO ENDORSED**

<u>Via ECF</u>

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Sheina Levin</u>
S2 21 CR 221

Your Honor:

I write to request that the Court modify the defendant's bail conditions in the referenced matter, specifically with regard to her travel restriction.

First, Ms. Levin requests that her permitted travel area be extended to include the District of New Jersey. This accommodation is sought in order to ease travel between New York City and upstate New York.

Next, Ms. Levin wishes to travel to Los Angeles, CA from July 5 through July 12, 2023 to visit family.

Finally, Ms. Levin wishes to travel to Brimfield, MA from July 13 through July 16, 2023, also for a family outing.

Ms. Levin first reviewed this request with her pre-trial services officer, who indicated that she has no objection subject to the Court's order. Further, I have conferred with AUSA David Abramowicz, who advises that the government consents to this request.

Very truly yours,

Michael C. Farkas

(1) defendant's travel restrictions are modified to include the District of New Jersey; (2) defendant is permitted to travel to Los Angeles, CA and Brimfield, MA and (3) defendant shall provide her pretrial services officer with the details of each trip.

Dated: New York, New York
June 7, 2023

SO ORDERED:

Sidney H. Stein, U.S.D.J.