

**Michael C. Farkas, Esq., PLLC**

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor  
New York, New York 10005

32 Court Street, Suite 408  
Brooklyn, New York 11201

July 17, 2023

<u>Via ECF</u>

Hon. Sidney H. Stein  
U.S. District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: <u>United States v. Sheina Levin</u>  
S2 21 CR 221

Your Honor:

I write with regard to the Court's order dated June 8, 2023 (Docket entry #73), which permitted my client to travel to Los Angeles, CA from July 5 through July 12, 2023, among other travel.

Ms. Levin was unable to take the trip to California due to an acute medical problem and corresponding procedure. She wishes to reschedule that same trip for August 16 through August 21, 2023. Both her pre-trial services officer, and AUSA David Abramowicz, consent to this request.

Accordingly, I request that my client be permitted to take the referenced, rescheduled trip to California.

Thank you.

Very truly yours,

Michael C. Farkas