**EXHIBIT B**

5/9/2023

The Honorable Judge Stein,

My name is Batsheva Amishay and I live in Miami with my husband and our two children. I am 38 years old and I am a real estate broker at Compass Realty.

Sheina Levin is my mother's sister. My grandmother had five girls and all of them remained very close and as a result all of their children remained close as well. Our lives growing up were completely intertwined with one another, so much so, that I felt almost as if my cousins were additional brothers and sisters and my aunts my additional mothers. I feel that way until today, thank G-d, and I have always felt extremely blessed for this. I am one of Sheina's many nieces that were lucky enough to have been touched by her generosity, kindness, support and guidance throughout my life. When I was asked to write this letter on her behalf, my heart jumped at the opportunity to express its sentiments. I only sincerely wish that it were under different circumstances.

My aunt, Sheina, has been so many things for me in my life; which is very apropos because she has always worn so many hats. I would like to take you back to the very beginning of our relationship. From when I was a little girl, I looked up to the gentle way she mothered my cousins, her twins Abbi and Rosi who are only two weeks older than me. Every night she would lay with them and scratch their backs and that simple gesture of nurture made such a huge impression on me. To this day I think of her when I take the time to do the same for my children. She listened to them intently when they expressed themselves and she always beamed with pride and exclaimed to them how amazing and special they all were, and that too is something I have taken with me and make sure to do for my own children.

Fast forward many years to my late teens and I began to work for Sheina as a real estate agent in her company. My aunt was now my boss. I went on to work for her for just about a decade and throughout the most formative years of my twenties. I spent many days, many weeks and many hours in her presence and I can barely remember the times when she was in a bad mood or angry or anything less than her chipper positive self; and let me tell you real estate in Brooklyn was not a serene business to be in if you can imagine. Sheina guided and coached me through those years as an early agent and I was always so inspired by her tenacity, work ethic and dedication to her business. She was the ultimate 'Girl Boss' before it was even a thing. She inspired a drive in me that led me to and through my own career as a successful real estate agent in Miami.

When the work day was over, she channeled all that same tenacity and dedication toward her family. Dinner was always ready when we came home and she was always there right beside us eating with us. Yes, I say us, because another thing my aunt provided for me, as well as many of my cousins, siblings, and community members was a home away from home. My parents had moved to Miami and Sheina's home was always open to me. I ate dinner there after work, I went there when I was lonely and wanted company and I spent many many many Shabbat and

holiday meals at her table. But I always got more than just a great meal (she is an excellent cook)! My aunt would sit with my cousins and I and talk to us and tell stories and listen to us and give advice and feed us with her positive inspiration and her unwavering faith. It was priceless and I will never forget those years. Now as an adult I identify and recognize ten-fold the importance of sitting with children and young adults and talking to them, listening to them, guiding them in a world where nobody has time for anyone anymore. And she gave that to me, and continues to give that to the countless young adults that walk through her open door looking for more than just a hot meal.

Sheina's positive outlook and dedication to her core values and service of G-d has always shown up front and center. She wears her faith with pride, and she shares her passions with warmth and never judgement. She is always the first one to offer a word of encouragement on our family chat. Throughout all her struggles she was always exclaiming that we are not our circumstances, and that joy is a choice and boy did she practice what she preached. When her son Abbi was struggling for years with drug addiction, going in and out of rehab centers, I watched as she stood unwaveringly by supporting, encouraging and believing. She did not give up on him, she did not give up her faith and she did not give up her positive attitude. Similarly, when her youngest daughter, Emet, suddenly developed █████████████ and was both in excruciating physical and emotional pain, Sheina was her rock. Her daughter continues to face challenges until today in connection with her disease and my aunt is right there beside her, holding her hand through it all. I have watched and observed my aunt as a mother for as long as I can remember, and it has been nothing short of stunning. She has swayed and bent through the ebbs and flows, trials and tribulations and with each challenge I have seen her develop more tolerance, more love and more flexibility.

Recently, at my grandmother's (thank G-d) 90th birthday celebration, Sheina made a speech. She ended off that speech by exclaiming that she is choosing joy, she is choosing positivity, and she is choosing happiness. So you see, Sheina is more than just my aunt. She is a force, she is a teacher, she is a mother, she is a coach, she is a cheerleader. And the world needs more cheerleaders.

I respectfully ask for your compassion, not only for my aunt, Sheina, but for all of those that are deeply affected by her compassion and generosity towards them on a daily basis.

I thank you deeply for your time and attention.

Batsheva Amishay

09 / 07 / 2023



August 28, 2023

By the Grace of G-D

The Honorable Judge Stein,

Greeting and Blessing:

My name is Ovadia Anatian, and I am 41 years old. I live in Melbourne, Australia. I am married and have 4 children ages 1-6, Thank G-D. I am an emissary of The Lubavitcher Rebbe, Rabbi Menachem Mendel Schneerson. I run, together with my wife, a non-profit that is dedicated to helping the needy in our Jewish community here in Melbourne. We run holiday programs with communal meals, provide prepared meals delivered to the needy and run a lending library for all ages.

I know Sheina Levin and her husband Mendel and their children since my very early childhood. When I moved with my family from Israel to New York at age 7, we would spend much time at their home as they would host us often. I remember their home always being a warm and loving place. Afterwards we moved next to them and became neighbors. Sheina always invited me to their house for Shabbat meals.

I have lived in New York till age 33 , and a few years before I left NY for Melbourne, her cousin - a very good friend of mine - got married in Buenos Aires. Sheina arranged travel plans for many family members to fly down to Buenos Aires, and I went as well. She made sure everyone would come and bring him joy and arranged hotel bookings and a 5-day fun excursion itinerary in Buenos Aires for everyone who came from abroad.

Sheina and her husband also gave my sister Etty a job when she was starting out her career, and gave her a lot of support encouraging her after my father passed away. I would visit their office often and the atmosphere was always one of warmth and peace and Sheina was always welcoming.

I remember seeing a line of Chabad-Lubavitch Rabbis-emissaries standing outside her office during the International Shluchim Conference - all to receive checks to support their spiritual and humanitarian work globally. They didn't have to make a case or guess whether they would receive support - they all walked out with a check.

Eden Jewish Community Centre, Inc.
ABN: 45 413 696 694
30 Meadow Street, St Kilda East, 3183, Victoria, Australia
Phone: 0499770940 Email: edenjewish@gmail.com Web: www.ejl.org.au

Sheina is a very pivotal person in the community. She and her husband are always hosting families in their home, and their charitable deeds are so great. I know quite a number of Yeshivah students who came to them for help with tuition and camp fees, and many other people who were in need who received so much support from Sheina & Mendel.

It's not only the financial support which is given with so much love. I find Sheina's character to be very attentive to every individual with an elegance and softness, warm and care that is rare. She is uniquely and genuinely interested in you when she speaks with you, and looks at you in the most positive light. She is genuinely interested in your life when she speaks with you and makes you really feel good about yourself. She really brings out the best in a person. She has so much positivity, warmth and goodness.

I very much hope Sheina will be available to us. When I visit New York, I very much want to visit her with my family.

I beseech you, Honorable Judge Stein, to have compassion on Sheina.

Sincerely,

With Blessing,

Ovadia Anatian
Director, Eden Jewish Library

5/21/2023

Dear Honorable Judge Stein,

I hope this letter finds you in good health.
My name is Raphael Andruiser. I am 18 years old. I currently live by my aunt, Sheina Levin. My family is from New Haven, Connecticut. I found a job in the mortgage industry and work for a company called Business Capital located in Manhattan.

I want to take a few moments and open up and share a little bit about my great aunt Sheina Levin. My aunt is truly a unique and deeply compassionate woman, always putting the well-being and needs of others including my own before hers. Throughout my childhood until this present day, she has always been an example of hospitality and generosity.

When I came to New York I had nowhere to live. I thought twice about calling my aunt Sheina at this time because I understood that there is a lot going on in her life right now. However, I called her anyway expecting some sort of hesitation and then a possible invitation because Sheina has a stellar track record of never saying no. It turns out that I received a most warm welcome into her home without any hesitation. I sleep upstairs along with the family and I eat a delicious homemade supper every night.
I have had a difficult relationship with my parents. They often had expectations of me and in their eyes, I didn't always measure up. Sheina saw my pain and got involved. She spoke to my parents and impressed upon them the importance of maintaining a loving and accepting relationship no matter what. My parents heard her out and my relationship with my parents has improved since then.

Sheina has an extraordinary trait of truly listening and understanding, giving advice and insight when needed. Her open arms and heartfelt compassion have provided me with a second home to express myself without fear of judgment or criticism. Her supportive mentorship has helped me mature and be able to overcome obstacles that life throws my way.

Besides my personal relationship, I continue to see firsthand my aunt's impact on others, without a doubt having a bed or a hot meal if needed. Her hospitality and generosity are truly infinite. I am forever grateful for everything Sheina has ever done for me.

I share this letter with deep appreciation and modesty. I hope you understand the compassion my aunt shares with not just her family but complete strangers.  Growing up I called my aunt "Bubby Sheina" since I felt she was my grandmother, always showering me with attention and affection.

I hope my letter helped with some insight into the woman and inspiration my aunt is and as a result grant her a more compassionate judgement.

Thank you for your time and attention.

Respectfully,

Raphael Andrusier

09 / 06 / 2023

5/4/2023

Dear Honorable Judge Stein,

My name is Sholom Andruisier and I am 41 years old. I live in New Haven, Connecticut and work as the New Haven manager of the Cammeby's real estate portfolio.

I am writing to you today to speak on behalf of my Aunt Sheina Levin, who will soon be appearing before you in court. While I am not privy to the details of the charges against her, I do know Sheina to be a kind, generous, and caring person who has always gone out of her way to help those in need. As her nephew through marriage, I have had the privilege of witnessing firsthand the type of mentor she is, offering guidance and support to those who come to her seeking advice. She has served as a role model for many, always leading by example and inspiring others to be their best selves. Her tireless dedication to charity work that I have witnessed firsthand has touched the lives of countless people, and she has always been willing to lend a helping hand to those in need.

Moreover, Sheina's home has always been a place of refuge for those who need it. Her open-door policy means that anyone who needs a place to stay or a meal to eat can always find a warm welcome in her house. This generosity of spirit is a testament to the kind of person she is and the values she holds dear. I have personally witnessed that while preparing food for Shabbos. She always makes sure that extra is prepared so that her daughter can deliver meals anonymously to those unfortunate people that cannot afford to have a proper Shabbos meal.

Personally, Sheina and her family have always been there for my family from the moment I have joined her family and for that we are forever grateful. Whether it was offering my wife a job after she got married to make sure that she was able to help support our new family, or offering a place for my family to get a hot meal or a clean bed when we are passing through town. We first lived in New York after marriage. Sheina and her husband took the place of in-laws more than an aunt, I even called her 'shvigger' (mother-in-law). When our first daughter Elisheva was born, Sheina took care of us and the baby rather than my mother-in-law because Sheina best understood my wife's needs and was better suited to help. Elisheva was born through a cesarean, and my wife needed high levels of care post birth. Currently my son Raphael found a job in NY, and moved into Sheina's house. The fact that Sheina is going through the most difficult and challenging chapter of her life did not change her love of being there for others when they need them most. She welcomed my son into her home as one of her own.

In closing, I would like to reiterate that Sheina is a wonderful person who has always gone out of her way to help others. I believe that she deserves the benefit of doubt, and I hope that you will take into consideration the positive impact she has had on the lives of so many people.

Thank you for your time and consideration.

Respectfully,
Sholom Andrusier

09 / 06 / 2023

Doc ID: 647e3407bae551ae63ec6c30b2b9d91f35ca06aa

9/5/2023

Dear Honorable Judge,

My name is Rabbi Moshe Antizada. I live in Israel and serve as the Rabbi of a town called Netanya. I have 4 children, thank G-d, who are all involved in serving the community. I write this letter on behalf of Sheina Levin, who has shown her community and my family great kindness.

For quite a number of years I have traveled to the states to be with Lubavitch community in Crown Heights during the holidays. Those visits infuse me with strength to lead my community back in Israel. When I am in Crown Heights, I had the privilege of being the guests of Sheina and Mendel Levin. I can not even begin to describe their unparalleled hospitality. I have never experienced such gracious hosts as the Levins. Even though I am far from the only guest at their home, they treated me with utmost care. They made sure I was comfortable and had delicious food and they took an interest in my life. Recognizing how kindhearted Sheina was, I shared a heavy burden I was carrying on my heart. My daughter was getting married and I simply did not have the funds to pay for the wedding expenses and to help my daughter set up a proper home (in our community it is customary for the parents of the bride to pay for a large part of the wedding and living expenses- as the bride and groom are usually quite young). Without a moment's hesitation, Sheina and her husband wrote a significant check to help me. They did not stop there. They called their friends and encouraged them to help me as well. To me this symbolized just how much they care. They could have helped me with their personal contribution and felt that they had done their part. But taking the next step to call their friends to make sure I returned home with a joyous heart showed me that they felt my burden as their own. I am forever grateful to them for having been able to celebrate my daughter's wedding with total happiness.

While at their home I have seen how Sheina and Mendel conduct themselves with righteousness and fear of G-d. Furthermore, as a Rabbi, Sheina has called me a number of times with questions, seeking clarity in how to respond to certain situations. They say that sometimes the questions are better than the answers. In the case of Sheina's questions, they reflected on her sterling character traits. They showed me how Sheina cared so much to do the right thing. I have always been impressed with Sheina's concern for her family, friends and community. She has her priorities set straight and she is a role model for all.

With hope in my heart and prayers on my lips I ask the Honorable Judge to respond with mercy to this case.


Respectfully,

Rabbi M. Antizada

CITI BUILDERS NY
930 EASTERN PKWY
BROOKLYN, NY 11213



April 20ᵗʰ, 2023

To The Honorable Judge Stein,

My name is Leah Balkany. I am currently a Real Estate Developer & GC of Citi Builders NY and developing 450 Grand Avenue in Brooklyn, NY. www.citibuildersny.com. Being a woman in construction in NYC allows me to be a role model & mentor for professional young women. The group has been organized by Sheina Levin's adult daughter and two of her very fine daughters have been active participants. Understandably, the family has been devastated by the current state of affairs; a mother is the critical dimension for a family's stability.

I live in Crown Heights, Brooklyn and founded and directed a charitable organization, The Inner Circle with a 5o1c3 status which helped disadvantage families going through crises. We were successful in assisting over 100 families with financial and emotional support through the charitable & volunteer contributions made to us by the compassion Sheina Levin & her family displayed to the community in need.

I implore the judge to be compassionate at sentencing.

Respectfully,

Leah Balkany

Leah Balkany

4/19/2023

To The Honorable Judge Stein,

My name is Levi Balkany and I have been a friend of Sheina's for many years.  I'm a married man of 18 years and have 3 children ranging in age from 11-15.  I manage a local general contractor and developer office which employs dozens of people on various projects. I am generally a private person who tries to be as helpful to community as much as I can. About 8-10 years ago, after the industry I was employed in collapsed I decided to venture into real estate investing and development. Most successful real estate professionals were hard to get ahold of and weren't interested in sharing their success, that is everyone besides Sheina. Sheina invited me to her office, listened very patiently and very generously handed me her contacts which resulted in business investments and many opportunities for me which created hundreds of construction jobs in the city. When fortune didn't smile on me and her introductions resulted in large invested losses to Sheina's friends, Sheina still kindly invited me to her office to listen to my problems and try to help. Sheina has shown rare and remarkable kindness and compassion to me and I know she has done the same for many others.

While I don't know the details of this very sad case I do know firsthand all the warmness, kindness and generosity Sheina has shown me, despite the fact that I have never done anything for her.  Please don't the outcome of this case obscure a lifetime of generosity, compassion and forgiveness and helping others. Sheina is a role model in this community and has shown others how to listen and to give back.  I ask for mercy and compassion for Sheina as she has shown that to me and many others. I know that many others will be grateful for it, and so will I.


Respectfully yours,

Levi Balkany

May 5, 2023

To The Honorable Judge Stein,

My name is Sara Balkany. I am a mother of many and a grandmother and a great-grandmother. As a former high school principal, teacher and current adult educator; I am deeply concerned about Sheina Levin. Shaina Levin is a highly motivated achiever. She has sterling character traits. She pursues goodness and kindness on a daily basis. These traits are part of who Sheina is, going back to her youth. She would help me by babysitting for my older children, whenever I needed. Compassionate and caring, she continuously helps those who need support in all areas needed, whether it is financial or emotional.

Sheina is a key contributor to our society. We desperately need her to continue in her position as a community activist. For those of us who know Sheina, we have all heard how Sheina is eager to share her lessons and experiences to contribute to a rectified society. We implore the court to demonstrate extra levels of compassion and consider an alternative sentence to incarceration.

Thank you.

Respectfully,

Sara Balkany

09 / 07 / 2023

7/21/2023

To the Honorable Judge Stein,

My name is Sheva Balkany. I'm 38 years old and a single mom to a beautiful 12-year-old girl. I work in a private practice as a nutritionist that focuses on supporting many towards healthier lives.

I spend a lot of my personal time meeting adults and introducing them to one another in the hopes that they will find love, meaning and purpose together. I have made 9 matches that resulted in marriage and Sheina's daughter, Chana was one of these matches. I occasionally connect with the parents and in the case of Shaina Freida's daughter, I did early on.

Prior to coordinating her daughter's match, I knew Sheina socially, but not well. What I experienced during her daughter's dating experience and wedding plans is why I am propelled to write this letter. The level of concern, commitment, dedication and respect that Sheina bestowed on every person that was involved in any level of anything I witnessed was exponentially commendable. She single handedly and compassionately stepped up for her daughter, in a way I have not seen before. Due to unique circumstances, the couple had a three-week engagement and Sheina encouraged and supported them in the most loving way despite the high stress of the time.

Sheina is the mom, wife, friend, and neighbor that does what needs to be done to make it better for everyone. Her skills and talents benefit the community in a huge way.

Please exercise compassion to someone who truly deserves it. And to a community who can use it.

Sincerely,

Sheva Balkany

*Sheva Balkany*

09 / 06 / 2023

4/19/2023

To The Honorable Judge Stein,

I'd like to introduce myself. My name is Esther Banon. I'm married and live with my husband and our five children in Bal Harbour, Florida. I've just completed my bachelor's degree and am pursuing my Master's degree in Urban Planning at the University of Miami in the fall. Along with my husband, we are avid supporters of our local community. In addition, I'm on a few committees to enhance the lives of children and adults by bringing programming and education to them on a regular basis. I personally know Sheina Levin since I'm 16 years old, and not to terribly date myself, but that would put us at 20 years since we've met. She is the mother of my friend Yehudis. I became closer with Sheina and the rest of her family when I was accepted early to college and attended Yeshiva University at the age of 17. I was terribly homesick and it was my first time away from home and dorm life really got to me. My friend Yehudis lived in Brooklyn and I was in Manhattan. Sheina heard that I was homesick and invited me into their home almost every weekend for that semester. Aside from my great appreciation of being welcomed and given the homey feeling I so craved being so far from my own home, I remember being in total awe of Sheina. At the time her realty office was just downstairs from their home, and watching her juggle the responsibilities of work and home left a huge impression upon me. The ball never dropped when it came to her family. Dinner was always ready, homework was always done, and she was there to tuck in the kids, while simultaneously being an entrepreneur, and doing so successfully. Another aspect that I still reflect on now is how on Friday nights and Saturdays, the Jewish Sabbath, the Levin house was always open for guests. A beautiful table was set and people from all walks of life were welcome to partake in the customary meal. Her compassion, generosity and humility were so evident in the time I spent inside their home. Over the years I've seen how Sheina has accepted hard truths, and has become a better version of herself to be accepting and supportive of others that perhaps don't share her values. Sheina Levin is instrumental in her philanthropic efforts in the local Jewish community of Crown Heights and institutions around the world. After reading the above, I plead with you, Honorable Judge, to please address this case with the utmost compassion it deserves. Sheina has been nothing but a lifesaver for myself and for so many others. Please allow her to continue saving lives, physically, emotionally and spiritually.


Respectfully,

Esther Banon

8/14/2023

Your Honor,

I am Chaya'le Barber. I give religious classes in Jewish Schools as well as run some youth programs.

This letter is to attest to the wonderful character of Mrs. Levin. I am a friend of her daughter and I have frequented the Levin home on many occasions. Mrs. Levin has hosted so many praiseworthy functions in her home. If only the walls of her home could speak, they would bear witness to so much kindness that transpires there. Mrs. Levin is the quintessential host. She makes you feel as though you are doing her a favor by coming. Her smile is genuine, radiating warmth and understanding. It is her priority to make other's feel comfortable and keep the atmosphere positive and healthy. Her wholesomeness is obvious and I believe that she has achieved a balance in life which people recognize and aim for. Her deep wisdom and strength have made her an address for so many in need. I have been fortunate enough to have joined a couple of events in her home. The focus of each event was to support us in living life with a meaningful purpose. Mrs. Levin doesn't host parties where partying is the end goal. Mrs. Levin hosts events which have people enter one way and leave feeling uplifted with ambitions to become better people. Gatherings in the Levin home are for spiritual strengthening, for fundraisers, for hosting people who would otherwise have nowhere else to eat. Mrs. Levin never expects recognition or appreciation. She will continue to host ungracious and unappreciative people. She has a deep capacity to forgive and move on. Her endurance and tolerance are astounding.

I hope I have managed to shed light on a side of Mrs. Levin which under these circumstances you might not have known. I can not emphasize enough just how big of a heart Mrs. Levin has. I hope this letter finds favor in your eyes and allows you to respond with mercy to this case.

Sincerely,

Chaya'le Barber

09 / 06 / 2023

7/20/2023

To The Honorable Judge Stein,

I'm writing to you on behalf of Sheina Levin. My name is Benjamin Baum, I am a father of four and have worked with Sheina for over twenty years. I work for the Fieldbridge Associates at the Ebbet's Field Apartment Complex of 1500 units.

I first got to know Sheina when I started working for my current employer of over twenty years now as she was and still is the broker for the property that I work at.

Over our two decade-plus relationship Sheina has always been honest in her dealings with us, and that is the only Sheina we know. She always went above and beyond for us as well as those she was renting to.

Sheina educated me on the importance of not discriminating, and that it was illegal to do so. The Ebbets Field Complex is very desirably located near Prospect Park and the Brooklyn Botanical Gardens. Sheina did not look to gentrify the property and cared more about the local population.

I am close to the family as her daughter Yehudis works with her mother and follows in her footsteps, doing the rentals in our complex. She believes in giving everyone a chance-having learned this from her mother.

At times when we didn't want to take an applicant for certain reasons Sheina would plea on their behalf, because they needed to get out of their current situation and needed a new place to live. The Sheina we know is someone who is caring, compassionate, kind, generous and giving to all she knows.

I hope that Sheina's case will be dealt with utmost compassion. There are so many who owe their stability in life to her generosity and willingness to go beyond the call of duty. I hope she will receive mercy in judgement.

Respectfully,

Benjamin Baum
09 / 06 / 2023

July 20, 2023

Your Honor,

My name is Emily Berenshtein. I'm 30 and live in Crown Heights,

I have been friends with Mrs. Levin's daughter, Chali, for many years. Through my friendship I have become acquainted with Mrs. Levin. and she has always been very kind and friendly towards me.

Allow me to share but 2 small examples of Mrs. Levin's character. When I was in high school my mother was very ill. This was a very difficult time for all of us and we needed support. While many knew of our challenging circumstance, it was Mrs. Levin who took action. Mrs. Levine and her daughter would send meals over to help the difficult situation. I am forever grateful for those warm and nourishing meals which gave me much more than physical strength.

Also, when I was getting married and couldn't find my first apartment Mrs. Levin's realty agency was able to help me find my first apartment, literally putting a roof over my head.

I appreciate her kindness and thoughtfulness and I hope she can be repaid for her care with a compassionate sentencing which allows her to continue caring for others as she has done until now.


Thank you.

Sincerely Ms Berenshtein

09 / 06 / 2023

7/17/2023

Dear Honorable Judge,

My name is Adina Bistritzky. I am 39 years old – I am a mother of 3 beautiful children from 3-18.

I am a successful realtor in South Miami.

Sheina is my mother's sister and my loving aunt. There is not a soul more giving, more generous and more willing to give of herself in every way than Sheina!

I've seen Sheina take care of my uncles (her husband, Mendel) health issues. I will never forget when my uncle had a heart attack 15 years ago and Sheina took care of him and the all her children without anyone realizing that something was amiss. It was impossible to note any changes in the home. She stayed positive, supper was made, and she was attentive as ever to her children. I also remember when my cousin, Emmett was diagnosed with Crohn's at 9 years old. Sheina's entire world stopped so she could properly care for her daughter.

I want to share a sweet memory about my son Levi-now 12 years old. When he was younger, he was always extremely shy. Unless you were involved in his daily life, he wouldn't interact with you. But for some reason, even though he only saw Sheina very infrequently he would easily give her a kiss and feel comfortable in her presence. I believe that children have strong antennas for who is and who isn't a safe person. They feel people's energy instantly. Therefore, I was not surprised that my otherwise painfully shy child intuitively knew that Sheina was a safe, loving and trustworthy person and he immediately put down his guard.

Sheina's house is open to all walks of life and she has always accepted people for exactly who they are never judging them by their personal choices or life style. She has always been a selfless human being and a role model for me since I was a little girl. No matter who she is talking to, whether they are 60 years old or 13 years old, to her what you have to say is important and valid. I have seen and witnessed Sheina celebrate happy occasions in her life and overcome challenges with the same grace and humility beyond any words can describe. She is the first to volunteer a helping hand, a room in her house to sleep in and or a meal at her always FULL table.  Sheina is and continues to be a person I am privileged to know and constantly strive to be.

Thank you for taking the time to read this and I truly hope you take to heart the words that I wholeheartedly expressed. I pray that my words help you see who Sheina truly is and thereby contribute to a merciful judgement for the most caring and special person I know, Sheina Levin.


Respectfully,

Adina Bistrizky

09 / 07 / 2023

To the honorable Judge Stein,

My name is Yehudis Bistritzky.  Sheina Levin is my mother.  I'm writing this and asking myself, how can you put into writing a life long relationship with your mother, boss, friend, confidant, and biggest advocate?  I will do my very best, by starting with the basics.

I am 36 years old and a married mother of 2 children.  I have a 5 year old son and I just gave birth to a baby girl.  I am a licensed Real Estate Broker in the states of New York and Florida. Up until recently, I was working side by side with my mother, running her real estate company.

Before I get to our business I want to paint a picture of what my mother's daily life looked like before this case, as each part of her day can give you some insight as to her true essence.  To me, her typical day went something like this:

6 AM wake up, traditional religious prayer, daily Torah and Psalms study.  6:30 AM, my mother will write her gratitude lists or continue praying.  My mother is a true believer that everything happens for the best, and please believe me that things have not always been good. To quote the Lubavitcher Rebbe, "Think Good and it Will Be Good" -- this is how my mother lives her life. Every day is a new day where anything and everything can turn around for the best.

7 AM, Zoom Al-Anon Meetings.  My mother attends Al-Anon meetings because my oldest brother, David, is a recovering drug addict.  At 19 years old, he embarked on a years long struggle with drug abuse.  My parents never turned their back on him.  On the contrary, they embraced him, put him through rehab and nursed him through many relapses.  My mother and my father single handedly saved his life.  Today, he is a thriving 38 year old father of 2, living a sober life in California.  He is a living testament to my parents' strength.

8 AM, my mother usually received her first phone call from my 90 year old grandmother, where my mother would remind her of a doctor's appointment that my mother needs to take her to, or my 93 year old grandfather to.  They would discuss my grandmother's latest ailment, an amazon order, an unpaid bill etc.  My mother never ignores her calls.  In fact, if she does, my grandmother will call me in a panic to ask if everything is OK.

9:30 AM, arrival at the office and the work begins.  Endless phone calls and emails.

10 AM, my eldest sister Rosi will call with some problem she is having with one of her 5 children. My mother will leave the office to speak with her in order to give her undivided attention.

10:30 AM, my younger sister, Chana (Chali), will call with something she needs to discuss in regards to her family and small child.  She is always needing my mother to bounce off her anxieties and her ideas to.  My mother takes each conversation seriously even if most of the time she is regurgitating old issues.

11:00 AM, another phone call from my grandmother in a panic for one thing or another.

12:00 PM, appointment reminder for my sister Emmett's ~~doctor~~ doctor and upcoming procedure. My 23 year old sister was diagnosed with ~~~~ when she was just 9 years old. It has been an uphill battle ever since. From day one my mother searched high and low for any

1

and every medicine or remedy to cure her. She owes her health to my mother.

1:00 PM, phone call from my youngest brother Zvi, who at 18 years old is following in my mother's entrepreneurial spirit and opened his own sneaker business. He is calling to bounce his ideas and work problems off of her.

2:00- 6:00 PM- endless work calls, peppered with more personal calls from friends, sisters, relatives asking for advice and needing her attention.

Where do I fit in all this? Up until recently I was her right hand woman in business. I never needed to bother my mother with a phone call as I was always sitting right next to her. Working with my mother for the past 18 years, I watched her work tirelessly and endlessly trying to provide for her family. She ingrained in me her strong work ethic and her love for helping others. There were good days and bad days. Lean years and better years.

We have faced many challenges in our business. Each administration brings with it a new set of policies that dictate how the business is operated. Rent laws constantly changing. The economic and social environment directly affected our clients and who walked through our door. Employees coming and going and on more than one occasion went from colleagues to competitors overnight (literally). The one constant in our business was my mother at the helm, pushing forward, never ever giving up.

From the beginning we have always been champions for the Homeless Community. My mother was one of the original brokers to work with Not for Profit organizations that housed the mentally and physically handicapped, Domestic Violence victims, and the list goes on. When all the other brokers refused to work with vouchers and the like, we jumped in and made it our priority. She treated every single deal, no matter how many there were, like it was her only one and gave each person individual attention. This line of work lends itself to getting to know people on a deeper level. When someone walks through our door looking for an apartment my mother looks at them as a person. My mother sees every individual's potential for what they could be. She gets to the core and depth of strangers. This is why my mother vetted every client and why she became such a trusted advocate for the homeless community.

Since that fateful day of March 9, 2023 when my mother's charges were made public, my personal and professional life has shattered into a million pieces. The fallout from the indictment was swift and brutal. Overnight, my mother's reputation, lifetime career and business were in shambles. I had to watch as people we worked with for years cut off relationships within a few hours without so much as a conversation. Being entrenched in the family business means that I personally suffered and continue to suffer from the fallout from this. At 6 and a half months pregnant, on the cusp of bringing a new life into this world, my whole life changed. My daughter was born with her cord wrapped around her neck, and a heart defect. I believe that these were direct effects of my stress.

My family has also been plagued with health issues. In the past few months alone, my mother needed surgery to remove a cyst on her throat rendering her speechless for almost a month. My father needed a massive kidney stone removed from his one good kidney. He also suffers from several other conditions that have us all worried sick.

2

Your Honor, I ask that you consider all of this when asking if my mother has been sufficiently punished for her poor judgment when it came to the deals with this Victor Rivera. She is a mother, daughter and grandmother who has taken responsibility in the midst of a long, spotless personal life and professional career of helping others. I truly hope Your Honor will agree.

Please don't take away a person that is needed and beloved by so many. Our daily lives cannot go on without her — so many depend on her, both literally and inspirationally.

Thank you for considering everything.

Respectfully,

Yehudis Bistritzky

09 / 06 / 2023

3

Doc ID: 125f2d7b355587ad63f0dd6d0640741ff902b2a4

7/20/2023

To the Honorable Judge Stein,

My name is Levi Blecher. I was born and raised in Melbourne Australia, but have called NY home for the past 20 years. I am, thank G-D, a father to 5 daughters and 1 son.

I approached Sheina 9 years ago looking for a job. She took a chance on me and for that I will be eternally grateful. I think it is fair to say that most employers have their business's best interest in mind. What is so unique about Sheina is that, while of course she cares for her business, she actually has her employee benefits as one of her top priorities. If she feels that a potential hire can grow under her tutelage and gain important skills, she embraces you with open arms. Because, she values you as a person, apart from her business, and is personally interested in your advancement, she displays no resentment when her employees choose to become more independent in the business world. Therefore, even when I decided to go out on my own and open up my own brokerage, Sheina was gracious and supportive. Her kindness was forthcoming despite the fact that our businesses sometimes compete with each other. She was a great mentor and boss and really helped me in my real estate career. She has always been approachable, kind, generous and understanding.

The Sheina I know has always been compassionate and caring towards others, and I hope and pray that now compassion can be shown to her. She has been nothing but kind and a true gift to humanity and the business world.

Respectfully,

Levi Blecher

09 / 05 / 2023

07/27/23

To The Honorable Judge Stein,

My name is Alicia Boymelgreen. I am an Assistant Professor in the Department of Mechanical and Materials Engineering at Florida International University. I am writing to request compassion from the court in the sentencing of Shaina Levin.

I am Shaina's niece by marriage, having joined the family 18 years ago. I have always found Shaina to be warm and understanding and ready to give a listening ear. Coming from different backgrounds, we have had many dynamic discussions and Shaina has always engaged with an open mind and humility.

One of the things I respect most about Shaina is her open house. Coming to her home, you never know who will be staying there and she has hosted many extended family and even unrelated community members for long periods (months at a time). She has also provided self-sustaining employment to many young adults within the family and greater community, a large number of which who had limited options having not even graduated high school. To me, this is even more noteworthy than her open home as providing young adults with employment and an opportunity to develop career building skills is greater than charity as it creates self-sufficiency and is thus gift for life. Moreover, coming from a traditional community where even now, not many women have careers outside the home, I have always seen Shaina as a pioneer and role model in striving to build a business while also prioritizing family. If in my experience this is challenging now, I imagine it was more challenging and came at a greater emotional and logistical cost 30 years ago.

In conclusion, I would like to humbly request that the factors above including Shaina's extensive community service, warmth and humility be considered with her remorse for mercy during the sentencing process.

Respectfully,

Alicia Boymelgreen, PhD

5/23/2023

To The Honorable Judge Stein,

My name is Miriam Boymelgreen, married to Levi Boymelgreen, the nephew of Sheina Levin. I am a homemaker. Levi and I have been married now for almost twenty-three years, so my husband's family is very much a part of my life and ones that I hold close and dear to me.

When I think about Sheina, the words that come to mind are gracious, loving, devoted and hard working. I've never seen Sheina shy away from opening up her home to her family and friends and anyone that needs a place to stay or a meal to eat. Sheina is a wonderful mother, who is so accepting to all her children and grandchildren and manages to spend ample time with all of them, no matter where they are in the world. I have a lot of respect and admiration for Sheina to have been able to work and raise a beautiful family who remains close and endearing to one another, not an easy feat in today's world.

Please have compassion and mercy for Sheina because she is a sincerely kind person, and her family and community need her desperately. So many people consider her home their own. Should the unthinkable happen, many people will lose the only place they can truly call home. They will lose the only place they have ever felt truly safe and accepted and cherished for who they are. They will lose the only place where someone (Sheina) took deep interest in their success and took action to create opportunities for them. On behalf of all of us, please guide this case with utmost kindness.


Respectfully,

Miriam Boymelgreen

09 / 05 / 2023

4/27/2023

Dear Honorable Judge Stein,

Our names are Zvi and Hindi Boymelgreen. We live in Miami Florida and we have 5 beautiful children and two grandchildren. We are writing to recommend our aunt Sheina as a highly valued member of the community and an outstanding individual and mother who has consistently demonstrated her commitment to helping others.

I, Zvi, have worked together with Sheina in my company Beechwood Acquisitions, which is a building development company. Sheina acted as my broker to net lease one of my developments as a domestic violence shelter to URI located in NYC.

I am Sheina's oldest nephew. My mother is Sheina's older sister. When Sheina was about 10 years old, I was born. My mother has shared with me that after my birth, Sheina moved into my home to help my mother, a new and overwhelmed mom. She then pretty much just stayed in our lives, always helping my mother after her births and watching the children in the family. I have an early memory when Sheina took me on a train when I was 3 years old, making her about 13-14 years old. My mother filled me in on the reason she took me on the train. Sheina was taking me to Macys to buy me winter coat and winter clothes because my mother was expecting my 3rd sibling. Ever since I know Sheina, she has been there helping my mother and our family. Over the years, as I became involved in the business world, I always consulted with Sheina on deals. Sheina sold two properties for me on Eastern Parkway in Crown Heights. Both deals went smoothly and professionally. It is always a pleasure to work with her. Her attitude and professionality are so appreciated.

My son, Mendel, now works for Sheina as an agent. She hired him without any experience, just because she values family and believes in giving everyone a chance.

We have personal knowledge of the countless instances where Aunt Sheina has shown her generosity and selflessness, whether it be providing loans or offering a place to stay and food to those in need. She has always been quick to respond to the concerns of others, more than once calling us personally to ask if someone could be taken in at our home in Miami while they were in town dealing with family medical issues at nearby Mt Sinai hospital. These people were not necessarily family or close to Sheina, just someone she had heard about and jumped in to help in any way she could.

Aunt Sheina is someone who consistently goes above and beyond to assist not only her family but also others in the community. Her dedication and hard work have helped many people to achieve their goals and thrive in their businesses and personal lives. She is also a fantastic mother and matriarch to a large family for whom she is a kind nurturing and supportive presence. We have witnessed her raise her family through some very difficult personal issues and always with love and sensitivity.

I highly recommend and urge you to consider Sheina Levin as the valuable contributor to society that she is. There is no doubt in my mind that Sheina deserves kindness and compassion. She has always shown these virtues to others, and I have no doubt that she will continue to do so in the future.

Respectfully,

Zvi and Hindi Boymelgreen
Miami, Florida
  09 / 07 / 2023

Doc ID: c1bfb0658793483aaa4db22ab291bfb774cb0d53

8/27/2023

To the Honorable Judge Stein,

My name is Solomon Brach. I am a religious person in my mid-30's running a small food business called A1 Bakery Supply. I met my aunt Sheina 3 years ago while I was dating my wife, Chany. We live in Crown Heights, not far from the Levins.

We rented our apartment through Sheina. Her vouching for us was enough for the landlord to accept us-he didn't need any more information once he knew we were connected to Sheina. I literally have her to thank for the roof over our heads.

From the moment I met Sheina, she made a strong impression. You see, I grew up in Monroe, New York as part of the Satmar Community. In my community it is non-existent to find a woman who runs her own business. But beyond that, Sheina has raised an amazing family that has been only warm and welcoming to me. At least once a month and on all holidays, we join Sheina for the shabbat meal.

I was also struck by how Sheina plays a leadership role in her community by hosting numerous meals in her home where anyone is welcome to attend. She regularly sets one or more places just in case someone shows up-during the holidays she sets 3 or more-so that everyone feels welcome. At these meals, Sheina takes great joy in hosting not only her kids, grandkids, and extended family, but also young students and visitors to the community that don't have family nearby. To do this type of hosting takes a very special person. I was also struck by how Sheina doesn't hesitate to teach Torah at all her meals which shows great spirituality and fear of God. I had never seen this before given the strict gender roles in the community I come from.

To my wife, and our young daughter, Raya, Sheina serves as a role model. Additionally, Sheina is not just an aunt to us, she is like a second mother as my wife's family lives in Miami and my family is in Monroe.

I understand the severity of what Sheina has done, your Honor. I just ask with a full heart to please have mercy on such a special person despite the serious mistake she has made.

Respectfully,
Solomon Brach

09 / 06 / 2023

4/27/2023

To the Honorable Judge Stein,

My name is Rabbi Alter Bukiet. I am an emissary of the Lubavitcher Rebbe in Lexington, Massachusetts. I am a cousin by marriage of Shaina Fraida, I have been part of the family 40 years.

I would like to request that you please show compassion for Shaina Fraida. I have personally experienced her kindness and generosity, that she did in a total discreet fashion. I have a brother, of blessed memory, Avrohom, that lived in the land of Israel, as an emissary of the Lubavitcher Rebbe. He raised his family in Israel, but struggled financially to make ends meet. With little knowledge from people around her, when my brother come to the states, Sheina found it in her heart to seek him out, and financially help him as best as she can. I only know this, because my brother shared this in confidence, knowing that I was a cousin of hers through marriage.

Please take a moment to contemplate this example, which is only one of millions of acts of kindness that Sheina does for others. My brother did not show up at her door to ask for monetary assistance, like so many have done. Instead, Sheina took initiative to support him.

If I can just ask of you that if you can find it in your heart, to please show kindness to Shaina Fraida. She goes beyond what is expected and never wants to be recognized, preferring to stay out of the limelight. With all my heart, and on behalf of all of us, I ask for a deep understanding of who Sheina really is.

Thank you for your understanding.

Alter Bukiet

May 4th 2023

To the Honorable Judge Stein;

My name is Sarah Bukiet and I live in Lexington, MA. I am an emissary of the Lubavitcher Rebbe, doing community work and Jewish outreach.

I am a first cousin with Sheina Levin. I have had the privilege of spending summers together with Sheina's family in upstate NY, and I saw firsthand the generosity and the kindness to not only my family but many others too. Everyone is welcome in her home.

Her home in Brooklyn was just as welcoming, to our family whenever we needed, and to so many people. Even on a regular Saturday lunch, the flow of people continuously walking in joining the family, friends from all over, and friends bringing their own friends, is a testimony to Sheina's good heart and kind nature.

Her love for her own family is spectacular, but in particular for her elderly parents, my aunt and uncle. Sheina, is the sole child that lives in New York, and watches and cares for them all the time. I can only imagine the things Sheina does for her parents that we don't even know of, and all with a skip in her step.

Sheina, also gives lots of charity to so many organizations. Sheina is just a generous soul with a heart of gold.

I know I have only touched the tip of the iceberg in describing all of Sheina's wonderful traits. I humbly ask that compassion be included in the final sentencing for a woman who has only brought this world tremendous kindness.

Respectfully

Sarah Bukiet
Lexington MA

*Sarah Bukiet*

09 / 06 / 2023

5/21/2023

To the Honorable Judge Stein,

My name is Chaya Chanin, and I have been a resident of Crown Heights for the past 18 years. I am a member of the Jewish community, and I am the founder and co-owner of The Frock NYC, a women's modest fashion brand that empowers women to feel beautiful while dressing modestly. My husband Moishe is a life coach and public speaker, who shares his story of addiction and recovery to inspire and educate the youth in our community. Together, we have been able to reach thousands of women and individuals struggling with addiction through our work.

I am writing to you to express my support for my dear friend Sheina Levin, who has been an unwavering source of inspiration, kindness, and generosity to me and many others in our community. I first met Sheina over 15 years ago when I moved to NY at the young age of 19, and we have been friends ever since. Sheina welcomed me into her home for Shabbat dinner, where I experienced her kindness, generosity, and warmth firsthand. As the years went by, we bonded over our love for fashion and our shared commitment to personal growth and development.

Sheina has been a constant source of inspiration and support to me during the last two years that we have attended the same 12 step Al anon meeting. She has shared her wisdom, guidance, and depth of understanding of life with all of us. Her understanding eyes, tight hugs, and warm words of encouragement have touched me to my core. As a sponsor in the 12-step program, Sheina is a shining example of what it means to be of service to others. Her dedication to helping others is truly inspiring. She takes her responsibilities seriously, and her commitment to her own spiritual and moral development is evident in everything she does.

Sheina's generosity extends beyond the walls of the meeting room. When my sister's husband passed away five years ago, leaving three young children behind, Sheina showed up. She understood the value of showing up and being there for someone in need, sending over meals and donating a generous amount of money to help support her during this difficult time.

Dealing with loved ones who suffer from addiction is one of the most painful and challenging tasks to be asked of any human being. Yet, Sheina has consistently shown up to the meetings to support her own recovery and the recovery of others, no matter the circumstances. She is a woman who faces hard truths and does the difficult work necessary for real growth. I am in awe of her and grateful to have her in my life.

In closing, I respectfully ask that the Court consider Sheina's many virtues and vulnerabilities when determining her sentence. I believe that she is worthy of compassion and mercy, given her long-standing commitment to her own recovery and her unwavering support for others.

Respectfully,

Chaya Chanin

09 / 06 / 2023

BH

April 30, 2023
To The Honorable Judge Stein

My name is Rivky Chazanow, and I currently live with my husband and 7 children in the Jewish community, in Atlanta GA. My husband and I are active in our synagogue, children's schools and more.

Shaina Levin is a first cousin of my father, Itchel Krasnjansky, but that is not how I came to know her and the wonderful person she is! I got to know Shaina just over 20 years ago, when I left home, Hawaii, at the young age of 14 to live with my grandparents and attend religious high school (as there was none where I grew up in Honolulu, HI). One can imagine the fears and emotions associated with a young girl leaving home for the big world of NYC at such a tender age.

By God's grace, I very quickly became close friends with Hudi Levin, now Bistritzky - Shainas second daughter - who was in the same grade as myself in Beis Rivkah High School. I had no idea that not only had I just made a dear friend for life; I had truly found myself a home away from home. A place I can come to anytime, always know someone would warmly welcome me in (even if Hudi wasn't home), have a fresh cooked dinner, and a bed to sleep if I so desired.

Such was the next 4 years of my life in Crown Heights, Brooklyn NY. Shaina took me in like her own daughter and genuinely cared for me. I had heard her reputation (as a cousin) of having a warm loving and open home, before I ever even met her, but hearing and knowing are not remotely the same.

I'll never forget one night sitting around the dinner table shmoozing (talking), I mentioned I had never tasted butter before! (In Hawaii we had no kosher dairy products). In total shock, Shaina said 'WHAT?! You've never had butter!! You must!! Once you try it, there's no going back' and proceeded to toast me bread and spread some butter. I tried it… and she was right. It was absolutely delicious. I just recall feeling so cared for in a warm and tender way, the way a mom would do for her own child.

Over the next 4 years, the Levin's home truly became my own. Nights and weekends, off days and holidays, and everything in between. I loved how their Shabbos table was filled with diversity - family, friends, people who needed a meal and did not have where to go, religious or not, everyone was welcomed in with equal opportunity.

It touched me deeply how Shaina showed her care and concern - whether it was a mundane weeknight, or before a big family event; she made sure I was around, had what I needed, was studying hard, watching movies to relax, and eating a hot dinner. As a mother now, I can appreciate so much more what that meant, with Shaina working full time and managing her home!

Something that struck me as well during my time in her home was how she faced the challenges that come with raising teenagers and children who may choose lifestyles different to their upbringing. Shaina didn't pretend everything was perfect when it wasn't; she didn't hide from friends and family. She showed up; showed her children immense love and simultaneously, discipline. She also took time for her own spiritual wellbeing and growth which no doubt, set an example for her family. Shaina's integrity as a wife and mother was undeniable!

I remember sitting around the couch one Shabbos, and Shaina just came home from a Torah study class on the weekly portion. She shared a parable with tears in her eyes, and I remember until today:
"A man came crying to his master/teacher, that he was so poor, the bucket he used for his daily job as a water carrier, had holes. And by the time he got to where he needed, half the water was gone. Whereas his friends with perfect buckets had much more water to deliver. The Master responded 'tomorrow, on your daily route, take a look what's underneath your bucket. You'll see that all those 'holes' have sprouted beautiful grass and flowers, whereas your friends route does not have that.'
The teacher finished off - in life, we often feel like we're full of holes and defects, and others have it perfect. But it's precisely through these holes that we experience real growth; which we otherwise would never have…"

Naturally, we've kept in touch over the years. I miss those days dearly and recall them fondly; with warmth and belonging in my heart. It will stay with me forever. I cannot imagine the void that would be, without Shaina at the helm of her home. Perhaps even more so now, supporting her children through the next stage of life as spouses and parents. There is no one that could come close to filling that gap.

I ask of the judge to look at Shaina compassionately; as she would look at others. To see the whole beautiful person that I know she is; a woman of kindness. Integrity. Sensitivity. Authenticity. Truly.

Respectfully

Rivky Chazanow

7/25/2023

Dear Honorable Judge,

I am writing to express my unwavering support for Sheina Levin, a person whose remarkable impact on my life and the lives of many others has been nothing short of transformative.

My name is David Crombie, and in 2009, as a young immigrant from Israel, I arrived in this unfamiliar land with dreams and aspirations but faced numerous obstacles. It was during this time that I met Sheina, whose help and guidance became the guiding light in my journey.

I met Mendel (Sheina's husband) at a cousin's house. I needed a job and said I wanted to get into real estate. He immediately sent me to Sheina for an interview. I was obviously nervous about going to my interview and anxious to have a job, stability and a paycheck.  From the very first moment we met, Sheina's genuine kindness and unwavering belief in my potential instilled in me a sense of hope and determination. She not only served as my mentor but became an integral part of my life as a true friend, making me feel like family. I had a lot to learn about working with all different types of people and it was always Sheina who taught me the skills of compromise, respectful negotiation and communication.

Throughout the six years under Sheina's mentorship, I experienced firsthand her relentless dedication to the well-being and growth of her employees, friends, and the community she cherishes. Her commitment to making a positive impact in the lives of others extended far beyond the confines of her workplace.

One of the most remarkable aspects of Sheina's character is her unparalleled warmth and hospitality. She welcomed me and others into her home with open arms, creating an environment where we felt embraced, valued, and loved. These gatherings, especially the Shabbat dinners, not only enriched our lives but created a sense of belonging that transcended any cultural barriers. In the face of personal challenges, Sheina's determination to help others have remained unwavering. Despite her own struggles, she has consistently been a pillar of support for those in need, showing immense strength and resilience, providing much needed hope.

Sheina's actions have rippled through life, leaving a legacy of compassion, kindness, and generosity. She has touched the lives of countless individuals, and I wholeheartedly believe that her journey forward will continue to inspire and uplift those fortunate enough to know her.

Allowing her the companionship and support she needs would not only be a compassionate act but a testament to the power of redemption and the potential for positive change.

Thank you for your thoughtful consideration,

Respectfully,

David Crombie

09 / 05 / 2023

April 28, 2023

To the Honorable Judge Stein,

My name is Bassie Deitsch, I'm 45 years old and the mother of four teenage children. I am also a loving niece to Sheina Levin who deserves every consideration and compassion from the court.

Sheina is a wife and tirelessly devoted mother of her 6 children. All my life I have known Sheina to be a generous, humble and kind, even while struggling financially and single handedly building her business slowly over the years, practically alone. She has worked so hard to support her family financially and emotionally and it has not been easy.

Sheina has faced many struggles in her life and marriage, as well as supporting her children's mental health. She does so with grace and humility always. I remember when I was a little girl hearing she had a baby girl, only to find out a few weeks later, the baby did not survive. It was painful to watch but it did not stop her from being there for my mother who had my brother, Eli, a short while later.

She is never one to consider herself above getting help or improving herself. Sheina is always looking for ways to become a better person, and a better mother and support for all those she knows.

Over the years, I have always turned to her for advice on issues I have been struggling with mentally and emotionally. She has always shown me how to rise above a situation and improve. It is about always doing better, becoming a better person and working on our mistakes. She is always in the know about the latest self-help book or new alternative therapy. She is always willing to learn and rise above a situation to be better.

Sheina's kindness does not only extend to her family. Her home is famous in the neighborhood to be an open door for all those who need a hug, some food, or just a place to crash. Her dinner table is often filled with strangers and her guest bedrooms are never empty. She is truly an important person to anyone feeling unloved or alone in the world. Lord knows, she is not above hard work!

Doc ID: 50e9a8c427ee8a6bbf69972d84b7847d66b20226

My heart is so pained and the tears are endless for the struggle she finds herself in.  I know if given the chance she will only become better and do better because that is her way.

Please show your compassion for my dear aunt who is so vital to so many lives.  Thank you for your consideration,

Bassie Deitsch

08 / 29 / 2023

4/21/2023

Dear Honourable Judge Stein,

I am writing to you in support of my aunt Sheina Levin.

My name is Chana Deitz and I am married with two children.

I live in Sydney, Australia and work as a Forensic Psychologist. Sheina is my aunt through marriage though she has always treated me like her own. She has been my aunt, my employer, and my confidante.

Sheina has always been a safe and supportive role-model in my life. She is firm and kind, with a warm heart and open home. When I was growing up in the US, I constantly visited her home whenever my family was visiting New York, never calling, beforehand to let her know, yet I always *always* felt welcome.

Aside from her open home, she is in the background of so many memories, so many life choices and dilemmas.

My father left our family when I was very young, and we were somewhat marginalised in our greater family network. However, Sheina always made an effort to include us and make long lasting connections between myself and her children.

This established friendships that exist until today. She knew the important of family and connection and she lived it. You could feel how important family is to her, and her home was constantly filled with relatives from all over the world that called her home theirs. Relatives from all over the world relied on her and her husband for practical, emotional, and financial support. When I was a young teen I stayed at Sheina's home for the weekend. My father stopped by and she brought him over to me. I hadn't seen him in a long time so it was awkward for me, but Sheina introduced us in such a natural way she dispelled the awkwardness and I am grateful as its one of the few memories I have with him. Sheina has always seemed assured and strong and knowing to me, and that has not changed as I got to know her as an adult. Sheina always supported my father as well, and he did not live an easy life. But they were a safe haven for him as well.

When my father died, I sat shiva (jewish ritual of mourning) in her home. Which meant I was in her home for 7 days. I did not ask her if I could do this. I haven't really thought about that until I sat down to write this. I just went over and stayed with her and family unannounced and comfortable. She provided a space for me without being asked and I never felt like I was an inconvenience during such a tragic time.

After that I asked if I could work for her and her husband at Abba Realty. I didn't necessarily need a job but I did want to be surrounded by people that were so open and supportive. They welcomed me without question. I saw Sheina's professionalism and her strong work ethic. She got things done, and was so confident and self-assured and positive. She was a real example of how a woman should be in the work place, which was invaluable in our tight knit community where so few women had employment outside of being a secretary or a teacher. During that time I saw

endless people from the community walk through the door looking for financial support, a warm meal, or a friendly face, and no one was ever turned away empty-handed. They were known as a family of charity.

When I moved to Australia I was struggling with my fertility. Not many people knew about it and I didn't talk about it much. I was in between treatments and feeling like I was done trying. Though we were separated by distance she called me on the phone to ask about my fertility journey and encouraged me to keep trying, saying it wouldn't happen on its own and I had to just get up and do what I needed to do. I owe my two children to her.

When I started my career as a psychologist, I looked at Sheina as a role model. She was one of the first women in our Orthodox community that had a successful career outside our community. She not only had a career but used her influence to support local and international charities through financial means, and through guidance. Moreover, her home was open to many people who would stop by asking for money, and no one I saw was ever turned away empty handed.  Sheina is a pillar in her local community, the wider community, and in her family.

To my knowledge, Sheina has faced many personal challenges in her own life. She has adapted and survived through many challenging circumstances. She has been a source of strength to so many and you'd never know the toll so many circumstances must have had on her. She always remains steadfast and strong, and can always put a smile on your face. She is sensitive to the needs of others and puts them before her own. Sheina is always open to learning from her experiences, and is never too proud to ask questions about things she does not know. Her children have taken paths different to her own but all feel welcome in her home, loved, and encouraged to pursuit their own passions. There are so many people that depend on Sheina and need her in their life. Myself included. I often think how Sheina would handle a situation, with strength, determination, and the biggest support.

I thank you for hearing her story with compassion and mercy. I wish that you will appreciate the depth of greatness that lies within Sheina and see how she has only positively impacted our family and the community and thus deal with her case in a kind manner.

Thank You,

Chana Deitz

7/17/2023

To the Honorable Judge,

My name is Rosie drimmer, and I am Sheina Levin's niece. She is my mom's younger sister. I am the oldest child of my parents and so I have a bit of a longer memory of my aunt than some of my siblings and cousins.

I am forty five years old and have 4 children. I am a family therapist living in Miami, Florida for the past twenty years, I grew up in New York and return often for family visits. My earliest memories of Sheina are of visiting her and my uncle Mendel in their first apartment. Being in their presence felt light and free. There was an inner joy that they both radiated, that couldn't be described adequately in words. My aunt Sheina's full name, is translated in Yiddish as "happy" and "pretty". Clearly my aunt is pretty, but it is her inner beauty that I will speak of. At this point you could assume I will go on to describe her inner beauty and her joy…. Not exactly. What I have discovered is the two are intertwined, they are one and the same. Although my aunt has a happy disposition by nature, there are always times and challenges that cause a person to stray from that easy place of joy. What I have witnessed, as anyone who knows her can attest to, is that her unwavering trust in God and in her most important role as a mother, keep her by choice, in a permanent state of joy. Her true beauty IS her ability to be joyful, while simultaneously facing challenges that would make most people curl up in bed and cry. Her inner work of creating deep peace and happiness, in the face of fear and the unknown, is the most beautiful thing about my aunt. She isn't a person who is in denial, or tries to ignore the pain- she faces every situation in life head on, with purpose. Part of that awareness that she maintains, is her ability to notice when other people are in need. She has a way of understanding what they need and how she can step up and be of help. And she doesn't shy away. She is ready and willing to do what is needed.

I remember there was a family, a father and two children, that lost their mother who were always around my aunt and uncle's house. When I was young, I wasn't even sure what their connection was, I assumed they were distant family, because they were always in Sheina's house and they were treated like family. As the years progressed and I got older and more

(Cont

aware, I found out that this family actually had no connection to Sheina or her husband at all, they happened into their life and Sheina made sure that they knew she was a person and place to come to in their time of need. She gave the father a job in her business and when the children were old enough they were also offered positions at her office. My aunt stands out in my mind as the consummate Jewish mother. In addition to working extremely hard 5-6 days a week, she cooks and prepares for many guests every shabbat. Her home was open to both family and friends who needed a place to eat and connect in a warm welcoming environment. Whether it was out of town students from her husband's side or different cousins whose family were out of state, she always had many many people to share her heart and her home. Nothing has changed in her lifestyle to this very day. She deals with every challenge, whether personal or family related, in the same strong way. She thinks about how her actions affect other people and how she can do her best in this world. She hasn't stopped hosting and opening her home, and she still offers a job to anyone in need that is willing to learn and put in the effort. I am begging the court to please have mercy on this incredible human being, and allow her to continue on in this world as a free woman.

We need to continue seeing her growth and achievements.

When my aunt goes through a life challenge, she doesn't just get through it. She grows and improves, as does everyone around her. I have seen time again, how when Sheina is faced with something scary (such as her sons battle with addiction) or humbling (such as her current predicament) she finds out what role she played and teaches herself to be better, stronger and wiser. And we her family and friends, are influenced and affected in a most meaningful way. A way that inspires us to emulate.... Because she has cleared the path and shown us how it is possible to take responsibility when faced with pain or challenge, and move forward in an even more dignified beautiful way.

I humbly plead with you to acknowledge the side of Sheina which I presented to you. Her contributions to society have been tremendous. Her ability to introspect and take personal responsibility for growth and change are unparalleled. With all my heart and sole I ask that you conclude this court case with utmost mercy and kindness.

Thank you for taking the time to hear my words.

Respectfully,
Rosie Drimmer

09 / 07 / 2023

4/26/2023

To the Honorable Judge Stein,

    I am writing this letter on behalf of my cousin, Sheina Levin. My name is Aidah Drizin, my husband and I live in Dallas, Texas and are the parents to two wonderful children. My husband and I have a synagogue here in Dallas, catering primarily to post college, young adults. We have been leaders in the community here for close to 16 years. Furthermore, I am currently enrolled full time as an undergraduate student. Thankfully our lives here are very full.

    We have been blessed to be able to make the decision to send our children away from home to further their religious education and both of them have found themselves in close proximity to Brooklyn during their schooling careers. As a parent, one of the most comforting things that allows us to sleep at night is knowing that our child is being looked out for and cared for. Sheina is that person for us. I have lost count as to the amount of times Sheina has been the one to hug, feed, console and provide a warm and clean bed for both of my children. The comfort in knowing that there is someone who is loving and caring for your children, when you are physically unable to be there, is priceless.

    Sheina has not only been that for my children but for me as well. Whenever there is an opportunity for me to go to New York and spend time with my children, Sheina more often than not is the place I can park myself. And when I cannot, it is usually because her house is full of other guests who are visiting from far off places. Her house is never closed. If there is a spot available for someone to sleep, she graciously hosts, with her whole heart. I have known Sheina for my entire life and never has there been a time when she has exhibited anything other than warmth, generosity and care for everyone and anyone she comes in contact with.

    Sheina is a wonderful mother, a compassionate and formidable woman who is the rock and center of her family. She is the one all of her children turn to whenever they are in need of something. Whether it is a listening ear, a hug or just helping with the day to day raising of children. She is an incredibly hands-on grandmother, often taking care of her grandkids in order to give her daughters and son a little bit of a break. Her home is often filled with the sounds of babies and children, laughing and playing and generally just having a good time in their Bubby's house.

    Everything Sheina does, when it comes to others, is always with a full and open heart. She is a giving and kind, warm and generous person. She is willing to go the extra mile for someone who needs help and will often give up her own comforts to make sure someone else doesn't go without.

    Sheina is a phenomenal woman; she is an exceptional mother and caring and doting grandmother. She is a loving daughter, to two elderly parents and a loving wife to her husband. I spent the past Passover holiday with Sheina and her family. She was not the Sheina we have all come to know and love, she was subdued and quiet, fully aware of the magnitude and severity of her situation. She seemed remorseful and morose. When she was not helping in the kitchen, cooking for her family and ours, she was praying, saying Psalms and generally introspective.

    As an admirer of Sheina's and someone who has a deep and abiding respect for the court and justice system, my fervent hope is that Sheina is shown compassion and mercy. Just

Doc ID: bbbfadae5949d35c0813b511ecf2c9c8cd29fd27

as she has pushed herself to give others so much more kindness than they deserve, please respond to this case with more compassion than the strict letter of the law which may not consider the truly sensitive and caring person Sheina is.

Respectfully,
Aidah Drizin

09 / 06 / 2023

# Chaim Drizin, MA, LMFT,CSAT,EMDR

May 1, 2023

To the Honorable Judge Stein,

My name is Chaim Drizin. I am a licensed marriage and family therapist living in
Aventura, Florida. I am 73 years old, married with 5 married children, 35 grandchildren,
and 6 great-grandchildren. I am also an uncle of Sheina Levin's husband, Mendel.

I have known Sheina since she was a child but really got to know her when she married
my nephew. Sheina is a warm, compassionate person who embodies kindness and
practice's outstanding hospitality.  My children and grandchildren are always welcome in
her home when visiting Brooklyn. When they passed through CH or were there for
school, all considered Sheina's home their second home and had many shabbat meals
with them.

Sheina is an exemplary wife to her husband, who is a difficult person and faces
significant medical challenges. She has managed to keep her family together despite
numerous obstacles. She is an incredibly diligent and dedicated mother, even with the
added challenge of having some children with unique difficulties. Additionally, Sheina is
a hands-on grandmother who provides both physical and emotional support. Recently,
one of her daughters gave birth, and this event significantly affected her daughter's
health. Sheina's daughter has been living with her, and Sheina is serving as her primary
caregiver during this time.

Any and all consideration for Sheina will be much appreciated, specifically in the form of
a compassionate and merciful judgement.

Respectfully,

Chaim Drizin
09 / 07 / 2023

Chana Drizin

~~[redacted]~~

Brooklyn NY ~~[redacted]~~

5/4/2023

Dear Honorable Judge Stein,

My name is Chana Drizin, I am married for 33 years, I have 7 children and 7 Grandchildren.

I am a stay-at-home mom but am busy with being involved with community services. I am a volunteer for an organization called Bikur Cholim. I take cancer patients to and from hospital treatment appointments.

I am a first cousin and dear friend to Sheina Levin. I am also privileged to live almost directly across the street from her. We have been neighbors for the last 23 years. During these years we have formed a very special close and unique relationship. We have made a kind of ritual that we very often have Shabbos morning coffee together and catch up. During this time, I will take advantage of my time with her and get the strength and wisdom I need to help me and advise me with my children and get positive strength from her just dealing with everyday life. Her wisdom and wise words continuously help me to get through something I may be going through or just wise advice with everyday life. Her bear hugs, love and affection leave me feeling positive and ready to start a new week with optimism and encouragement that the coming week is going to be a better week and I'm going to be a better mom, mom in law and wife. She always gives me incredibly smart advice and for this I am so grateful.

When her kids were younger, when I would enter the house, I would often have to wait for her attention. She would always be playing board games with her kids and I would have to wait until the game was over. I cherish these visits and hope to continue doing this for many more years together.

Sheina is actually one of the most affectionate mothers I have ever come across. I watch and envy the kind of relationship she has with each and every one of her incredible kids. Constantly showering them with hugs kisses. Vise versa too. The love the kids have for her is SPECIAL! The warmth and the way she speaks to them and about them. Constantly striving to be a better mom. Always looking for the right school for each individual, what's suits their needs. I have always been impressed by how she is so in tune with each one of them as an individual. This is so obvious and transparent and you can see it with the kind relationships they have with their mom. This love and warmth carries over to friends neighbor's cousins, community people and strangers too.

Sheina is an incredible wife to our dear cousin Mendel. She is his rock! She will always be cooking and buying special foods to suit his special diet. She has stood by him and together they have built a beautiful warm open home! Their home is open to all. I constantly see guest walking in and out at all hours of the day and night. Hosting meals and parties and community events. They feed the less fortunate in a huge way. I'm

Doc ID: d98f39a6e27a59c0a53dade7b0cb1c0fbf7e0896

constantly blown away by what I witness though my kitchen windows. She will never say no to hosting. Whether it's a crowd of 5 to 50 with no exaggeration I personally see this week after week.  During Jewish Holidays those numbers double.  If someone doesn't have a place to eat, they know to head over to Sheina Levin's house.

There was a time when my husband and myself were unable to lease a car without a co-signer. Mendel and Sheina jumped in and helped us out. They were always quick to lend us their car too when we didn't have one of our own.

One of the biggest attributes I think Sheina has, is her POSITIVITY. Nothing will come in the way of her believing that G-D runs the world, He loves us, and whatever challenges we have in life comes directly from the One above.  It's all for the good. She will relentlessly carry on and never get to a negative place that stops her from getting up and continuing on! She's extremely smart and learned and is always reading books to better her knowledge on how to overcome something and strive forward. Hardships in life have only made her the most incredible person she is today. She won't spend time worrying about something she is not in control of. If a challenge comes her way, she will do everything in her power to make it better.

One of Sheina's daughters was diagnosed with chronic ▓▓▓▓▓▓▓▓▓▓.  She has turned tables to find the best care - treatment for her daughter.  She has flown to different cities to try everything she can to make her better.  This is a full-time job for Sheina.  She could not be a day without her caring for her and making special meals for her.  She has an extremely restricted diet and cannot do this for herself. She needs her mother around to avoid G-D forbid any hospital stays. This disease can spiral downwards if not taken care of the way Sheina and only Sheina knows how to do.

Sheina has worked hard for many many years to support her beautiful family.  They have the most beautiful warm welcoming home and this was because she put so much time effort, work, love and affection into every detail of her life.

When I heard of what Sheina is going through right now, my first thought was, she's use this challenge to make her and therefore us into better people, although as far as all our family know Sheina happens to be one of the most loved respected honest individuals we have ever come across.

Honorable Judge, I beg you to please have mercy on my dear cousin friend neighbor Sheina and be lenient with your decision. Her family cannot and will not be able to function in any way without her home together with her dear husband and children and continuing to be there for all whom rely on her with all her good deeds.

Looking forward to hearing only positive good news.

Respectfully,

Chana Drizin

09 / 07 / 2023

Doc ID: d98f39a6e27a59c0a53dade7b0cb1c0fbf7e0896

9/7/2023

To the Honorable Judge Stein,

My name is Chana Drizin. My grandmother is Sheina's cousin. I am 17 years old and currently spending my time in Crown Heights, New York while I attend school. The only reason my mother was willing to send me away from my hometown of Dallas, Texas was because Sheina would be here to care for me. I know that I do not speak for myself, but it pretty much goes without saying, that if you have Sheina in your life, you will be well taken care of

My biggest grievances about being away from home are the aspect of family and food. Sheina immediately helped resolve those issues. She is constantly inviting me to join her and her family for Sabbath, making me feel as though I am one of her own. It never ceases to amaze me how with each new guest, no matter where they come from, she bestows upon them the same welcoming feeling. What a wonderful feeling it is! Even during very challenging times in her life, Sheina still keeps others in mind. For example, not too long ago, Sheina's daughter had some serious complications after the birth of a child. Although Sheina spent the week at the hospital and coming home with her daughter to care for, Sheina still asked me if I wanted to come over for a meal. That invitation will stay with me forever. I don't know how Sheina keeps so many people in her heart, caring for everyone simultaneously.

I learn from Sheina how to love unconditionally and how to have compassion. I cherish these lessons that many do not have the privilege of learning. It is my hope that anyone who does not yet know Sheina as well as I do will be lucky enough to meet her and learn from her. She spreads positivity and is a role model for humankind.

I am pleading with, Your Honor, to have mercy on Sheina, who has helped me at a desperate time in my life and is a source for so much kindness in this world.

Respectfully,

Chana Drizin

Chana Drizin

09 / 07 / 2023

B"H

July, 25, 2023

Honorable Judge Stein,

My name is Dov Drizin and I live in Woodcliff Lake, NJ together with my wife Hindy and our 8 children. Sheina Levin is a first cousin by marriage. I grew up in Northern California far away from my extended family. Once a year as a younger boy my family would make the trek to Brooklyn to visit our grandparents and extended family. It was always a wonderful time, and I cherish those memories. I came under the wings of my parents, and it was mostly their world.

As a teenager of 16 I decided I wanted to study in New York and although I have a large extended family, I was a "foreigner" in so many ways. My uncles and aunts and their families were all very busy. Without the protective wings of my parents, I felt very much alone. There was one outstanding exception. And that exception was Sheina Levin. Even with a young brood of her own she made sure to reach out. She made sure I had a home cooked meal and a place that I knew I was safe. She took me in and in many ways was the anchor for my three years of school in New York. And I was not the only one. I watched Sheina gather many souls around her table and give them a family and a safety net.

Sheina has been a shoulder, comforter and rock for so many young men and women. Recently at a family gathering the conversation amongst some of the younger were having a discussion, when one individual- piped up: "Sheina sat me down the other day and looked me in the eye and had strong and passionate words with me about what really matters in life and that there are no short cuts. You need to live an honest and upright life. Don't make the choices that will forever haunt you...." Sheina is clearly using her recent experiences to teach the next generation about living with integrity.

Honorable Judge, knowing Sheina as I do, I feel that given the chance Sheina will not only be the comforter and rock of graciousness and kindness that she has always been but that she will be an influencer. An influencer in a community and family that needs voices like hers. I feel that she can take this experience and directly be in touch with young men and woman who will listen. They will listen because of her graciousness and her heart and they will listen because she has listened and grown.

I pray for a voice of mercy in your decision and that this will lead to greater good for Sheina individually, and for the many lives that she will touch.

Thank you for listening to this plea. G-d bless you.

Respectfully,
Dov Drizin

09 / 05 / 2023

8/1/2023

Your Honor,

My name is Moshe Drizin. I am a father of 8 children and blessed with a number of grandchildren. I am Mendel Levin's (Sheina's husband) cousin. I know Sheina my entire life as we grew up together in the same neighborhood and our families are close friends.

I am writing to provide a character reference for Shaina Levin, who is currently facing sentencing and I believe it is crucial to shed light on Shaina Levin's true character, her charitable nature, kind-heartedness, giving spirit, and sensitivity to others.

Throughout my acquaintance with Sheina, I have witnessed firsthand her unique commitment to helping others, specifically the overlooked and the needy. Her charitable nature is evident through her open home in our community where she feeds so many people that are neglected and ignored by most. What is most striking about her, and by extension her family's hospitality is that the hungry leave not only fully satiated with a nutritious homemade meal but also, and perhaps even more importantly, with an uplifted spirit because of her genuine and compassionate feeling for another's hardships. Her home is a refuge for the downtrodden, a place where they find an attentive ear and a sensitive heart that nourishes their soul. One individual stands out in my mind that was suffering from a severe addiction that was able to curtail his habits by virtue of the countless hours Shaina dedicated to help him see himself in a better place. Her selflessness and willingness to ease the burden of so many people that are hurting has left a positive impact on numerous lives.

Moreover, Shaina possesses a kind and empathetic nature that resonates with everyone she encounters. Her ability to understand and empathize with others' struggles has made her a pillar of support for her family, friends, and neighbors. She is always available with an open hand and heart during difficult times.

The suspension of all of Shaina's good work for those that need it most would be very disturbing. Her presence has been a source of comfort and joy to many, and I can attest to the positive influence she has had on so many lives. Her absence would be deeply felt within the community and I am certain that it would create a void that cannot be easily filled.

Furthermore, Shaina has expressed remorse and taken responsibility for her mistakes and the experience has profoundly affected her, prompting a genuine desire to change and become a better person.

I respectfully request that you consider Shaina's charitable nature, kind-heartedness, giving spirit, and sensitivity while determining the appropriate sentence. I firmly believe that with the right support and guidance, she can continue her journey towards personal growth and so benefitting all that profoundly rely on her.

Thank you for your time and consideration.

Sincerely,
Moshe Drizin

09 / 07 / 2023

4/27/2023

To the Honorable Judge Stein,

My name is Yosef Drizin. I am 19 years old, and am currently studying abroad in Israel. Before Israel, I was studying in a religious boarding school in New Haven, Connecticut. This is where I really got to know Sheina Levin, and how I have come to greatly admire and respect her.

My school would often have weekends off, and I had nowhere to stay. I am originally from Dallas, and although I have distant relatives in New York, there was no one I was comfortable enough with to stay by. Sheina opened her house to me, and welcomed me with open arms. When I tell you it was a one-way relationship, it was one way. Zero exchange of benefits. I would take take take, take and she would give give give. I can recall multiple instances of me last-minute asking her if I could stay by her, and her answer was always the same. She is so generous, and not just in my personal interaction with her. There are countless stories and memories of guests she would invite to her family's Sabbath table. Regardless of who or what they were, or even how they ended up at her house, she would greet them with warm smiles and invite them to join in her family's meals. I am still amazed.

I remember one instance where a group of random people unknown by Sheina Freida or her family came to her house. She welcomed them in and they made themselves at home. Feet up on the couches, gobbling up all the food she cooked - I was horrified. Sheina Freida was ecstatic. She was so excited to meet these unusual, not so average, group of people. She was asking them questions about themselves and their stories - she was visibly curious and intrigued by people who are different from her. These people were literally wrecking her home, and she had this limitless positivity and kindness. That Sabbath I discovered what it means to have unconditional positive regard.

Sheina Freida is also competitive. I remember as a kid, my memories of her were always playing board games, and her being the only adult who would play with me and my little sibling. She wouldn't treat us like children either. She would respect us, and it was evident in the way she would play. It was always a highlight to get to play a game of Catan or Risk with Sheina, her energy was contagious, and it was always a race to the very end. I learn from her how to be respectful while still being competitive.

Needless to say, Sheina holds a big place in my heart, and I am forever indebted to her for her kindness, warmth, and everything she teaches me. It is my hope that those who don't yet know her will too be able to bask in her light, and grow the way I have.

On behalf of myself, the hundreds who have benefitted from knowing Sheina and the hundreds more who will surely cross her path please extend mercy and compassion to Sheina during sentencing.

Thank you for taking the time to read my experience.

Respectfully,

Yosef Drizin

09 / 07 / 2023

April 26th, 2023

Dear Honorable Judge Stein,

My name is Zvi Drizin, and I am writing to express my strong support for Sheina Freida Levin, whom I have known for most of my life. I am a father of two, a husband and live in Dallas Texas, as an emissary of the Lubavitcher Rebbe. This position affords me the opportunity to assist with communal needs.

Sheina Freida is a dear cousin of mine, and we have been close since I was but a child. Over the years, I have come to know her as a person of great kindness and compassion. Sheina is always the first to offer a helping hand, even when it means sacrificing her own time and resources. I have witnessed Sheina's generosity firsthand. Growing up in Los Angeles, we would journey to Brooklyn yearly to spend time in the environment of the Chabad Rebbe during the holidays. Sheina Freida's home was open to friends, relatives and strangers. She graciously hosted our family and countless other hungry pilgrims during the festivities. Always nursing a cup of coffee and ready to offer a friendly word of encouragement and a little kugel to go along.

This kindness has come through the generations as we had to send our daughter to 10th grade in Brooklyn where she was alone and didn't know many people. Sheina Freida once again opened her home to our daughter and showed her and continues to show her and our family the most incredible kindness. Our daughter Chana, is hosted by Sheina Freida weekly for dinner and as a student alone in Brooklyn I don't know how she could cope without Sheina Freida and her family.

Furthermore, I know that Sheina has been through some challenging times herself and has faced them with grace and resilience. She has dealt with raising a family that does not necessarily walk in the path she has raised them in and nevertheless is incredibly kind and inclusive of all differences even when it comes to the people closest, which is often the hardest.

I recently spent a week with her and her family in Dallas, and it was obvious how she was a changed person as a result of what she had done. The light in her eyes were dimmed and there was an air of impending doom emanating from her. I saw her sitting there daily with a book of psalms praying, I have hopeful that her prayers will be answered and she will be shown mercy by our honorable courts.

I respectfully ask that the Court consider Sheina's character and contributions to so many people when making any decisions related to her case. She is a person of great moral character, and I believe that she is worthy of the courts compassion and mercy. Please view Sheina through a broader lens and recognize the truly outstanding person that she is.

Respectfully,

Zvi Drizin , Dallas TX

09 / 06 / 2023

4/24/2023

To The Honorable Judge Stein

My name is Baila Dubrawsky, I am a first cousin to Sheina, but she really is like a sister to me on so many different levels. I live in Dallas Tx, my husband and I were sent as emissaries of the Lubavitcher Rebbe to teach and encourage Jews from all walks of life. Every time I come to NY to visit, Sheina's house is open for myself and my family with grace and hospitality. Her hospitality has extended to my children too, in-fact one of my children (I have eight) ended up with no place to live whilst going to school in Brooklyn, Sheina opened her home to her, where she lived for a year, with no questions asked.
I have watched Sheina open her home to many more of her nephews and nieces who had nowhere else to stay, and made their way to her home where they were accepted with open arms, grace and kindness.
There is one instance many years ago, where I was going through a terrible pregnancy that was going to end with the loss of the child. I spoke to Sheina who was thinking, but not sure about coming to Dallas, after my conversation with her and sharing my situation, she dropped everything and came to Dallas to spend time and give me support (since she had experienced more than once the loss of late pregnancies and the loss of a 10-day old baby.) It was such a comfort to me on so many levels I will never forget that time.

I spend a lot of time in her home, I can probably call her house my home away from home. I watch how she accommodates all different types of people into her home, and everyone is made to feel like they belong and leave with their hearts full.
Shaina has been involved in many community projects always giving it her fullest and most undivided attention to doing the right thing for the appropriate project.

Your Honor, please understand the inherent greatness and sensitivity of Sheina, a superbly busy and involved mother, friend, and businesswoman who never stops giving, who will put her life on hold to support another going through a struggle. With that understanding in mind, please address this case with mercy and kindness.

Respectfully
Mrs. Baila Dubrawsky
Dallas Texas

09 / 05 / 2023

Doc ID: 98ad6084a2db793b71b534bfa32b9214d080755d

5/4/2023

To The Honorable Judge Stein,

My name is Sarale Dubrawsky, I am single and living in Dallas, TX where I work at Chabad of Dallas which is run by my parents. Sheina is my mom's first cousin, but to my siblings and I, she is considered like an aunt. My whole life I have known Sheina to be one of the most kind and caring people I know. I have heard many stories from others about the selflessness that Sheina has shown towards them. Finally in high school I was able to personally experience the absolute selflessness and kindness that Sheina had offered so many.

I moved to New York in 9th grade. I was 14 years old and living away from my parents in a dorm. I was very homesick, and I longed for a comfortable place to go. One night Sheina invited me for dinner and I told her how much I missed home and a good home cooked meal. Sheina looked at me with such love, and proceeded to tell me that her home is my home, and that whenever I need a home cooked meal or just a place to go her home is always open and I should never feel bad coming. The rest of that year I went to Sheina's house 3 times a week for dinner! Sheina would welcome me into her home with a big smile, a hug, and the most delicious food. I would also come for some Shabbat meals and I was able to witness people Sheina didn't even know, show up to her Shabbat meal unannounced. Instead of becoming overwhelmed, and stressed Sheina gladly set one more spot by the table.

I'll never forget that kindness Sheina showed towards me, she made a homesick 14-year-old girl miss home a little less. I believe that it says a lot about a person when, anyone could feel comfortable to just show up at their house, make themselves a plate of food and no one in Sheina's household would bat an eyelash. Sheina leads an open-door policy, with her house and her time. If you need a friend, Sheina is there. If you need maternal advice, Sheina will be there to lend the most helpful advice. If you need a home, you know the Levin's home is open and ready for you with all the most amazing food and snacks. I have personally witnessed the above happen again and again and again.

I could go on and on about the ways Sheina has helped my family and myself, I would even say that we wouldn't be even half of who we are without the love and warmth that Sheina provided for us, when we needed it. Sheina has safely made her home, my home away from home. I can also vouch to say she has made it that way for so many others.

Sheina is a pillar to our family and community alike and we owe a lot to Sheina. Please, take into consideration all that I have shared with you and review this case with total kindness and an open heart, just as Sheina does with all those that come her way.

Respectfully,
Sarale Dubrawsky
Dallas,Texas

09 / 06 / 2023

Doc ID: ca1cb5fcf603fc8e4b8d93b45d66ec59038b0536

4/28/2023

To the Honorable Judge Stein.

My name is Tzvi Dubrawsky, I am single and living in Dallas, TX where I work as a replenishment analyst for a distribution company. My mother is Sheina's first cousin.

I have known Sheina all my life, having spent a significant amount of time at her home, and have viewed our relationship as a privilege. It is also a constant reminder of how a person should behave. Throughout my life, I have seen many things that she has done well, but one thing stands out that I am not sure too many people can replicate. To me, this makes her so much more valuable in many people's daily lives. This is her "Open Home". I am certain throughout many letters you will hear this as a common theme, but I would like to humbly attempt to describe what this means on a deeper level.

Aside from always keeping her home open to our family, she provides hospitality, love, and care to a specific group of people who need it more. These are the older single girls in our Chassidic community. This group can experience great insecurity, staring into unknown uncertainty, and wanting just one thing. You can assume that most people in this situation would have a negative attitude, and you would be right. This is not the case for anyone who steps foot into her house. From the minute they arrive they are treated warmly. There is always something positive being spoken about, offering hope to anyone who might need it. There is rarely a frown to be seen around the house whenever she is there, as she is doing all she can to help all these girls just keep their heads up. This is what most of the outside sees in the Levin household on Shabbat.

Throughout the week, when everyone is busy with their daily lives her house remains open. If someone just needs encouraging words, a meal, or to just be around someone else so they can feel that positivity, they can find it at her house any day. Sheina will happily greet you as if you are meant to be there. This is the constant help that the world needs but often finds it lacking. There is too much good here being provided to those who desperately need it.

All of this is despite all the difficulties that Sheina has to deal with on a daily basis. Sheina works hard to remain positive, and available to help all that she can. This, to me, is literally quite superhuman. I look at this and marvel, and understand that this should serve not only as an example to me, but to all others who have the privilege of knowing her. That throughout all issues that affect her in her daily life, she still accomplishes all this good. I am positive that she will continue to give and give as long as she is physically able. For these reasons stated above (and many others that will be enumerated in other letters) I request mercy and compassion for any decision regarding Sheina's future.

Thank you for this opportunity to provide some insight into Sheina's life. I hope this letter can somewhat illustrate the benefit that Sheina has on this world, and the track record behind it all that prove she will continue to provide for others, happily.

Respectfully,
Tzvi Dubrawsky

09 / 06 / 2023

4/30/2023

To The Honorable Judge Stein,

Firstly, just a brief introduction. My name is Zalman Dubrawsky. I was born and raised in Dallas, Texas and now live here with my wife and three kids. I currently work for Capital One in their Auto Finance department. Sheina is a relative of mine.

Before I continue, I'd like to provide some personal context. I started attending school away from home in 7th grade. I went to school in California and stayed by my aunt and uncle there. Unfortunately, due to my behavior, my aunt and uncle decided that I could no longer stay with them to finish out middle school. Between the talking back and the extra trips my aunt had to make to pick me up from detention, I suppose she had enough. That led me to attend school in New York the following year.

I was fortunate to have my grandparents living in New York at the time, but they were already older and spent large portions of the year travelling to stay with their children. This did not leave me with a lot of familiar faces in a big city like New York. It was definitely overwhelming for a 14-year-old. As if meeting new classmates and attending a new school wasn't enough, moving from Dallas to New York was a lot.

That's where I was lucky enough to know Sheina. Any time I wanted a change from the less than stellar cafeteria food, or just needed some space outside of the dormitory to decompress, Sheina was always ready to accommodate. She hosted me for countless meals and the beautiful part of it was, she treated so many others the same way.

The different kinds of people I met while at her house was inspiring. It was anyone from family and friends to a perfect stranger visiting New York for the first time without a place to eat. There were really people from all walks of life. I frequently saw people struggling with addiction, people with nowhere else to go, and Sheina always treated everyone with kindness and never judgement.

In September of 2022, just a short couple of months ago, my wife's sister lost her two-year-old toddler. We made last minute plans to attend the funeral on the east coast, but our flight back to Dallas was cancelled. We ended up stranded in LaGuardia airport physically and emotionally drained. My first call was to Sheina and she happily hosted us on a couple hour notice. She may not have known then, but between the emotional stress of our situation and the hours and hours we spent traveling, she really rescued us. Years earlier, my aunt was buried in New York, and Sheina had hosted me then as well.

I am certain the kindness Sheina showed me and my family barely scratch the surface of the kindness and generosity she has shown others through the year, but I wanted to share how she touched my life at some of my highest and lowest points. Dear Judge, Please handle this case with the same compassion that Sheina has for all of humanity.

Doc ID: 2304b1a2a384c104200d0f99abb0504a63e0bfa0

Respectfully,

Zalman Dubrawsky

09 / 06 / 2023

5/4/2023

To the Honorable Judge Stein,

My name is Boruch Duchman, and I am Sheina's first cousin. I work for Crescent Heights in the marketing and development department. I am married and a father and grandfather of many. I live in Bay Harbor, Florida

Being that Sheina and I are around the same age, we spent a lot of time during our childhood playing together, and I have wonderful memories of summers spent in upstate New York. Although I now live in Florida with my family, we remain in touch as close family members to this day.

In my life, I went through a period of time where I struggled and experienced some personal angst. I am grateful to her for my assistance and guidance in my recovery in drug addiction. Sheina always received me with positivity, warmth, and was incredibly nonjudgmental. She never turned away from my difficulty, but instead always responded with great empathy. Her encouragement helped me weather that stormy patch, and thankfully I am on the other side now.

Life has been smoother sailing since. In the past decade, I have committed to strengthening my daily study routine. As a Chassid of the Chabad movement, we study the Tanya, a book of Chassidic philosophy and meditation, on a daily basis. Whenever we reached a certain chapter discussing positivity and its impact, Sheina and I would get in touch and reflect on how to implement those teachings into our lives. Sheina has always been deeply dedicated to self-improvement, achieving it through studying, meditating, praying, and sharing with others.

Please show Sheina kindness and compassion, the same way Sheina shows kindness and compassion to all those around her.

Respectfully,

Boruch Duchman

09 / 05 / 2023

ב"ה

# COLEL CHABAD

RABBI MEIR BAAL HANES CHARITIES IN THE HOLY LAND
UNDER THE AUSPICES OF THE LUBAVITCHER REBBE,
RABBI MENACHEM M. SCHNEERSON



# כולל חב"ד

לצדקת רבי מאיר בעל הנס בארץ הקודש ת"ו
בנשיאות כ"ק אדמו"ר מליובאוויטש,
רבי מנחם מענדל שניאורסאהן

806 EASTERN PARKWAY, BROOKLYN, NY 11213  718-774-5446  FAX: 718-773-1614 • 5 HACHNASAT ORCHIM ST., P.O.B. 5046, JERUSALEM, ISRAEL

August 9, 2023

The Honorable Judge Stein,

Honorable Judge Stein,

My name is Rabbi Sholom Duchman. I am the director of Colel Chabad, the social welfare arm of the Worldwide Chabad Lubavitch movement in Israel. I would like to share a heartfelt heartfelt plea on behalf of my dear cousin, Sheina Levin.

For more than 45 years, I have dedicated my career to fulfilling the mission of Colel Chabad, which is the oldest existing operating charity in Israel (since 1788). Our mission is providing vital support and assistance to thousands of indigent individuals each day. Our activities include running 23 Soup Kitchens, which feeds 3,500 elderly every day we also deliver 4000 meals to mostly Holocaust survivors through our 'Meals on Wheels' and we are the official sponsor and we are operator of Israel's food security program providing basic food to 32,000 families every month in partnership with the Israeli government. We strive to serve those in need without any bias based on ethnicity, age, religious observance, or affiliation.

Sheina has been an integral part of my life since childhood, as we grew up side by side in the same close-knit community. Her family, including her parents and grandparents, are exemplary members of society, deeply ingrained with strong values and a profound sense of responsibility. Sheina has consistently demonstrated genuine care and compassion for others, actively engaging in community initiatives. She dedicates her efforts to assisting families in need, preparing meals for them, and extending a supporting hand to the needy in our community. Alongside her dedicated husband, she has been a devoted activist and supporter of Colel Chabad, attending our dinners and soliciting friends to take part in our dinners and support our institutions in Israel. Sheina excels as a loving mother, doting grandmother, steadfast friend, and cherished cousin, providing unwavering support and encouragement to those around her.

It is with a heavy heart that we acknowledge Sheina's recent misjudgment and the subsequent legal proceedings she now faces. However, I would like to emphasize that this incident is not a true reflection of her character. Sheina has expressed deep regret for her actions and a sincere desire to embrace a new path—guided by integrity and righteousness. As her cousin, friend, and a Rabbi, I can wholeheartedly vouch for her capacity to learn from her mistakes and her unwavering commitment to personal growth.

Your Honor, please consider my words when sentencing this woman. Sheina's good character and compassion and her actions and deeds in the community for others stand in glaring contrast to her conviction and the mistake she has made.

I extend my deepest gratitude for your time and consideration.

Sincerely,

Rabbi Sholom Duchman

TWO CENTURIES OF HELPING THE NEEDY OF ISRAEL IN A MANNER WHICH SUSTAINS THEIR SELF ESTEEM

April 20, 2023

To the Honorable Judge Stein,

My name is Mushky Edelkopf.  I am married to my husband of ten years and a mother to three beautiful children. I currently live in Hollywood, FL. I am blessed to be close friends with the Levin family. Particularly, their daughter Rosi who I would consider my sister. We spend holidays, birthdays, and lots of celebrations together and this has given me the gift of knowing Sheina.

If I could have a few moments of your time, I would like to tell you about the mother of my dear friend. Assertive, firm, bold, yet with a gentle love in her eyes - Sheina is the absolute rock, foundation, and pillar of her family and community. As an orthodox Jew, Sheina carefully and lovingly lives her life centered around faith and family. Not all of Sheina's children are religious as she is. I have personally witnessed Sheina's acceptance and understanding of all her children regardless of their faiths and beliefs. She practices the true meaning of love and respect, and it starts in her home.

At one particular meal we had together, Sheina and I were discussing the presidents of the USA. I was fascinated by her knowledge and how much history she knew. I was expressing my interest in a political party based on what I knew, and Sheina pointed out some truths I had never heard before. Without persuading my vote in any direction, Sheina stated a lot of credible information based on years of her own studying and research. She spoke carefully and respectfully and it really made an impression on my life. I learned from Sheina that it's possible to understand everyone's point of view, and not to dismiss other people.

I have spent many meals at her home in Brooklyn which is known for its open doors. Strangers, extended family, people in need, friends, and just about anyone can walk into the Levin home at any holiday and expect to feel welcomed. There were so many times that I needed a place to eat, and when I walked in, Sheina made me feel like she was expecting me. Her kindness and generosity towards her community make her a pillar they cannot do without.

Please take the information I shared with you to heart and allow kindness and compassion to drive your sentencing decision. I see Sheina's strength, respect, kindness, and generosity in all of her children who bless my life with friendship. I look forward to the many years of good health and happiness that the Levin family and I will share together, and I thank you from the bottom of my heart for your attention to my letter.

May Gd bless you and your family,

Mushky Edelkopf

Hollywood, FL,

5/3/2023

Dear Honorable Judge,

My name is Miriam Elberg. I am a teacher in the local religious schools of Crown Heights.

I feel compelled to write this letter and share my personal experiences with Mrs. Levin. As a friend of the Levin family, I have been in their home a number of times. While each visit has its own flavor depending on what was going on at that particular time (the options range from spiritual gatherings to fundraisers and meals) there is always a common theme that is ever present throughout each visit. Mrs. Levin sets a tone of acceptance, love and respect. She is quick to give a compliment and shows a deep and caring interest into the lives of others.

I sincerely admire Mrs. Levin from watching her interactions with her children. She maintains a loving and open-minded approach, allowing each child to be heir own true self, without pushing her own agenda. As a result, it is clear how her children relate to her in such a positive way and hold her in such high esteem.

A particular scene comes to mind, after spending a weekend together with Mrs. Levin. It was Friday night, just as the Sabbath began. Mrs. Levin began to learn a Jewish philosophy book on the topic of self-growth and relationships. It wasn't long before all the guests surrounded Mrs. Levin as she shared with us her learnings. I feel that this scenario encapsulates so much about Mrs. Levin and her true essence. She is a teacher, teaching by example. Showing us all how to remain positive, to build another person, to support one another, and to keep a peaceful atmosphere at all times. She is someone who learns and pushes herself to grow each day, spiritually, relationally and in her character. She has opened her home to host an endless number of self-growth classes. She lives her life mindfully and consciously with a specific effort to make a positive difference in this world.

I am so grateful that I have the privilege of learning from Mrs. Levin's character. I can only hope to emulate a fraction of her greatness.

Honorable Judge, please see past the mistakes and take a deeper look into who Mrs. Levin REALLY is. A soft, gentle generous and supportive soul to all of us who have been gifted with her presence in our lives.

Doc ID: d5fea486066d481ef2c01cd9dd77796906bacdf4

With much respect,

Miriam Elberg

09 / 06 / 2023

4/30/2023

Dear Honorable Judge Stein,

My name is Rabbi Mordy Feiner. I am a Chabad Rabbi in Golden Isles, Florida. I personally have known Mrs. Sheina Levin for over a decade and have heard of her open, welcoming home and her involvement in the Crown Heights community in Brooklyn, NY ever since I was child. Her daughter Rosi is my sister-in-law and I have come to know her quite well.

I am writing to express my support for her as she is facing charges before your court. I ask that you show compassion and understanding in your proceedings.

I have seen firsthand the positive impact she has had on the lives of those around her. She has always been a kind and caring person, going above and beyond to help others in need. Her family and friends admire her. Sheina is there for them selflessly and with a smile.

You should see her grandchildren, my nephew and nieces light up when she is around, they always look forward to her visits. My sister-in-law, Sheina's daughter has two sets on twin girls. I can tell you firsthand (as I have had the honor of picking her up from the airport when she comes to visit) that from the moment she arrives she is a lifesaver from watching the kids, doing the night shift for the twin babies, to doing the shopping. As a father of twins myself I can't imagine my sister-in-law getting by without those visits that give her the needed help and peace of mind. Sheina has earned the respect and admiration of all those who know her.

I understand that there are legal proceedings taking place, and that it is important to uphold the law. However, I ask that you take into consideration the positive impact Sheina has had on her family and community and the potential negative consequences that could result from a harsh ruling. Sheina has already suffered greatly from the stress and uncertainty of the legal process, and I urge you to take this into account as you make your decision.

I respectfully request that you consider a more compassionate sentence or alternative form of punishment, such as community service or probation, which would allow Sheina to continue to contribute positively to her community and be there for her children and grandchildren. I have no doubt that she will learn from her mistakes and become an even more valuable member of the community.

Thank you for taking the time to consider my request.

Respectfully and Sincerely,

Rabbi Mordy Feiner

09 / 06 / 2023

7/28/2023

Honorable Judge Stein:

My name is Gutal Fellig.   I live in Miami, Florida.  My husband and I are emissaries of the
Lubavitcher Rebbe OBM. My husband is the rabbi and director of the Chabad House in Coconut
Grove.  We have, thank G-d, been blessed with children and grandchildren.  Sheina is my
younger sister, although I often feel in years only.

Sheina was married quite young, and faced many challenges. Trying to start a family was met
with great difficulty. Her first child was born prematurely and lived only a few short weeks.  She
conceived a second time, but her pregnancy again resulted in a premature birth (twins), which
again ended in loss and great pain. When she eventually conceived a third time, she was
confined to total bedrest for the duration of her pregnancy.  After many years and numerous
attempts she and her husband were finally blessed with twins a son and a daughter.  Sheina
spent the duration of her pregnancy at our parents' home and became very close to them.
Today, Thank G-d she has six children.

Juggling to raise and support a young growing family can be very stressful and demanding.
Sheina shouldered much of the financial responsibility to support her family.  This caused
additional strain and anxiety. In order to help her manage her many roles, Sheina starting
reading and investing much effort and energy in studying and listening to lectures on self-
improvement in order to facilitate her becoming a more effective parent and wife and employer.
She internalized what she learned and was always happy to share her knowledge.  I for one
spent a lot of time on the phone with Sheina, seeking her wisdom, as I valued her advice.

Sheina's home was always open to all her nieces and nephews as well as cousins and their
children who live "out of town".  Her house isn't large, but her heart and capacity to love and
give is huge. You just have to show up, and you will be greeted with a great big smile and
delicious food!

Sheina has maintained a super close loving relationship with our parents.  For the past number
of years our sisters moved away from Brooklyn. Our parents live a few short blocks from
Sheina.  G-d Bless they are in their 90's.  Sheina sees them every day.  She is personally
involved and responsible to assist and accompany them in all of their needs and appointments.
They have come to rely on her in a very big way.  She is now the only daughter of the five who
lives nearby.

Sheina is an individual, as mentioned who has worked hard on self-improvement.  She has
become a mentor for many who seek her guidance for their own personal struggles. Of late she
has become more introspective and focuses her energy on what's truly important.  Whether it's
helping someone in need or advising her own children in caring for their newborn babies; or
taking care of her adult daughter who is living at home and struggling with the symptoms of
Crohn's disease.   Living at home as well is her eighteen-year-old son who is still so young and
impressionable.

Sheina takes responsibility for her actions and is remorseful and embarrassed.  Our parents
have no knowledge of what has transpired.   My mother has repeatedly told me that she is very
concerned about Sheina and her health.  "She carries a big burden on her shoulders, she has
so much pressure at work and at home."

Your Honor, please show compassion for Sheina. She plays a vital role in caring for our family and such an important presence for so many in our community.  Her physical presence is critical for their wellbeing, as well as her presence in the lives of her children living at home who need her every single day.

Thank you for your consideration.

Respectfully,

Gutal Fellig

09 / 07 / 2023



ב"ה

Chabad of Miami & South Dade

Chabad of Miami
Headquarters
3713 Main Highway
Miami, Florida 33133
305 455-5444
Info@chabad.miami
www.chabadmiami.com

Bet Ovadia Synagogue
Ave J. Young Profesionals
Mikvah Mei Rochel
Be'er Miram
Miami Jewish Montessori
Jewish Learning Institute

Rabbi Yakov Fellig
Rabbi Levi Friedman
Mrs. Gutal Fellig
Mes. Sashie Friedman
Mrs. Chanale **Gourarie**

**BRANCHES**
Chabad of Coral Gables
Chabad of UM
Graduate School
Chabad of South Miami
*Rabbi Mendy Fellig*

Chabad of Cutler Bay
Chabad of Homestead
*Rabbi Yossi Wolff*

Chabad of Palmetto Bay
Chabad of Deering Bay
*Rabbi Zalman Gansburg*

Chabad of Downtown
Coral Gables
*Rabbi Avrohom Stolik*

Chabad of West Brickell
Chabad of Shenandoah
*Rabbi Mendel Klein*

Chabad of FIU
*Rabbi Dov Garelik*

Chabad of Kendall
Chabad of Pinecrest
*Rabbi Yossi Harlig*

Chabad of UM Under
Graduate
*Rabbi Shmuel Lipsker*

Chabad of Key Biscayne
Chabad of East Brickell
*Rabbi Avrohom Caroline*

Healing Hearts
Bikur Cholim
*Rabbi Yochanan Klein*

July 26, 2023

To the Honorable Judge Stein:

My name is Yakov Fellig, senior Rabbi at Congregation Bet Ovadia, and an emissary of the Rebbe to Miami, Florida, and South Dade County

Sheina is my sister-in-law through marriage.

I have known Sheina for nearly fifty years. Even as a young teenager, she was kind, caring, and compassionate. When she got married, she became the breadwinner in the her home. Sheina raised a beautiful family as a working mother, and always welcomed into her home extended family out of town guests who need a place to stay over the holidays while in Crown Heights.  In addition to running her own business and taking care of children, Sheina is now responsible for caring for her elderly parents, both in their nineties, who rely on her heavily.

These are tragic circumstances under which I am writing this letter.  Sheiina made terrible choices which lead her to where she is today and she is taking full responsibility for her actions. No excuses. But I am hopeful that my thoughts will broaden the Court's insight into who Sheina is.

As extended family, my wife and adult children only became aware of Sheiina's legal troubles once they became publicly known.  The reason for this is simple, Sheiina was embarrassed and ashamed by her actions.  Knowing her as I do, I know that her sense of shame from having brought such a scandal upon  our family and community, was a heavy burden.  While the punishment that she will receive from the court will doubtlessly be appropriate for the crimes she committed, I want the Court to know that she has already suffered greatly from the shame and humiliation of her actions. I hope that the Court will take this into consideration while considering punishment.

Respectfully,

Y. Fellig