**EXHIBIT C**

B'H

4/30/2023

To The Honorable Judge Stein,

My name is Tzirl Goldman and I am writing to you on behalf of my childhood friend, Sheina Levin. Sheina and I have known each other since elementary school. Considering that we're grandmothers now, our friendship goes back 50 years. Additionally, my husband and Sheina's family are close family friends which only solidified our connection. Furthermore, over the past 30 years we have been spending our summers together in an upstate bungalow colony. This further testifies to the fact of how our relationship has grown and how close we and our families have become.

We have shared life's milestones as we married, gave birth to our children, celebrated their weddings together and with much gratitude celebrated the births of our grandchildren. I clearly remember Sheina, very pregnant with her youngest child, wobbling into the wedding hall at my daughter's wedding, the first in my family. She wouldn't have missed it for the world, even though it was difficult for her to move about. Several months later, I was at her side celebrating the birth of her youngest son. Our celebrations continued over the years as there were more weddings, and births enjoying each other's additions to the families.

Our friendship has also endured life's challenges. To illustrate this, I will share how Sheina has extended herself to my son, who though born healthy developed a neurological disease as a toddler. This goes back to spring of 1989. I vividly remember being at the doctor's office (a family doctor that Sheina and I would both see) and Sheina noticing that something was amiss. It was at the early stages of my son's illness and treatment. Sheina offered some comforting words, but it was as we became summer neighbors upstate, that Sheina was so welcoming and gracious to my son.

As my son grew and became more familiar with Sheina he would visit her, on his own, at her bungalow. My son's condition is that he is unsteady, with a tremulous gait, his fine motor skills are "shaky" as well. Blessed with an outgoing personality yet his behavior can be at times difficult. To offer him a drink almost guaranteed there would be a spill (and it is so until today). Him not getting what he wants could trigger a scary outburst. This did not deter Sheina from allowing him to enter her home, stay for as long as he'd like, offer him drinks, snacks or anything to occupy him with while visiting her. The mess he'd make didn't bother her and I know Sheina was clearly aware of the respite these visits afforded me.

Once the summer came to an end, my son would find his way to her home and visit Sheina and her family. I was so touched by Sheina's kindness to him, and by extension Sheina's children's friendship to my son. It is obvious to me that the Levin children learned to love and tolerate others from their mother's behavior. This gesture of compassion spoke volumes to me, one that I am forever grateful for.

Having a child with special needs turned me into an activist supporting this cause. Creating fundraisers to support special education, I reached out to Sheina who graciously and generously donated to the cause at every request. Her participation as a sponsor to several concert fundraisers was one I knew I could count on for several years.

No one is exempt from challenges with raising children and I know Sheina has been dealt her share of that. What I admired so much in Sheina was her strength of character, always standing tall in the face of adversity. She held her emotions together, and dealt with the issue speaking her mind in a carefully calculated tone. Always with reason, she expressed why something should not have been said or done. Sheina had no issue to give constructive criticism; she's brutally honest in that regard, to anyone for that matter, not only her children. It is this honesty in Sheina, assessing a situation, that gives her the knowledge in being able to forge ahead.

Sheina has also shown tremendous honor and respect to her parents. Now that they are in their golden years, I know Sheina hosts them often in her home. Her dedication and love to them is high priority on her list of things to do. I am sure she would be most concerned for their welfare were she not available for a long period of time.

I know too, that Sheina is a hard worker. Almost immediately out of high school, Sheina found employment in the fashion industry worker for a clothing designer. I recall her telling me of this early career opportunity and the tremendous responsibility she was entrusted with. Observing her career path over the years, I saw how she built her realty business, putting in many hours while being wife and mother dividing her time between her family and her work. During the summer months I witnessed this while I would spend time at the pool and Sheina would be working in her bungalow making phone calls, conducting "meetings" and staying on top of things at the office. (It is to be noted that this was in the days way before working from home was accepted.)

My friend Sheina is a good person with strong values and compassion. She has given of herself to her family and friends over the years without expecting anything in return. The manner in which she deals with clients and personal acquaintances is and has been with truth and fairness. I hope the courts will find favor in Sheina.

Respectfully,

Mrs. Tzirl Goldman

*Tzirl Goldman*

09 / 06 / 2023

Carole Gordon

July 28, 2023

Dear Honorable Judge Stein,

My name is Carole Gordon and I have known Sheina Levin for more than 20 years through my role as Senior VP for Housing Development for a nonprofit organization. I develop supportive/affordable housing for vulnerable New Yorkers including homeless individuals, people with special needs and low-income families. We serve over 4,000 individuals throughout the city, including 1,500 who live in our housing. Ms. Levin, as a real estate broker, had a direct role in ensuring that some clients were able to move into safe and affordable apartments to which she referred us. This is how I know Ms. Levin and I have come to rely on her knowledge of the marketplace and respect her compassion for the people we care most about. In 2015 when I was looking to purchase a property in Crown Heights, Brooklyn, it was Ms. Levin I turned to for her knowledge of that area which was close to her office. She offered to introduce me to community stakeholders whom she knew and to familiarize me with the surrounding area. She did this even though it was not a property she was selling. She did it because she is a consummate professional, a caring human being, and a friend.

I am writing this letter on Ms. Levin's behalf because she is worthy of my support. I have the deepest respect for her for her advocacy on behalf of individuals in need who are served by the nonprofit sector who desperately need housing. As you know, homelessness is one of the city's greatest challenges, and creating safe and affordable housing is my passion. Ms. Levin has helped me over the years by calling me to tell me about vacant land and buildings we could purchase and apartments we could lease for our clients. I know I was one of the first people she called when a new property came on the market or new apartments available for lease.

Ms. Levin is passionate about her work, is highly knowledgeable about the housing market in New York City, is caring and generous with her time and expertise. I know because I have been on the receiving side of her caring and generosity. I hope she will receive the compassion she strongly deserves.

Respectfully,

*Carole Gordon*

Carole Gordon

09 / 06 / 2023

8/24/2023

The Honorable Judge Stein,

My name is Karen Gorney and I am medical Homeopath. I have consulted with and treated Mrs. Sheina Levin for the past 13 years. Our work together has always been about processing feelings and improving approaches and choices in relationships. Mrs. Levin has always been sincere, honest and diligent in this work.

It has always been apparent, to me, that her family and community were her priorities, and that her company was part of that service to her community.

I hope this letter portrays a part of Mrs. Levin that you may not have the privilege of knowing. Specifically, her work in self-growth, her humble ability to learn a better way, her depth of care and understanding and her strength in being honest with herself and others.

It has been my pleasure to work with Mrs. Levin over the years and I am very happy to support her in writing this letter to you on her behalf. I hope this letter will elicit a more compassionate judgement.

Respectfully,

Karen Gorney RN Chom

*Karen Gorney RN Chom*

Doc ID: 72a6da54ac3817113279e4645b42423e86992926

7/25/2023

Dear Honorable Judge,

My name is Chana'le Fellig Gourarie and I am Sheina's niece. I live in Hollywood, Florida and I work as a leadership development coach in the education sector.

I grew up in Sheina's house and stayed there on the many trips we took to New York as a child. As a young adult I spent 5 years in New York City and I spent 99% of my Shabbats at her home not including weekly dinners and moving in any time I got too sick to care for myself. I have observed Sheina Freida in many capacities and situations over my years however I want to share the ways in which she has personally impacted and supported me.

One of the things I admire in Sheina is her tenacity. She is a trailblazer in that she sought help and guidance and therapeutic support long before it was unstigmatized within our community and our family. She has always worked extremely hard on her character, her spiritual connection to G-d, her parenting, and her role as a female entrepreneur within the community. She is vocal about her experiences and shares everything that she learns wholeheartedly and freely with anyone who needs support.

Personally, she has impacted me as my aunt in a million ways, but most profoundly in my journey to motherhood and through it. My husband and I just welcomed our son after a 9-year long journey through infertility. Due to the complex nature of our particular case, we sought treatment in New York City at the Center for Reproductive Medicine at Cornell. Despite the challenge of being far away from home during a truly difficult treatment, we felt that our best odds would be with this team. During our treatment Sheina and her husband opened their home to us and gave us a place to live. They were both there for us physically by offering us a comfortable, clean, and loving home, and also emotionally. One thing about Sheina is that she loves to love and she is not stingy with her expressions. Sheina saw moments where I needed a hug, or a cup of coffee and someone to talk to. She was ALWAYS there for it. She made herself available when we needed to make tough decisions and she offered not only valuable advice and perspective, but she did it with empathy, embracing the truly painful nature of our journey.

Every single time I saw Sheina from that summer until my son was born, she reminded me that we have a place to stay whenever we needed. It's seemingly small, but when you're far from home and going through physical and emotional strain, the comforts of home are everything and more. I believe she had the capacity to do this because of her own complex journey to motherhood.

That is another thing I admire about my aunt, her capacity as a parent. She is unwavering in her love and support for her kids, and she is willing and adamant to do the work to show it. She quite literally works on herself to become to precise mother each of her six children need! I've watched her throughout my life transform herself to

meet her children where they are and to support them in the best possible way that she can. I've benefited from that as her niece because she is so generous with sharing information, therapists, programs, and healers that she's benefited from and feels can be helpful to me. She is the backbone of her family and every one of her children rely on her deeply to navigate their lives.

Two more ways in which Sheina's impacted my life surround her work through anxiety and her experiences at Al Anon. I've called Sheina many times during a panic attack to ask her to guide me through it and honestly most of the things she shared with me stuck and helped prevent further situations. She is soothing and calm and loving, and I feel so lucky to have that kind of support. Sheina chooses to see only the good in people and focuses her energy on staying positive and I've personally learned a lot from her in that aspect. Sheina openly shared her positive growth from Al Anon at the precise moment in my life that I discovered I struggled with Codependency. Because of her I attended meetings and began working with a sponsor beginning my own healing journey.

She is a rock for my grandparents as their only child living in the vicinity and she takes that role on with only love, joy, and a sense of honor. Her door is always open to all of us any time for anything, and you will be greeted with her loving smile and hugs 100% of the time.

Sheina is needed by her immediate and extended family and community. My words fail me as I try to express just how desperately I wish for you to treat this case with kindness. I simply ask that you see the Sheina that we all know and grant her the freedom we need her to have.

Hopeful,

Chana'le Fellig Gourarie

09 / 05 / 2023

Doc ID: d9e20ab0ccde3d64859bb89b06953dec1977b745

July 24, 2023

To The Honorable Judge Stein,

My name is Dini Gurevitch and am married to my husband Menachem. We have 6 children and a few grandchildren. We have been living in the Crown Heights community for over 25 years and have been close family friends of Sheina Levin ever since. We both raised our families together, watched our children grow to young adults and become parents of their own.

We are writing to you today on Sheina's behalf because she is worthy of our support. Sheina is not just the rock and support of her own immediate family, but she is so to many others in our community as well.

Over the years, we have seen her commitment to the strong beliefs that she has instilled in her children and grandchildren, her care and guidance to the community at large and how she has always been and still is an unbelievable daughter to her elderly parents.

We genuinely feel blessed to have been able to learn from Sheina in so many ways and she has had a tremendous impact on us and our family. No doubt, Sheina has taught us how to be better people, parents and grandparents. Her care, kindness and sensitivity to all those that she encountered is something that continues to stand out to us.

It pains us as we watch Sheina face her family and friends during this difficult period in her life. Her remorse and regret is apparent and we continue to be able to learn from her even during this process.

We humbly ask of Your Honor to please judge Sheina with mercy and compassion.

Respectfully,

Dini and Menachem Gurevitch
09 / 05 / 2023

 Chabad Lubawitsch Bremen e.V.

The Honourable Judge Stein,

Mai 1st, 2023

10 Iyar 5783

My name is Shmuel Havlin and since 11 years I'm a Rabbi at the Jewish community of Bremen, Germany. I am also serving as a Chaplain (military rabbi) of the German armed forces. Married to my wife Yehudit, with five beautiful children.

I have met Sheina 13 years ago under interesting circumstances. As part of my duties as a rabbi, I visit New York at least twice a year, as part of the annual conference of Chabad emissaries, and also in the summer, when I come to pray at the Lubavitcher Rebbe's grave on the anniversary of his passing.

As an Israeli by origin who has been living in Germany for the past decade, I have no family or friends in New York that can accommodate me. When I was offered to stay at Sheina and Mendel's house in Brooklyn, I was of course grateful but I never imagined that it would become my second home. We are indeed related somehow through my wife, but it was obvious that this was not the reason.

I wasn't the only one staying there, there were sometimes fifteen other people there, so I didn't expect special treatment, but I was amazed to see how it was always important to her to come and see that everything was okay, and to ask how my family was doing, and before I left back home - she always made sure that I took toys for the kids. To open your house unconditionally to a so many people, some of whom you do not know, and to give your whole heart, is not something I have never experienced.

I am asking your honor to consider these circumstances, as I know her as an amazing woman with such a big heart, who has done so much for me and my family. In fact, not only for us but for many lonely people who find a home and a listening ear in her, and she serves as a stable anchor in their lives. I witnessed this myself while I was there.

Respectfully,

Shmuel Havli

Rabbi Shmuel Havlin

Sparkasse Bremen · IBAN DE77 2905 0101 0083 4887 83 · BIC SBREDE22XXX · Steuernr. 60/147/11501
Chabad Lubawitsch Bremen e.V. · Vorstand Rabbiner Shmuel Havlin
+49 421 67301717 · ChabadBremen@gmail.com

6/5/2023

To the Honorable Judge,

My name is Rabbi Noach Heber. I'm a married man of nearly 24 years and have 6 children ranging in age from 22 to 8 years old. I run a nonprofit organization called the Chabad Relief Project which provides direct food assistance to the less fortunate, seniors and handicapped in NYC. At our food drive events, we bring together volunteers from all ages and backgrounds to partake in acts of giving. So everybody benefits, the recipient's and volunteers!

I live in the same community as Sheina Levin. I consider her a friend and someone that has benefited from her caring a friendship. Although our childhood families have known each other for many years, I personally got to know Sheina approximately 22 years ago. I was a recently married young man with a 3-month-old daughter who had just returned to the states from overseas where I had married and lived. At that time, I began working as a chabad representative in midtown Manhattan while living at my parents' rented apartment in Brooklyn NY. We were desperately looking for a rental and naturally I was introduced to Shiena to help us find one. While looking, we fell upon an opportunity of a lifetime as I was offered a great deal to buy a condo. I had no idea of how to proceed and was doubting if this is the right move for us. Sheina led me by the hand through the whole process and encouraged me to go through with the purchase. Thank g-d for her as this was the best thing that I ever did. Since then, our friendship has grown exponentially as I began visiting her home on sabbath afternoons, joining Sheina's family and the many guests who frequent her home for sabbath meals.    I saw how Sheina interacts with her family and guests with such warmth and care, with an open heart to all. I realized that the woman who took care of me when I needed it most, does this for everybody! That's just who Sheina is, she takes care of people! Whether it be her own family, her parents, or just a friend, you can count on Sheina!

I ask for mercy for Shaina as I know she would have mercy on others. Her friends, family & community need her! She has proven herself time and time again to be someone who seeks to better herself and it is clear that she has taken this very difficult chapter as a means of self-growth. I beg that you respond to this court case with mercy and understanding of the larger picture.

Sincerely,

Rabbi Noach Heber
09 / 06 / 2023

Dear Honorable Judge Stein,

Allow me to introduce myself, I am Dr. Ronnie Hershman, a Cardiologist on Long Island who is the family physician for the Levin family. I am married for 41 years and have 4 amazing children and 11 grandchildren. I am a New York trained Cardiologist from Mount Sinai and have practiced Invasive and Non-invasive Cardiology on Long Island since 1989. I am presently part of the NYU Langone Physician Practice initiative and I am very involved in pharmaceutical research in Israel.

I have known the Levins since 2019 and have close dealings with them on a very regular basis. Mendel Levin, Sheina's husband, has very significant heart disease. He sustained a myocardial infarction, heart attack, in 2008, at the young age of 50. At that time, Mendel needed an emergency angiogram and a stent was placed in one of his coronary arteries. I also saw Mendel in May of 2019 for recurrent chest pains which ultimately led to a very complex 2-vessel stenting procedure in 2022. Mendel also has high blood pressure and diabetes.

During all of my professional interactions with Mendel, the one constant factor in his care has been his wife, Sheina. She is an amazing partner and a true ASHES CHAYIL, a woman of true valor. She is constantly involved and interested in Mendel's care from the big picture to the nitty gritty details, from laboratory results, medications, procedures, symptoms and much more. No matter what she is dealing with, his health is her priority. Just the other day, when I was overseeing Sheina's own exercise stress test, she was much more interested in his health and well-being. I see many spouses in my practice, but I must say that Sheina never missed one beat, ever. She often alerted me to Mendel's symptoms by texting me and giving me a head's up on her husband's health.

In short, Sheina Levin is an exceptional person, which I say with conviction from my multiple interactions with her. She is intellectual, incredibly supportive, and sensitive to the needs of everyone in her life, especially her husband. I am constantly impressed by her poise and grace. She is compassionate, caring, and quite deserving of the Court's compassion. We learn in Hebrew School that we are treated in the same way that we treat others. I admire Sheina's many qualities so very much. She does not have one ounce of arrogance in her body. She is extremely humble, open and honest, and has the utmost integrity. Her devotion to the Almighty and her religious conviction is also worn on her sleeve constantly.

Sheina's integral role in supporting and caring for her husband is irreplaceable in my humble opinion. No matter what Mendel had to deal with, Sheina has been his source of stability and encouragement. She has shown true devotion and maturity with regard to a very chronic and progressive illness that her husband has been fighting, now going on 15 years. This normally puts a big strain on the spouse, but Sheina has proven herself as a source of optimism and strength every step of the way.

I wish her well and pray that the Court shows her a tremendous amount of mercy and compassion, just as she shows for her own family. She is truly virtuous and deserving of the Court's kind decision.

Respectfully,

Ronnie A. Hershman, M.D.

09 / 06 / 2023

4/23/2023

To The Honorable Judge Stein,

My name is Miki Hilel.
I live in San Luis Obispo, California. My husband and I are emissaries of the
Lubavitcher Rebbe at Chabbad on Campus in San Luis, Obispo.

I grew up in Brooklyn, New York. I have known Sheina since the 1990s. I am a good
friend to Rosi, Sheina's oldest daughter. I am writing to you today, as a personal request
on Sheina's behalf, that you find compassion and judge Sheina as favorably as
possible.

Growing up, the Levin household was a second home to me and my friends. Sheina
opened her home to all. Her kid's friends, her cousins, and most memorable to me was
people in the community that she treated like family that didn't have family of their own.
Her house really had an open-door policy. At any hour of the day, you were able to walk
in and you were greeted with a smile by Sheina. Her kitchen always smelled delicious
with food that she cooked for an army, not just her family, because she wanted
everyone to feel comfortable there. Several of my classmates were out of towners and
Sheina always made sure to cook extra for them so that they can come for dinner any
time they needed.
I feel privileged to have had Sheina as an example for me. She taught me just what to
do for the college students at my chabbad house. I make sure to have food an open
home with lots of food for them as well.

I recall visiting Sheina after she just gave birth to her daughter and she was sitting
outside with her baby and so happy that her kid's friends were over!  Always welcome!
Though I personally lived in Brooklyn and had a home to go to, one of my
close friends were from out of town and boarded in Brooklyn. I remember how special it
was for me to see how Sheina took care of her and made her feel welcome and like a
daughter. Sheina set such a strong example to me what it means to be a host, to have
an open house and to welcome anyone and everyone at any hour especially someone
in need. Even if it was right after she gave birth!
20 plus years later, I often am reminded what it means to be a hostess par excellence.

Knowing Sheina personally for so long, I write this letter humbly requesting that she be
treated with the same compassion that she has shown others. She is not replaceable
for no one can imitate even a fraction of the kindness she bestows upon all of us.
Please allow her to continue her holy work.

Respectfully,
Miki Hilel

09 / 05 / 2023

8/22/2023

To the Honorable Judge Stein,

My name is Isaac Himmelman. I am 33 years old and married to Sheina's niece Bassy Rvkin. I work for a film production company, called Vox media, creating documentaries. I live in Crown heights.

Many of the letters you are no doubt receiving are from folks who have known Sheina Levin all their lives. Not me. I met Sheina and her family in 2022. I first met Sheina in her home when I was dating Bassy (Batya). Her parents live in Florida, and so, eager for me to meet someone in her family, she brought me to meet her aunt Sheina for a Shabbat meal last year.

Walking into Sheina's home, I was instantly struck by her kindness, her warmth, and her boundless hospitality. There were already 15 other guests at the table when I walked in, yet you would think I was the only one in the room. She was interested in what I do and I told her I was completing a documentary regarding prison reform. We got into a very inspiring conversation about never giving up on anyone. She shared with the all the guests at the table about what she learned in Tanya (a Chabbad work centered around relational and spiritual growth) that morning regarding the importance of knowing that G-d never gives up on us. That entire exchange really touched my heart.

Sheina treated me like family from the moment I stepped through her door. Later, after the meal, I remember walking home thinking, this is the kind of family I would love to be a part of some day. Well, fast forward a few months and I've just proposed to Batya on a picnic blanket in Prospect Park. Immediately, Sheina calls us and says, "Firstly, mazal tov. Secondly, if you need a place to host an engagement party, don't hesitate to use our backyard." And that's exactly what we did.

Things move fast. Batya and I are married, and thank G-d, we're expecting our first child in the coming months. Since both our families live in other parts of the country, Sheina has been there for us as a constant source of warmth and support, warm meals and shabbat afternoon visits-we never hesitate to pick up the phone and ask to come for a meal. Unless she is not home, the answer is always yes.

I know for my wife, her aunt Sheina serves as a model for the type of mother and G-d willing grandmother she aspires to be. As for me, having had the opportunity to have spent so much time with Sheina and her family in the last year, I see the family Sheina has created – one of warmth, hospitality, and most importantly, kindness – as the model of family I aspire to one day bring into this world.

Sheina has done so much for us that I want to be among the many voices that can attest to what an immeasurable role Sheina plays in their lives. I offer my desperate hope that you will judge her with compassion.

Thank you for taking the time to read this letter, your Honor.

Respectfully,

Isaac Himmelman

09 / 06 / 2023

Doc ID: 7edd1f8820c0b8ef798d69c50622cb0aa7ab4342

# Nina K. Jensen

4014 NE 75th Street
Seattle, WA 98115

27 April 2023

To the Honorable Judge Stein.

I am writing to you today as a friend of Sheina Levin. I have known Sheina for ten years.
I live in Seattle and met Sheina through her daughter who had moved to Seattle and we
had become close friends.

I think what stands out most when I think about Sheina is her amazing
generosity...generosity to her family, generosity to her friends, and generosity to people
she had never met.

I usually travel 2-3 times to New York every year. I have 2 of my children and 4 of my
grandchildren who live in Brooklyn and in Upstate. Sheina would always open her
home to me, insisting that I stay there in her home instead of going to an
Airbnb. Shabbos meals were epic. Her elderly parents, her husband Mendel, her
children, her children's friends, various relatives ,and people she hadn't met before
were around her warm and welcoming table.

Not only did I stay in her house on numerous occasions, but Sheina invited my daughter
who was living in Brooklyn and attending school to move into her house for a while
until she found an apartment of her own.

Sheina is a loving and supportive mother to her 6 children and to her many
grandchildren. I have watched as she parented her children with humility and grace,
meeting each of them where they were on their individual journeys, applauding their
successes and supporting them emotionally through the hard parts.

I hope the Court will treat this hard-working, supportive, generous community
member, loving and nurturing mother and grandmother with the compassion that she
has demonstrated in her life to those around her.

Respectfully,
Nina K. Jensen

Nina Jensen

09 / 06 / 2023

Doc ID: 5d394216128ad09ace6e247b5480054cbd4274b4

4/26/2023

To the Honorable Judge Stein,

My name is Henny Karp I live in Brooklyn, New York and have been married to my husband, Zevi, for 11 years and have 5 children thank G-d. I am a homemaker. Sheina is my mother's closest friend. They've been friends since they were children and grew up in each other's homes. She is like a sister to my mother. If I had to think of an example of the most real true friendship, I've ever seen I would say it's her friendship with my mother. From my earliest memories as a child, if there was ever a new birth of a sibling or any important milestone in our family, she was there no matter what at my mother's side.

I have always looked up to Sheina since I was a child. I always admired her clear thinking and open mindedness. She always had good advice but more importantly is Sheina's kindness and generosity. From when I was a child, if we were in her home, we knew we'd have a treat in our hand within minutes of entering her kitchen. Sheina's open home really left a big impression on me.

I myself experienced Sheina's kindness and generosity on many occasions. In the summer when I had my first 2 young children I went upstate and was in a very small bungalow shared with my siblings. Being from a large family i crammed in with some of my sisters. On rainy days it would get a bit cramped and the kids really needed somewhere to play. Sheina told me I was welcome to come to her bungalow down the hill and have the kids play with all the toys anytime and take whatever we needed. She made me feel like I was doing her a favor if the kids played there. And we did, and it made our summer so much easier. She welcomed my husband & myself to sleep over shabbat in her bungalow many times and made us feel so welcome and like it was no big deal. Now that I'm a mother, Sheina is someone who I look up to on how to be there for others.

I humbly request that she be treated with the compassion & humanity she showed us and so many others. Sheina is so intrinsically kind and I can only hope and pray that she be granted the freedom to continue showering her goodness on all of us.

Respectfully,
Henny Karp

Hengkep

09 / 06 / 2023

Doc ID: 7bad273d975e399f308f9e933e62fd3171e419d8

8/9/2023

Dear Honorable Judge,

My name is Chana Z. Klein. I am Sheina's youngest sister, 10 years younger than her. I am 50 years old and a mother and grandmother. I am a homemaker, caring for my large family. I am writing to you in an attempt to put into words and explain what kind of person Sheina is.

There are many outstanding characteristics that describe Sheina but I have a strong feeling that you will find a common thread among all the letters you receive. Sheina is all about goodness positivity and giving of herself to others boundlessly. Be it family and friends, neighbors or strangers, Sheina gives her heart and soul and her hand to anyone in need.

Sheina has always been there for me throughout my life. She is the family member I always knew and know would drop everything when I needed her. I have come to Sheina countless times, when I needed her full attention and care and especially when I needed guidance. She was always an example to me of an honorable, respectful and hard-working woman. Her integrity and wisdom always had me turn to her to be my role model and mentor.

When I was going through my journey with infertility and IVF, she supported me emotionally and physically. I could not have gone through this otherwise horribly lonely and excruciating period of my life without Sheina's comforting and hopeful words. After I had my first child, thank G-d, I continued treatments. Sheina could always be counted on to watch my son for many overnights. I knew he was in the best care under her watch. Then I had triplets, born in their 24th week. While my husband and I took shifts in the hospital, Sheina literally became my oldest son's second mother. There is nothing unusual about that, there are countless people out there who consider Sheina their second Mom.

As my triplets grew up, they needed various forms of therapy to develop properly. It goes without saying that Sheina would research and help me find the best forms of therapy and new methods of healing for children with delays. She would hire various chiropractors and healers to her house to treat my son who was on a feeding tube and oxygen and couldn't talk or walk at the time. Sheina invested so much of her time to inquire and explore every form of therapy possible to help my son reach his proper milestones. I always felt like she was a teammate with me in this very overwhelming challenge. She treated my worries as her own. Thanks to all the people Sheina brought on to my son's support team, he learned to walk independently, breathe on his own and talk, contrary to the doctor's predictions. I attribute a large part of my son's success to Sheina's loving support. She was a pillar of strength, passion and fortitude which empowered me to be an advocate for my son. She served as my role model and I learned how to support him properly.

Sheina's life hasn't always been easy but she would work on herself and her faith to maintain a positive outlook. She maintained a constant commitment to living a life of caring and giving to people. She has struggled with pain and loss in her life but with a lot of grit and humility she worked on herself and never became a victim. She took each challenge as a lesson in life and persevered in carrying her family through it along with anyone who needed her. She is a grateful person, and doesn't take anything for granted. In every challenge she seeks what to be thankful for.

When she was very young and newly married, she gave birth to a premature baby who died after 3 weeks. She then lost a set of twins in her seventh month. These challenges changed her forever. She was no longer an outsider who supported others. She was able to literally feel the pain of those who needed her. Her experience with loss did not bring her down. She fought every negative thought and used her pain to be there for others.

Initially, Sheina and her husband struggled with making a living. Eventually, Sheina built her real estate firm. With her leadership skills and dedication, she carried the business through to its success. There, she became an actual beacon of light to her work environment. The same openness and warmth that she maintains at home, she brings to work with her. She hires many people no one would think of hiring, just to give them a chance. She believes in the potential of others and gives them the space to reach their potential. She gives them a chance to prove themselves. She once hired a man, Jake, a poor widower with 2 young children. They had just arrived from Baltimore with barely the shirts on their backs. He didn't really have many great skills but Sheina took heart to his plight and gave him a position at work and trained him on the job. He was able to earn a living and provide for his two children. Not only did Sheina hire Jake but they soon became like family. His kids became part of her household and were like a sister and brother to her own children. It didn't take long until they also became part of our extended family.

Sheina's home is always open to all that are hungry and in need. She has prepared meals during the week on Shabbat, strangers and family are welcome to join her warm and loving home, where everyone experiences a sense of belonging and acceptance.

I have personally seen her counsel many lost souls that come through her door. Sheina is this mixture of bright wisdom, tough love, warmth and healing that people need her for. I have seen couples who come to Sheina for advice. Many of them have lost touch with their families and they become part of Sheina's family. The same goes for lost and depressed teenagers, elderly people, people with mental health issues and various unfortunate lonely people. They enter her home and they are received graciously and accepted unconditionally. I've seen many of these people find help and growth and healing because of my sister's support. They literally flock to her because she is so emotionally supportive and available, sharing all that she has and learns with others.

Sheina sees the world as a place where all humans can connect through their challenges. We have a collective responsibility to help each other out. She works hard

on personal growth and change. She looks in the mirror and begins with changing herself. She doesn't judge others; she only has compassion. People know Sheina will be honest with them, so that they can discover their own inner strength and abilities. Sheina is the one I and most of our family turns to when we need advice on real life matters because she is in constant search for meaning, growth and introspection. She has a strong sense of accountability and will always learn from her mistakes in order to become a better person. She strives to be a good observant Jew with authenticity as well as being a good mother which she excels in. She strives to be a good daughter, wife and friend. On a daily basis she makes a personal reckoning on how she can become a better person, always looking back at what she feels she could have improved in. As Sheina has grown intrinsically, there is a trickle-down effect on all those around her. She has a strong value for easing other's struggles by giving them the tools that she has come to acquire in her own journey of self-awareness, spiritual and emotional growth. She embodies, "gain something, share something!" With compassion, she empowers people. She showers her gifts of wisdom, understanding and knowledge upon others.

So many people rely on Sheina. She is a fundamental supporter of her community. She holds up lives, mentally, spiritually, emotionally and physically. We have elderly parents who count on her for everything! She is the only daughter that lives near them. She coordinates and takes them to every single appointment and doctor's visit. They would be totally lost and surely deteriorate without her. Sheina is selflessly available to them at all times. Not only does she take care of their physical needs she is supportive of their emotional well-being as they age. With pride, she treats them with tremendous honor and dignity. She does not make decisions for them she is careful to consult with them and follow their input rather than take control. She is extra careful to allow my father the sense of being the "man of the house" making sure he does not feel that he is no longer capable even though the reality is that he needs assistance in many matters. Because of Shein's skillful support, our parents are capable of living in their own home. Our parents were immigrants in the 1950's and became citizens soon after. They are the quintessential upstanding, America loving, honorable immigrants. We were taught to be respectful to everyone, to work hard, care for your reputation, to be honest and have integrity. All this was taught by example. Our parents are famous in the community for their dignified manner and their contributions throughout their lives. My father is honored by all for his dignity and class. His word is golden. Our mother is elegant and refined internally and externally. She raised us with an appreciation for culture, the arts and beauty. She and our father taught us to be immaculate, clean and careful with our things. We had to show pride in how we did everything and it had to be done right. We all developed a sense of perfection and guilt just as any good Jewish child raised by that generation. There is no surprise that Sheina turned out to be diligent, caring, self-motivating powerhouse caretaker that she is. Whatever she does, she tries to do better. Always trying to improve the lives of the people around her.

I know it might seem that I shared a lot, but in truth I have only touched the tip of the iceberg. To properly do justice to Sheina's greatness I would need a library. For in truth,

each life that she has touched, supported, guided, provided for, connected with, is truly a storybook of its own.

I can only hope that Your Honor will see Sheina through a compassionate and humanistic lens and allow Sheina's chain of giving to continue. So much is at stake here. So many lives are intertwined with hers and so many people totally rely on Sheina to live and succeed. I ask for mercy for my sister, my role model, my best friend, my life saver.

Thank you for your time.

Chana Klein

09 / 07 / 2023

9/4/2023

To the Honorable Judge Stein,

My name is Basya Komar, and I am writing this letter in support of my dear friend Sheina Levin, whom I have known for many years. I am married with six children and 12 grandchildren.

Sheina and I grew up together in the same neighborhood and attended the same schools. Throughout our friendship, I have known Sheina to be a person of great character and integrity. Sheina is a valued member of the Crown Heights community, and her dedication to helping others is well known. For many years she has worked tirelessly to improve the lives of those around her. Sheina's efforts have made a real difference in the lives of many people, and she is highly respected by those who know her. Moreover, I want to emphasize that in my personal life, Sheina has been a dear friend who has always been there for me when I needed her. She has shown up time and again to provide support, encouragement, and guidance. Sheina is a loyal and trustworthy friend, and I am honored to know her.

Additionally, Sheina is a loving and devoted mother who cares deeply for all her children. She is always there for them and has been a constant source of support and guidance. Sheina's dedication to her children and her family is admirable, and it is a testament to her character and values. Sheina has been a trusted and supportive friend to me and my family, and we value her deeply.

I want to express my support for Sheina and urge the court to consider her positive character when making any decisions related to her case. I believe that Sheina is a person of great value to our community and society as a whole. I ask the court to take into consideration her positive character, her contributions to her community, her dedication to her family, and her reputation as a loyal and trustworthy friend when making any decisions related to her case.

Thank you for your time and consideration.

Respectively,

Basya Komar

09 / 05 / 2023

## Andrew Krasnow

July 31, 2023

The Honorable Judge Stein

Your Honor,

I am writing to express my unwavering support for Sheina Levin as you preside over her case. I live in Seattle and got to know Sheina through her daughter who lives in Seattle. I have one daughter and I am a job recruiter.

I have known Sheina for over a decade, and during this time, I have had the privilege of witnessing her as a loving and devoted mother to her six children and many grandchildren. Sheina's gracious character and actions have left an indelible mark on those around her, and I am hopeful that you will take into consideration her positive contributions to the community when determining her fate.

One aspect of Sheina's life that stands out is her open and welcoming home. Countless times, I have shared wonderful Shabbos meals with her and her family, where people always just drop in, unannounced, because her and her husband Mendel's home is widely regarded to be open to anyone, anytime. Sheina's hospitality knows no bounds, and her generosity extends far beyond her immediate family.

I have personally experienced Sheina's acts of benevolence when she took in my youngest daughter when she first moved to New York. Sheina not only offered her a place to stay but also provided guidance and employment opportunities that proved instrumental in shaping her future. My daughter continues to view the Levins as her second family, a testament to the deep impact they have had on her life.

Additionally, Sheina has always insisted that my wife and I stay with them when visiting New York, rather than staying at an Airbnb or hotel. Easier said than done as the Levins have guests staying with them all the time. That said, we, too, feel that her home is ours as well. This kind gesture exemplifies Sheina's selfless nature, always putting the needs and comfort of others before her own.

Throughout the years, I have observed Sheina's commitment to her family and community. She has been a pillar of strength for her loved ones, always ready to offer a helping hand or a listening ear. Her selflessness and kindness have touched the lives of many, and she continues to be a source of inspiration for those around her.

While I am aware that Sheina is facing a challenging time, I firmly believe in her capacity to learn and grow from any mistakes she may have made. Sheina is a resilient and compassionate individual who has positively impacted the lives of countless people. Her contributions to society and the love she pours into her family should be weighed heavily when determining an appropriate resolution for this matter.

I kindly ask the court to consider leniency and mercy in handling Sheina Levin's case. She is not only a loving mother but also a genuinely caring and generous person whose absence would be deeply felt by her family, friends, and the broader community. Instead of focusing solely on punitive measures, I humbly suggest exploring avenues that emphasize rehabilitation and community service, allowing Sheina to continue being a positive force in the lives of others.

Thank you for taking the time to consider my letter and for your commitment to delivering justice. Should you require any further information or wish to discuss this matter further, please feel free to contact me.

Respectfully,

Andrew H. Krasnow

09 / 05 / 2023

8/3/2023

Honorable Judge Stein,

My name is Natalie Krasnow. I currently live in Brooklyn with my husband, Izzy, and our two children, Ezra and Sofi. I am writing to express my strong support for Sheina Levin, an exceptional individual who is an invaluable pillar in our community. Sheina's selfless and welcoming nature has touched the lives of many, and I wanted to take a moment to highlight her kindness and support for others.

I met Sheina in 2018; her daughter had moved to my hometown in Seattle, and connected us when I had moved to New York for school that year. I can still remember the first Friday night dinner I went to at Sheina's home. I immediately felt a sense of belonging, as though had found my home away from home. Sheina has a remarkable ability to sense when someone is in need, and never hesitates to extend a helping hand. Her home is always open to those seeking comfort and companionship.

At 19, when I was still struggling to find my way, Sheina welcomed me to stay with her until I could stand on my own feet. Her support went beyond the practicalities of a place to stay. She offered unwavering encouragement and guidance, which made a significant difference in my life. When living at the Levin's, Sheina had a "rule", if you will. I was "expected" to stay and eat with the family for Friday night Shabbat dinner. As a selfish and social life focused teen, I almost resented that I couldn't go to other friends' home for Shabbat dinner, at times. Now this is something I appreciate and am so grateful for. Looking back, I realize how much stability that gave me and how I instantly felt needed and wanted and consequently a deep sense of belonging. Sheina wanted to spend quality time, and she wholeheartedly welcomed me into her family. The stability and love she gave was something I needed, especially at that time in my life, and I'm very grateful. At 23, Sheina hired me to work at her leasing office. My position was the leasing coordinator for a property her brokerage. I'm forever grateful to Sheina for hiring me and for having had the opportunity to work alongside her.

Sheina's giving nature knows no bounds, and she has impacted the lives of many in our community. I've seen countless times that she has opened her home to people, offered support to those in need. Her genuine compassion creates an environment of warmth and acceptance for all who cross her path. Sheina Levin exemplifies community support, and I am honored and grateful to know her. Her actions speak volumes, and her impact is immeasurable. I wholeheartedly ask that she receive all the recognition and support possible. I humbly beg that the Honorable Judge please extend mercy in this case and honor the truly gracious and remarkable person that Sheina is.

Respectfully,
Natalie Krasnow

09 / 06 / 2023

5/17/2023

Honorable Judge Stein

My name is Miriam Krinsky. I am a married mother & grandmother. I have worked with the developmentally disabled population for many years. After the sudden passing of our 32-year-old daughter & 2 major surgeries due to Crohn's disease, I needed a more flexible work environment. I now work from my home for an e-com business.

I have known Sheina Levin since childhood. We share fond memories of summers spent at overnight camp, getting married the same year, & raising our families together. We live around 3 blocks from each other and are part of the same community in the Crown Heights section of Brooklyn. We have a close friendship.

From a young age, one of Sheina's daughters suffers from Crohn's disease. As an individual who has personally experienced the challenges & dangers of Crohn's disease for over 40 years, I understand firsthand the gravity of this chronic condition. Crohn's disease is a debilitating illness that effects the gastrointestinal tract & can cause severe pain, inflammation & complications throughout the body. It requires constant monitoring, careful medication management, and adherence to specialized diets to prevent flare-ups and maintain quality of life. Given the unprotectable nature of Crohn's disease, those effected require consistent access to medical care, medications & a supportive environment to manage their symptoms effectively.

It is imperative that Sheina remains available & actively involved in her daughter's life to ensure she receives the care, treatment, and the support necessary to manage her condition effectively. Sheina possesses an in-depth understanding of her daughter's medical history, medications, dietary restrictions and coping mechanisms, which would be challenging to replace adequately. Sheina's absence will significantly impact the well-being & care of her daughter which can lead to significant deterioration in her health & quality of life. Stress & anxiety undoubtedly exacerbate Crohn's.

Sheina is an integral part of our community. She offers exceptional support & guidance to young adults, including those facing challenges. She provides them with work training & gainful employment. Her dedication to these individuals personal & professional growth has had a profound impact on their lives. She has enabled many people to overcome obstacles & achieve their goals.

Sheina has an open home serving the less fortunate of our community. Her open heart & home helps those who are hungry, downtrodden, or in need of emotional support. Her unwavering dedication to helping others has provided solace, warmth, and a sense of belonging to individuals who may have otherwise felt forgotten or lost within our large community. Sheina has offered not only nourishment for the body but also comfort for the soul. Her acts of kindness have provided a lifeline to those facing adversity, giving them the strength and support to overcome their challenges and rebuild their lives.

I can personally attest to the profound impact of Sheina's generosity. During our time of unimaginable grief and loss following the sudden passing of our 32-year-old daughter from Crohn's Disease, mother of five young children, Sheina was there for us. Offering her support and ensuring that we were not alone in our pain. Her presence, compassion, and practical assistance helped us navigate the emotionally challenging times and begin to heal.

Sheina is a true asset to our community, and her charitable endeavors have had a transformative effect on the lives of those she has touched. Her commitment to serving others, without judgment or reservation, demonstrates her genuine care for the well-being of those in need and makes her an invaluable member of our society.

I kindly request that you recognize the immense positive impact that Sheina has had on the community and consider this when evaluating her circumstances. It is evident that she is not a threat to the community or society at large but rather a compassionate individual who enriches the lives of others through her selflessness.

Respectfully,

Miriam Krinsky
09 / 06 / 2023

Doc ID: ea19f2a8a4b33c15804f8de4043c580f646ee897

B"H

May 1, 2023

To the Honorable Judge Stein,

My name is Itchel Krasnjansky. I live in Honolulu, Hawaii and I am a rabbi here in the Jewish community, an emissary of the Lubavitcher Rebbe, of blessed memory. My wife Pearl and myself came to Hawaii in August of 1987 to establish a Chabad community center in the Hawaiian Islands, to reach out to the community and strengthen Jewish life in Hawaii. We have 7 children, of which 6 are married, with their own families and children, thank G-d.

I am writing to Your Honor to ask for your compassion towards Sheina Levin as she stands before your court. Please let me share why. I am a first cousin of Sheina through our mothers who are sisters. We are close in age. (I am turning 63 and Sheina is about 2 years younger than me.) I was born and raised in Brooklyn, NY and lived there until my parents moved from Brooklyn to Philadelphia when I was 13 years old. (My father was an engineer, working for the U.S. government and was transferred from the Brooklyn Navy Yard to an installation in Cherry Hill, NJ. [Incidentally, my father was on the team in the late 60's and early 70's that developed the GPS system for the US Navy – now used worldwide by civilians.]).

Because there were no appropriate yeshivahs / Jewish Day Schools in Philly, I remained in NY for my schooling – and moved into a dormitory during the week. On Shabbos (the Sabbath), I would go to my cousins, Sheina's parents' homes, to be with family. For me, that period was a very difficult one. I was a young boy, a shy and awkward teenager, missing home terribly. But for Shabbos, when I would go to Sheina's home, which I have such warm and fond memories of those weekends, being made to feel truly at home and loved. Particularly Sheina made me feel so welcome and part of the family – I will never forget her warmth and friendship, which made me, a lonely young boy away from home, feel loved. It made the rest of the week bearable. Sheina's kind-heartedness was the main reason that I felt this way.

After many years of spending these weekends and Jewish holidays at Sheina's home, our lives moved on. I got married, moved to Hawaii, and raised my family there. We would meet occasionally at family gatherings, weddings, Bar Mitzvahs and the like. There would be Sheina, always with a warm smile and good cheer.

When my children were growing up, we, too, needed to send them away from home to get a proper Jewish education. We sent our daughter Rivky 5000 miles away from home, (at the tender young age of 12-13.) Once again, history repeated itself. Feeling alone and

Doc ID: 421e5fc4dbd2cb8b7ccfd84e5f0c86123f982b95

far from home, by G-d's grace, our daughter found her way to Sheina's house, befriended by her daughter, and, in turn, once again, found a safe harbor and loving home at Sheina's home. Sheina, as she had done so many years earlier as a young girl, extended a mother's love and warmth to my daughter.

I remember one period when Sheina was going through some challenging times, as a result of a very difficult pregnancy, which had her bedridden for the duration. She then had to move into her parents' home. I came to visit her, and we talked. I remember feeling so moved by her inner strength and faith – which enabled Sheina to get through this very difficult time.

I turn to you, Your Honor, and implore you to extend your compassion towards Sheina, a devoted wife to her husband, a devoted mother to her children and grandchildren, a devoted daughter to her aging parents – and a wonderful friend in need and inspiration to many. I know this, because my daughter and I were lucky enough to be the recipient of her friendship and love.

Respectfully,

Rabbi Itchel Krasnjansky
09 / 05 / 2023

Doc ID: 421e5fc4dbd2cb8b7ccfd84e5f0c86123f982b95