August 29, 2023

To The Honorable Judge Stein:

I am writing this letter of character for Sheina Fraida Levin. I am 30 years old and a close friend of Sheina's family. I have known her since I was 13 and I feel as if I have been practically raised by her and her family.

I lost my mother when I was 4 months old, and I feel as if Sheina is a second mother to me. My father later passed when I was 21. The Levins made their home a second home to me. My birthdays were often hosted there, as well as many occasions spent with their family. Sheina is a kind and caring woman who would not do a human being harm.

Sheina hosted me in her upstate home for many summers and would let me use her car as well as her home for my needs. She deserves only the best in the world and I know she only wishes the best for me. When I couldn't afford a plane ticket, she booked one for me. When things got tough, she supported me. I ran a half-marathon with her and her daughter and she would train with me and bought me my sneakers. I hope this letter conveys how much I care about her and how much she has been doing for me in my life.

I currently live in Miami, Florida. I graduated Brooklyn college in 2021 with a degree in Psychology – my success has been guided and assisted by Sheina and her family throughout my life. Without them, I am not sure I would have been able to succeed as I have.

When I was 22 years old, Shaina hired me as her personal assistant, but then supported me when I decided to go to college instead. Her love and support has always been unconditional.

Thank you for taking the time to read this letter. I hope it helps guide you to understanding Shaina and her character, and to judge her favorably and to do kindness unto her like she has done for me and many others.

With love and care,

Mushky Lakein
09 / 06 / 2023

5/18/2023

To The Honorable Judge Stein,

My name is Aryeh Laufer, and I have known Mrs. Sheina Levin since the spring of 2014, when I began working for her real estate agency, Abba Realty, as an agent. I am single, in my upper twenties, and I grew up and live in crown heights.

I was a recent college graduate trying to figure out my career and life passions. With no experience in real estate, other agencies didn't want to hire me, but Mrs. Levin warmly welcomed me to her family-run agency and provided me with tremendous support and encouragement, and went above and beyond to make sure I received the necessary training. Mrs. Levin was always available to answer any question and showed only patience and support in my new pursuit in real estate.

Shortly afterward, I decided that I wanted to pursue a career in social work with a focus on working with seniors. Mrs. Levin encouraged me to follow a career that I'll find more suitable to my skills and one that I'll find meaningful. Despite having only worked with her for a few months, Mrs. Levin supported my career change and gave me the confidence to continue listening to my heart and pursue a master's degree in social work. I felt sorry for joining her agency only to leave soon after, but Mrs. Levin was extremely kind and understanding. Mrs. Levin stressed that I would always be welcomed back if social work didn't work out, and should I ever need any help with anything, she would be there for me. I can't overstate how important it was for me during that transitional time to have someone like Mrs. Levin, an accomplished and successful woman, treat me with such respect and encouragement. Her generous support filled me with the hope that I relied on throughout the rigorous two-year social work program. I graduated with good grades and earned a special certificate in gerontology.

Over the following seven years, I worked with seniors in various settings and eventually obtained a nursing home administrator license and was an administrator for three years in a nursing home facility in Westchester, NY. Throughout the years, I kept in touch with Mrs. Levin, and she was always generous with her praise and encouragement. Whenever I would visit her at Abba Realty, she'd always make me feel at home and always reminded me that should I ever need any help, she would be there for me.

One year ago, I left the nursing home industry and opened a health insurance agency specializing in Medicare insurance. Throughout my years working in healthcare and with the senior population and their families, I learned how difficult navigating Medicare insurance can be and wanted to help seniors with their health insurance. I moved back to Brooklyn and once again, found myself navigating the struggles of a new career and a transitional phase. I reached out to Mrs. Levin, and as always, she was very encouraging and instilled in me the confidence that I can succeed. Her support, once again, filled me with hope to continue growing and be of service to others, especially seniors.

Wanting me to succeed, Mrs. Levin immediately introduced me to her close friends and family members, including her parents - as they had many questions about their Medicare coverage. Despite her parents having been on Medicare for many years, the increasing costs, and ever-changing coverage options, her parents needed help understanding it all and ensuring they had the best coverage possible. Mrs. Levin didn't just introduce me to her parents and walk away; she took it upon herself to fully understand the ins and outs of her parents' coverage and expenses and make sure that her parents have the best coverage available. Balancing her work, role as a mother and wife and a daughter taking care of

Doc ID: edc0494336d1e9bdae97a57039d990d8583a1ea6

her aging parents, Mrs. Levin can be defined as the "sandwich-generation." She is the daughter of elderly parents who rely upon her help, as well as a mother responsible for the care and financial wellbeing of her own children. Mrs. Levin was doing her best to handle the stress and pressures as best as possible. Her father expressed to me how much he relies upon her help and involvement in their affairs, she's always looking out for them and making sure they're taken care of. It was obvious that the responsibilities thrown upon Mrs. Levin were weighing on her, yet she always did her best to manage her work, family and her parents needs as best as she can. It is evident from the superior care and support her parents receive that much of it is credited to Mrs. Levin's ever-availability of her parents' needs and involvement, despite the enormous stress and pressure this creates for her in her personal life. Needless to say, the responsibilities placed upon Mrs. Levin by the needs of her family and friends, came at a cost to her wellbeing. Please acknowledge the significant impact that years of selflessly tending to her parents' needs while simultaneously raising her own family have had on her. Mrs. Levin certainly exhibits tremendous devotion and work ethic, but she is human, a woman who is also deserving of help and support from others.

I always admired Mrs. Levin's work ethic and professionalism and how she manages to operate a successful real estate agency while being a caring, devoted and loving mother, wife and daughter. While the above stories and sentiments are specific to my relationship with Mrs. Levin, I have witnessed many other young men and women who were fortunate to have had the generous support of Mrs. Levin in their personal and professional lives. Mrs. Levin's selfless giving has changed numerous lives, and many continue to depend on her immediate involvement in their lives and wellbeing, especially those of her parents, family members and close friends. I sincerely ask that Mrs. Levin be judged favorably and empathetically, reflecting the woman she has demonstrated to be to countless others – forever judging people with a kind eye and showing unconditional empathy.

Respectfully,

Aryeh Laufer, LMSW
*Aryeh Laufer*

09 / 06 / 2023

Doc ID: edc0494336d1e9bdae97a57039d990d8583a1ea6

4/26/2023

Honorable Judge Stein,

My name is Anne Lazar. I am a mother of two and a grandmother. I ran a mortgage business for many years and I am currently involved in providing essential services, such as health insurance, to those in need.

I was introduced to Sheina by her daughter Chali, in February 2020. My husband and I have had the pleasure of visiting their home a few times and even attending Chali's wedding as guests. I wanted to take this opportunity to share and express my gratitude of kindness and warmth Sheina Levine has shown me over the past few years that I have known her

During my time with Sheina, I have come to know her as a truly happy and personable individual as well as a go-getter in the business world. Her honesty and reliability are traits that I deeply admire and value. It is clear to me that Sheina values her family above all else. The atmosphere in their home is always so homey and welcoming and it is evident that their family is very close-knit. In addition, I have also enjoyed the delicious food Sheina always prepared whenever I visited their home. The fact that she never let me leave without me taking home a package of homemade food is such a thoughtful gesture that I deeply appreciate.

Thoughtfulness is a gift that Sheina has, and that shows by her mailing me beautiful fragrance sticks that I have absolutely loved. Sheina is the only one who sent me a gift during the crazy time of COVID. I feel very fortunate to have met Sheina and her family and to have experienced warmth and generosity firsthand. She has made a positive impact on my life and I am grateful for her friendship.

Knowing what a hard worker Sheina is and given her solid record of self-growth and kindness, there is total and absolute certainty that given the opportunity to rectify her mistakes by remaining in her home Sheina will demonstrate effective and positive changes in her personal life and others.

I respectfully ask that Sheina be shown compassion her sentencing, and she has shown so much compassion, kindness and forgiveness to others.

Thank you.
Anna Lazar

4/30/2023

To the Honorable Judge Stein,

My name is Judy Leventhal. I am a dear friend of Sheina Levin. We met at the anonymous program: Al-Anon. It is a branch of AA. We have both been attending Al-Anon on a weekly basis for over 10 years. Most people come to the meetings in a halfhearted manner. They come late, or leave early. Some don't participate by sharing in the meetings, as is expected by those who attend. Some are too loud, too soft spoken, too chatty, too overly eager to prove something to the group. Some don't volunteer for any service position that is requested.

And then there's Sheina. If there is something akin to the 12-step poster person, it's Sheina. She arrives early, lingers after the meeting to lend support to those in need. She always participates by sharing from a vulnerable and honest place inside herself allowing for others to do the same. When there is a request for a leader, often she will raise her hand and assume the leadership position which requires 3 months of dedication to the group. This leadership role necessitates the person to show up on time, create equilibrium in the room (a feat not easily attainable at times) and to welcome the newcomer. Sheina does not shy away from hard work. One can attend Al-Anon by coming to the meetings and occupying space, but if one is not ready to bare the soul and do the necessary excavating of character defects, one cannot last in these meetings for too long. Sheina has been an exemplary participant of the program and I have personally witnessed her transformation over the years, all due to her dedication to self-improvement.

Twenty-five years ago, I was privileged to be the co-author of a New York Times bestseller entitled: 'Small Miracles'. There are 8 books in this popular series. The last one was published 7 years ago. The books all center around a theme: Coincidences are not mere happenstance but rather, they are small miracles that are from a divine source. It was not a coincidence that I was gifted with a friend like Sheina. We share the same Hebrew Birthday, we share our joys and pain, we share support for one another and I cannot thank God enough for the 'Big Miracle' in my life: Sheina Levin.

Presently, I am working as a Psychotherapist having earned my LMSW. I have noted through observation of people in my own personal life as well as the clients I have, that everyone faces challenges. I believe that we are meant to become better people as a result of having gone thru the difficult situation. We are meant to go thru the hardship in order to grow from it, to take accountability and become a better person. From the moment that Sheina found out that there may be some stressful times ahead, she has worked more assiduously and with increased fervor to actualize the inherent goodness that lies within her.

She has grown from this challenge and I can attest to the fact that Sheina Levin will always be on the self-improvement continuum. Please grant her the freedom to continue to shower others with her passion, grace and kindness.

Sincerely,

Judith Leventhal, LMSW

09 / 06 / 2023

8/28/2023

Honorable Judge Stein,

First and foremost, thank you for taking the time to read my letter.

My name is Abbi Levin and Sheina Levin is my mother. I am her eldest son and I come as a pair, as I was fortunate to come into this world alongside my twin sister, Rosi.

Allow me to share a little about myself. I am blessed with 2 beautiful children and a loving wife. My story, however, is not all fairy tales. Currently, by the grace of G-d, I have been a member of Alcoholics Anonymous since Jan 1, 2016.

There's a lot of baggage that brings you into the rooms of Alcoholics Anonymous. As a parent of 2, I now have more context in relationship to my childhood. As I understand it today, when my twin and I were born. My parents were not financially well off and as a parent I now understand the stresses of life that come with the joy of parenthood.

Judge Stein, the truth is, that I write this letter with fear. My mom was the most important person to me growing up as she was my safe space. Definitely not perfect, but without her, I don't know what I would have done or could have done. I don't know if I can truly understand the recriminations she is facing and the consequences. It's something that as a child who loves their mother can't fathom, which I hope is understandable. My Mom is someone that has always been a pillar to me, woman of truth and someone to look up to.

The woman I know as my mother is honest and full of integrity. There are a few stories I hold dear to me both in relation to my childhood and how I show up as an adult.

I mentioned earlier about my mother being safe. I was a rebel; I grew up in a very orthodox Jewish home which I just didn't identify with. I do believe in a creator of the universe so without getting philosophical. I just didn't identify with the restrictions that come with orthodox Judaism. Anyways, I digress. When I was 15 years old, I found myself in a very orthodox Jewish boarding school. As we approached the holiday of Passover, they had caught me with some John Grisham novels and some Jeff Foxworthy tapes. This was no joke and they were sending me home 2 weeks early. I was terrified. My mom calls me, and she says Abbi, we are telling your father that school was let out early. There is no reason to suffer your father's wrath for some John Grisham

novels. It sounds small but I was terrified of my dad until I was 18 and rippling with muscle! This is just an excerpt to demonstrate how my mother showed up for me and protected me.

Another exchange that came to mind while I was writing was about a pair of sneakers I wanted so badly. I begged and begged my mother (I'm being nice to myself; I probably threw a few temper tantrums as well) for the newest sneaker. Then one day, I'll never forget. My classmates told me that Nike will allow you to return sneakers no matter how torn, worn and ripped they are so you can buy a pair and keep returning. I was so excited because I am getting those sneakers because they won't really cost anything! When I came running home, I was so excited until I got this response: "Abbi, that is still stealing, you can't wear something, use it and then return it. Sorry buddy." Until this day, every time someone says don't worry about it, you can use it and return I think back to that day. It still stealing and dishonest. Something she taught me. To me this is who my mother is.

I worked briefly at Abba Realty. Everyone who worked with my mom said one thing: we trust your mother. She would have me call landlords or non-profit organizations and I of course would want to go into a spiel about the organization and why they should release a block of apartments. The response was always, "Stop your pitch my man, we trust your mother, she always delivers what she says she will and I trust she has our best interests at heart. Let's set up an appointment." I loved being able to call and just say, "Hey I am Sheina Levin's son." That would be enough for them to do business with me. A 20-year-old with absolutely zero experience.

If somehow you made it this far through my ramblings, I want to thank you for taking the time to get to know me and my mother, and thank you for taking the time to consider my plea for leniency.

With the utmost regard for our judicial system and all it offers.

Yours Sincerely,

Abbi Levin

09 / 06 / 2023

4/27/2023

To The Honorable Judge Stein,

My name is Betzalel Levin, and aside from being Sheina's nephew, she also served as my first employer. Sheina played a pivotal role in kickstarting my career right after Yeshiva. During that time, I had the privilege of working closely with her, spending significant time in her home, and truly becoming a part of her family. I am currently 40 years old, married with 4 beautiful children. I will never forget those 2 years when I was still single and spent most of my time with Sheina. We were either working together on leasing homes or over morning coffee, Shabbat dinner or just hanging out.

During my time spent with Sheina, I had the privilege of observing a person who was deeply committed to assisting a multitude of individuals. Sheina's home was consistently open to family and friends visiting New York, and she consistently went above and beyond to ensure their comfort, even when it posed challenges. Sheina is unquestionably a selfless individual who is wholeheartedly dedicated to doing good, whether for her family or within her professional endeavors.

In her work, she consistently strived to provide the best service to clients and potential tenants, making sure everyone's needs were met and treating them with respect. We collaborated with numerous nonprofit organizations that others were hesitant to engage with, serving people from diverse backgrounds, beliefs, and orientations. Throughout all these experiences, I never once heard her display disrespect toward anyone, even when others around her did.

She was a woman in an industry dominated by men and still did not stoop to levels others did. She worked hard all while being a dedicated wife and mother and helping her family navigate difficult times. I especially remember when my uncle (her brother-in-law) passed away and she opened her home to her husband's family to sit shiva (Jewish week-long mourning period), she made sure there was food for everyone and everyone felt welcome, all while keeping her business running.

While I don't know the specifics of the charges against Sheina, I do know for certain that this is not an indication of her overall character and how she lives her life. I therefore implore your honor to please take this letter into account and please be compassionate with Sheina's sentencing.

Respectfully,
*Betzalel Levin*

Betzalel Levin
09 / 05 / 2023
Sapir Realty, LLC
2644 Candler Pkwy.
Decatur, GA 30032
Office: 678.487.7896
Cell: 770.330.6944

6/4/2023

Dear Honorable Judge,

My name is Chali and I am the daughter of Mrs. Sheina Levin.

My mother is a paradox. On the one hand she is an angel, giving endlessly of herself, her time, her guidance, her spirit, her strength, her support, her home, her food, and her care. On the other hand, she is so human, working on her character to perfect her patience, to stretch herself even further than she already does, to forgive those that have taken advantage of her, and to rise above negativity.

Growing up, I knew my home was meant for sharing. We constantly had guests in our house whether it was for a meal, a weekend, or weeks and months on end. Although she worked hard the whole week, my mother never rested over the weekend. Instead, she used the time to host and be there for her family and guests; cooking, serving, clearing, talking, listening, supporting, laughing, and feeling along with all who passed through our door. She was careful to cater to the dietary restrictions of various guests, being sensitive to many different food sensitivities.

Although the orthodox Jewish community is reputed to be quite insular, we grew up with an open-door policy to many races and faiths. My mother's business started in the basement of our home. Her clients included the spectrum of humanity. She welcomed them in with their families often in tow. I was always encouraged to play with the children, indoors or out back shooting hoops together. These clients were hoping to transition from living in a shelter to their own home. I would venture to say that most people would feel uncomfortable having this clientele in their homes. But my mother respected each of her clients. She saw past their exteriors and treated them with dignity. She looked up to them for trying to move past their difficult situations and she would go way beyond the call of duty to help them. She supported hundreds of people towards independence and a better life. With this kind of exposure, I learned that we are meant to live our lives, caring for others, respecting differences and welcoming all into our world.

My mother is the anchor of our entire family. She supports each of her children in a unique way to properly suit their needs. She pays attention to each child and is tuned in to their challenges. Each child has their own story to share. Mine is as follows.

I have a learning difference. Simply put, school was torture for me. My mother spent countless hours researching various methods which could potentially help me. When she finally found one which she felt could make a difference she paid thousands of dollars to foot the cost of the program. Even though I was resistant she patiently encouraged me and supported me to give it a try. I am forever indebted to her for this kindness which had a lifechanging impact. For the first time in my life, I was able to sit in class, I began to remember things better, and most importantly, my relationships improved. Once I finished my schooling, I went away for another year of learning abroad. Once there, I found it a struggle to cope. The minute my mother heard of my struggles she was ready to drop everything she was doing and fly across the world to support me. I will never forget that moment, when I consciously acknowledged just how dedicated my mother is. Without exception, her family always comes first. Ultimately, she consulted with experts who advised her not to fly as this would be counterproductive for my growth. Against her motherly instincts, she humbled herself to listen to professionals and continued to support me from afar. This is so characteristic of my mother. She never hesitated to seek advice and learn from others.

When I began working, I joined my mother in the workforce. It was there that I recognized just how great my mother is. I saw her through the lens of an employee. I got to see a subjective view of her as a boss and I was consistently blown away. My mother was always honest, never taking a penny more than what was agreed upon. If a question ever arose, she consistently erred on the side of caution, giving in and taking less on a commission. For many, their first job was working for my mother. She saw the potential in people who others wouldn't think of hiring. She would train them, restore their self-respect, and guide them throughout. I will share two stories that come to mind.

My mother's friend (who isn't?!) had a son that was spending most of his days on the streets up to no good. My mother hired him, of course making it seem like she needed his help. It didn't take long for this young and troubled man to slowly feel whole again. Under her care, he flourished and began to see success. Today he is a multi-millionaire with a thriving business.

Another account, is regarding an employee who was trained by my mother. She invested her energy and time teaching him the ropes of the business. A few years later, he opened his own competing firm. While, this can be difficult for an employer, it is inevitable and happens. However, when the employee takes your clients, now that is cause for an outrage. Throughout this ordeal, I never heard even ONE negative comment escape my mothers' lips. She accepted this reality, always cognizant that the One Above is in charge of her successes. When I mentioned that my mother is an angel at the start of this letter. Now you know what I was referring to.

I recently got married. After I got engaged, I wanted a short 3-and-a-half-week engagement until my wedding. Since my mother would be heavily involved in the wedding preparations, she could have easily objected saying there is no way she could arrange this scale event in such a short amount of time. Instead, she threw herself into the wedding preparations joyfully.

After I gave birth, I experienced serious medical problems and was in the ICU. Mo mother never left my side. Her business matters were put on hold or taken care of from my bedside. Once I was released, I moved into her home with my husband and baby for 2 months. Even though my mother was thoroughly exhausted she would take my baby for the nights so that I could recover. Once I was out of crisis mode, she flew straight to Florida to take my younger sister to a clinic to treat her Crohn's.

I am in awe of a woman who will never put herself first, and does whatever is best for her family.

My mother is a truly worked-on person. She has completed the 12-step program and now volunteers as a sponsor. She spends hours supporting others without ever charging a penny.

I know it must sound strange that it would make sense to be near my mother and feel really small. Her contributions and impact go far beyond what the average person will accomplish in 12 lifetimes. Yet somehow you always feel big after interacting with her. When I would involve myself in various fundraisers (learning from my mother to participate in charitable causes), instead of feeling humbled by her generous contributions and her willingness to host the fundraiser parties and the various guests I would bring home, somehow I was always made to feel like the great one. No matter what I did, it technically paled in comparison to my mother's endless giving, yet, she always made me feel like I was the greatest person. Any interaction with my mother leaves the next person feeling empowered and special.

Dear Judge, while my letter might seem lengthy, it does not portray even a fraction of my mother's greatness. We have only touched the tip of the iceberg. For every point I made, there are thousands more. I beg you to take a step back and see a broader picture than the one initially presented to you. I need my mother desperately. I rely on her for so many physical and emotional needs. I know for certain I will fall apart should G-d forbid she need to leave us. My daughter is a few months old and needs my care. I can't raise her without my mother at my side. My daughter loves her grandmother and shouldn't be deprived of the love only my mother, her grandmother, can shower upon her.

As the Honorable Judge for this case, please consider all that I have written with an open and caring heart.

A loving and thankful daughter,

Chali Levin
09 / 06 / 2023

8/21/2023

To the Honorable Judge Stein

My name is Chana Levin, Shaina's sister-in-law. Our husbands are brothers.
I am married and have three children; may they live and be well. I am a grandmother to
growing families Thank G -D. I am a former secretary to the defense attaché in the
Korean Embassy based in Tel-Aviv. I have done other not such glamorous
secretarial duties in other capacities as well in order to help support the family.

My dear sister-in-law and I have known each other since kindergarten. We grew up
together. She and her husband have been true lifesavers when they came to our rescue
after we were forced to move out of our home under unfortunate circumstances.
Shaina and her husband made sure to find us a place to live, even helping us with the
rent in the beginning. Shaina also made sure that we had a washing machine and dryer
so that I can do laundry at home without having to go out in the rain or snow.

Aside from all of the above that was so special and generous, they gave my husband a
job. They actually created it so that he could earn his living with dignity. It was a
lifesaver and we are eternally grateful to Shaina and her husband for it. At that point, my
husband had no job nor any plan with how to go about getting one.

Besides helping to resettle us Shaina always invites us to her home for meals on the
holidays and we've enjoyed many a Friday night dinner at her warm home. Always
greeting us with a smile and a warm hug.

Shaina, along with her husband are considered pillars of our community.
If it is cooking meals for families in need or inviting many people without families to join
them for holiday meals and Shabbat, dinners or just a listening ear - They stand out for
kindness and generosity.

With all due respect, please grant Sheina the ability to continue her unending acts of
kindness by allowing her to remain with our family and community. We need her very
badly. Your compassion and kindness in this case would be appreciated by so many
who rely on Sheina in so many ways.

Thank You for taking the time to read this.

Respectfully,
Chana Levin

09 / 05 / 2023

7/3/2023

Honorable Judge Stein,

My name is Emmet Levin and I am the daughter of Sheina Levin. I'm 22 years old and living in upstate NY. I am currently living under my parent's help because of a chronic illness ███████████ that has left me unable to work for the present.

My mother is the person that I look to teach me that anything is possible. As you must know, we come from an ultra-orthodox background. When I was 15 years old, I was convinced that I was not a girl and that I must be a boy. Instead of doing what I expected her to do, which is to kick me out of the home and cut me off, she learned a new fervor of love and acceptance for me. Through her changing and growing, through her generous kindness and an open ear, I was able to change as well. I was able to understand what my place is as a woman and how it's okay to be wrong sometimes. I greatly admire my mother for this trait of hers. For her ability to change and to grow. She was a different mother as the years evolved. She really did have to change her whole way of being to accommodate me in her heart. I am forever grateful and forever learning thanks to her.

In the present, she is the person that I go to for advice. I have ADHD and used to often find myself without control of myself because of overstimulation. Something I will never forget that she taught me was that when I am feeling overwhelmed and can't control myself, I should remember this: H.A.L.T. Are you H-hungry, A-anxious, L-lonely, or T-just Tired? This has helped me from alienating friends and saying things to hurt that I do not mean, and ultimately, how to be a better member of society. There are countless such lessons that she has imparted to me and my younger brother.

My mother is the glue that binds our large family of 8. My 5 siblings and I would leave our busy lives at the drop of a hat for this wonderful woman. My father in his own ways (only she can understand them) shows his affections for the love of his life. When it was their fortieth anniversary all the siblings got together, something we haven't done for 6 years at the time, to celebrate our parents' union, it was no secret amongst us that we were doing it to celebrate our mother, the matriarch of our ever-growing family. My brother and I came all the way from California, and a sister from down in Florida. We came only for the day and the night; we only had a day we could spare to come in and we made sure it was possible. She is just that greatly loved by us.

In simple words, I don't know what I would do without her warmth. I could never do without her engulfing hugs, her smell that lets you know you are safe. I would not know what to do without her words of intelligence and understanding. I would not know what to do without her constant support and affection. She is my greatest fan and I am hers. She is the woman that gave me life and supports me to continue living. She is truly a light unto this earth. It must sound like every child talking about their mother but no one knows a mother as open-hearted and fluid as mine. No one knows a kindness like hers, a living giant like her. She is the best woman I know, the hardest working, the biggest

loving. I love her with everything I know how to love with, with everything she's taught me.

I don't know how to properly convey the desperation I and all of us have for our mother to remain with us. I won't survive a day. Please be compassionate in your judgement of my mother, my hero.

Sincerely,

Emmet Levin
09 / 06 / 2023

Doc ID: e7647425a2adf1d4c93a58a2d08eb1d3fe3a2da1

Bsd

4/26/2023

To the Honorable Judge Stein,

My name is Freida Levin, I am mom of 4, a grateful member of the 12-step program for family and friends of addicts, Al Anon. I am also a business owner in Crown Heights for almost 16 years now (my first baby!) I have been actively participating and creating community in areas that are meaningful to me- I attend Al anon meetings weekly, work with my sponsor and sponsees weekly as well. I host a monthly meet up for female entrepreneurs in my studio in Crown Heights, I attend and give a weekly Torah study class and I host 2 yearly retreats over Jewish holidays for guests who would love to celebrate them in a deeply meaningful and inclusive way.

Sheina is family to me, as my children's greatest aunt and more importantly as the person who saw me when I was drowning and reached out to help me help myself. I was pretending to be fine at a family wedding when my ex was starting his stint in rehab, I thought I was doing a great job. I had 4 small kids at home, the youngest was 6 months old and still nursing. Their dad had left with no idea when he was returning, and left me with a bank card for an account that had not money in it. I was not fine, but I was trying to be. Sheina somehow saw what dire straits I was in, and after a vulnerable conversation in the hallway over the pounding music, invited me to join her at an Al anon meeting.

That invite changed and saved my life in so many ways. Over the ensuing years Sheina has been a sounding board for me, a gentle guide in working my program and a safe place to share the many times overwhelming burden of all that I hold. I know that when I call Sheina and I have a question, she will direct me to check with my moral compass, with my values. 'What does program say?' She has shared many insights on her own journey in recovery and I have learned through them how hard she works on herself in program and out and how constantly she checks in with her Higher Power for guidance, for company and for strength.

The mantra I hold onto in this path of life is 'progress not perfection' - an acknowledgment that while I will do my best every single day, while I continue to do the work every single day, I am human. I am not a project that has a deadline or 'complete by' date. I am an ever-growing human being who is constantly evolving and developing, who makes mistakes, misfires, shoots from the hip and loses my temper. I learned to forgive myself for being an imperfect being by my learning with Sheina, by her reflections and loving compassion. 'Can you put down the bat? Can you stop beating yourself up?' She asks me, knowing that there is a lifetime of work ahead of me, of herself, and we are committed to doing it, one day at a time, one step at a time, regardless of setbacks and challenges. This doesn't mean to shirk responsibility, far from it. It means to show up, own the mistakes made, be honest with self and others, with Gd and vulnerably admit our wrongdoings and be willing to make amends.

Doc ID: 5715edbb7f9995fee58ca6d6c4efd0fb92765a62

I know this because of Sheina.

She has listened to my struggles and held my hand, literally and figuratively, through them. We've had a few really challenging times between us, professionally and personally. Through those difficult conversations I've understood how safe I was in this space to have the 'conflict'. I wasn't gaslit, I wasn't blamed, or told I'm crazy. We discussed my feelings and concerns, Sheina took ownership of her part and clarified or explained, shared her side of the situation and we found a way to move forward. Sheina is a work in progress, she is working on her progress daily, and she is a deeply appreciated and integral part of mine.

From the deepest part of my heart, I beg you to have mercy on Sheina, a woman who has shown only mercy to others.

Your time and consideration of this matter is deeply appreciated.

Thank you for reading,
Freida Levin

09 / 07 / 2023

5/5/2023

To the Honorable Judge Stein,

My name is Israel Levin and I am Sheina Levin's brother-in-law. I am divorced and have four children and twenty-six grandchildren. I work for a cheese plant in Idaho, called Lactalis. I belong to the Chabad community in Postville, Iowa.

I have known Sheina Levin since she married my brother about 40 years ago During this time, I stayed at her house many times and shared meals on Shabbat and holidays. After I got divorced, and had nowhere to live, I lived in their house. During this time, she made me feel that I could stay with them for life. She made sure that I was comfortable, asked me if the food is ok, and if my room is ok or if I was hungry. In short, she showed me that she cared. We had conversations about my situation and she was an attentive ear to my troubles. I also saw people who would come to consult her on all kinds of issues, and she was a listening ear for all the oppressed.

I feel very indebted to Sheina, especially in the last few years since my divorce. I remember how during the holidays, when many people were coming for meals in her house, how she attended to each and every one of the guests. Always making sure they had something to eat and drink and were well taken care of. Many guests would come without an invitation, and she treated everyone with respect making them feel as though they had been invited to the holiday meal.

Over the years, many of the family that came to visit the Lubavitcher Rebbe would stay at her home. She never let the guests feel that they were unwelcomed. People would also come who were not welcome guests, for example old bachelors and people who were essentially homeless.

I know my brother, and he is not an easy person to say the least. Sheina always supported him, and did not get upset with him. If she did get upset, she wouldn't show it. I also know that sometimes I tend to act like my brother. She has to tolerate her husband, but not necessarily does she have to tolerate me and yet she never treated me with disrespect.

She is a unique woman who far surpasses most of humanity with her acts of kindness and patience, therefore, I ask that your honor to treat Sheina with mercy

Sincerely,

Israel Levin

09 / 07 / 2023

5/1/2023

To the Honorable Judge Stein.

I'm Rendel Leah Levin I'm Shaina's niece. I'm a wife and a mother of three g-d
bless them. I graduated Touro college and studied multimedia design.

My dear aunt is such a warm and loving person to me. When I walk into her
house, she greets me with a warm hug and always has people from all walks of life
sitting around the table eating. We vacation in the summer together and while my
in laws are and my parents aren't there often, her door is always open to us. Friday
nights I walk over with my children and my husband and she gives us a warm hug
and asks us how we are doing, and do we need anything. She always offers my
children a fruit or ice cream and shows them love and importance of family. On
holidays you will find her in the kitchen with an apron not sitting for one moment
serving everyone whether she knows them or not. If they knocked at her door, they
are welcomed inside for a warm meal. She doesn't only make delicious food but
she makes sure it looks pretty for even the poorest person. My cousin, her daughter
Chana, has inherited her mother's gene for inviting guests and often brings over
whoever she finds on the street. I once asked my aunt, "who is that family with the
little boy" she said, "I don't know but they are our guests." I witnessed this a
countless number of times. She will do whatever she can for our community.
Sheina gives money to organizations in our neighborhood and beyond for people to
put food on their table.

Nothing came easy for aunt Sheina who is always working on herself to
become a better person. I witnessed her reading and reciting words of growth on a
Saturday morning and offering to share with us, the rest of her nieces, beautiful
words of kindness and about being the best human you can possibly be.

Your Honor, I respectfully ask that you internalize that which I have shared
with you. Sheina is more than I can put into words. She is larger than life in her
acts of kindness. Please keep this in the forefront of your mind when determining a
compassionate sentence for Sheina.

Respectfully,
Rendel Levin

09 / 06 / 2023

Honorable Judge Stein
United States Courthouse
500 Pearl St.
New York, NY 10007

Subject: Character Reference for Sheina Levin ,

To Honorable Judge Stein,

My name is Rochel Levin. I am writing to provide a character reference for Sheina Levin , who is currently before your esteemed court in New York, NY . I have known Sheina Levin for about 10 years now. I'm lucky and privileged to call her my mother in law and grandmother to my children.

I am aware of the seriousness of the charges brought against sheina, and I understand the importance of your decision in this case. While I cannot speak directly to the facts of the matter, I would like to provide some insight into Sheina's character and the positive attributes that I have observed over our time together.

First and foremost, I have always known Sheina to be a compassionate and empathetic individual. She has demonstrated a genuine concern for the well-being of others, often going above and beyond to lend a helping hand. Whether it is assisting a friend in need or offering support to a stranger, sheina's acts of kindness are a testament to her good character.

Throughout the various roles she has held in my life--boss's mother, boyfriend's mother, husband's mother, mother in law, and grandmother to my children – I have witnessed firsthand Sheina's caring nature. She actively participates in various boards and panels, engaging in discussions on a wide range of topics, from business to coping with the loss of a child. I have sought her advice on numerous occasions and have always received valuable guidance.

My father in law always jokes about how their house is a hotel with a revolving door with the amount of people who show up for a place to stay, money or food. My sister in law is always inviting random people over for a meal and Sheina consistently extends a warm welcome, even when she isn't in the mood (this is something I've personally been privileged to before they knew I was dating their son). I've stayed in one of their apartments rent free while I was trying to figure out my living situation as my aunt had made my family home not welcome to me.

When I had my first child I was unwilling to leave the hospital until Sheina was there and I never wanted her to leave as she always takes care of everything for anyone she is helping (this sentiment extends beyond our relationships as mother and daughter in law). I can write countless pages on this topic alone.

Your Honor, I kindly request you to consider these aspects of Sheina's character when determining an appropriate resolution in this case. I am confident that sheina has the capacity to learn from this experience and make positive changes moving forward.

Thank you for your time and consideration.

Respectfully,

Rochel Levin

4/27/2023

To The Honorable Judge Stein,

My name is Rosi Levin-Tennenhaus. I am Sheina Levin's oldest daughter, one of a twin pair. I am 37 years old, a mom of 5 children including 2 sets of twin girls. I have a Master's degree in Psychology and am a Licensed Marriage and Family Therapist, as well as a photographer. I currently work at home to manage our household and take care of our family. I live in a large community of friends and family and have a strong commitment to being a good member of a community, as well as family.

My mother is the person that keeps everything and everyone together. She is the beating heart of our world. I don't know what I would do without her for even a few moments. She is a woman of incredible strength and vitality; her strengths include both mental fortitude and physical endurance. My mother singlehandedly brought our family out of poverty. I don't use that word easily. I don't think that I have ever thought of our family as poor. When I grew up, she made sure that I had what everyone else had: clothing, hot meals, recreational items. I really was completely unaware of our financial situation.

When I was pregnant with my first set of twins, my father called me in a panic. He asked me if I was going to be able to buy them diapers. He told me that before my brother and I were born he was terrified about how he would manage to take care of us. Fortunately, we were financially stable. My parents were not. Until I was in the 4th or 5th grade, money was very tight. I grew up in a Section 8 apartment in the Crown Heights neighborhood.

It is my mother that achieved financial stability for our family. She began ABBA Real Estate with my father. But it is and always has been my mother with the intelligence, commitment, power and wherewithal to get things done. To create. To build and to have visions of the future. She is a dreamer, but it is her ability to do the work. To focus on the task and then keep going. I think about her every day when I am taking care of my family. I truly don't know how she did it.

It was her job to work a full day – a day that truly never ended – to manage the home, take care of our physical needs and love us continuously. She did both. I know it is considered the feminist ideal to do both things, but it is truly a gargantuan endeavor. I believe impossible. I never saw her break. She never told me "Rosi, I am too tired to cook that for you now, to make that phone call, to answer your question, to make your hair." NEVER. She is a woman of superhuman strength.

My mom is incredibly earnest and honest. She tries and tries and tries again. There were times that I felt that my mother wasn't as mindfully present as I wanted or needed her to be, because she was so busy taking care of others. However, she was doing the best she could. I remember the time that I was a lifeguard in summer camp a few hours away. On my birthday, she drove with my younger siblings just to bring me some birthday joy. .

Unfortunately, she did not have a partner that took an equal amount of the workload. It all rested on her shoulders. ████████████████████████████████████████████ My mother spent a lot of my childhood and a lot of her life trying to manage life despite him: the household, the business and her children's lives. I am one of 6. Moreover, my brother, Abbi Levin, is a recovering addict to opioids. His years of use were an incredible ordeal for my mother and our family. Thank G-d he now has a family of his own, a wife and two beautiful children. My sister, Emmet, has also had her own personal challenges, as well as debilitating

████████████████████

I watched my mother stay for all of this. She kept going to work. She kept taking care of our family. And through it all, she opened our home to thousands of people over the years. My best friend, Chana'le Dubrawsky, boarded at her grandmother's house for high school. It was not a functional home. It wasn't clean, it wasn't warm and there was no food. Our home had all those things. My friend basically lived with us through our high school years. She was welcomed with open arms. Everyone was welcomed. My mother fed and hosted so many lost people. Chana'le was only one of them. Her generosity is boundless.

If her home wasn't available. It would be closed to so many. Her absence would be a massive LOSS. My mother provides a home to the community. To my siblings and I when we need it. And to her extended family, friends and often strangers. She has such a tremendous heart. She resonates with goodness and earnestness. She is kind and she cares.

To my mother's credit, a number of years ago she sought out AL-ANON and has been diligently working the steps. She became self-aware of her need to join in this recovery and has shown incredible commitment to it. I witness her attend weekly, if not daily meetings, stay connected to members, and become a sponsor. Her AL-ANON book remains next to her bedside. She has faced some serious hard truths, learned to create boundaries with her husband, my father, and the rest of the world. Currently, she continues to struggle with her ability to focus and stay present. It is a double edged sword -- both a super power and a weakness.

I am incredibly proud to have her as a mother. She represents kindness, honesty, generosity, warmth and love. She is an incredible daughter to her aging parents. My mother is the point person for their health, and financial needs. She is a sister to 4. An aunt to hundreds. A great aunt. A grandmother to 9, with one grandchild on the way. My children love her. They've been asking when she will come and visit. Amongst all the areas in her life that she manages, she plays with them for hours -- boardgames, card games -- whatever they are currently engaging with. They are older now. And if she was not around, albeit temporarily, it would devastate them.

I have been moved by how the case before Your Honor has promoted her to become even more humble, more introspective, more committed to improving herself and setting an example for us. Despite the horrible shame and embarrassment she feels and the rejection by many in her business because of all this, she is persevering and promising to make this right. It is a real inspiration for us.

I love her greatly. She is such a good person. Please consider who she is to us when making your judgment.

Respectfully,

Rosi Levin-Tennenhaus
09 / 06 / 2023

Doc ID: ee6f52432ca7c7686202bf5bfbd355c86dfb8ff4

5/28/2023

Dear Honorable Judge Stein,

I am humbled and privileged to introduce myself as the son of Mrs. Sheina Levin. My name is Zvi Levin. I am 18 years old.

It's hard to know where to begin in my hopes to provide you with another perspective of my mother, my hero. Growing up with a mother like mine, one could make the mistake of thinking that the scenes I have witnessed and experienced were normal. My mother goes about life in the most unassuming way. All that she does is accomplished without fanfare, without drama, and without expectation for anything in return. But the truth is that my mother's generosity, her strength of character and her ability to support others emotionally is very very far from the norm.

From a child's point of view, my mother was and still is the most supportive and kindest figure in my life. My years in school were not exactly smooth sailing. I had my fair share of struggles with the rigid school system. I never feared to share my latest run ins with my mother because she saw past my behavior. She saw the real me. She believed in me and cheered me on. She was so genuine and so consistent with her belief in me that ever so slowly I began to believe in myself as well. I believed I could be successful and make a positive difference in this world. She could have very well let a comment slip, even a few words of rebuke, or perhaps a fleeting look of disappointment but I can honestly say that it NEVER happened. I am forever grateful for her steady words of validation, encouragement and hope because it was her positivity that I credit my successes in life today.

I imagine that in other homes when a parent wants to instill good character traits in their children, they might talk about it or maybe volunteer with their children a few times a year in the hopes that their children will absorb the idea of living a more purposeful existence. My mother never preached about good character traits. She lived it. She lived it every second of her life. Being a part of a household that never stopped giving to others had a tremendous impact on me. We have had countless people, strangers and relatives, move into our home for months on end. When they moved in, there was no questions asked about how long their stay would be. It was understood that they were welcome to stay as long as they needed. They were treated as equal members of the family with all their needs tended to. I wouldn't know where to start in relaying the details of all the people who called my home their own. But I will share a few.

During one holiday my father had gone for a walk when he noticed two young women who appeared to be lost. After approaching them to see if he can be of help, he understood that they had nowhere to sleep. Now perhaps in different circumstances, a spouse might be hesitant to come home with two guest who would stay in their home indefinitely without consulting the other spouse first. In this case it was a no brainer. Obviously, my mother would take them in with open arms and treat them as one of her own. Even if she was highly pregnant. Even if she was supposed to be on bed rest (practically an impossible feat for my mother who is constantly involved in hosting and helping others). And so, in they moved, given royal treatment as any Levin guest receives. One woman stayed for 10 days while the other, named Ronit, stayed for quite a few months. In their words, "we could never repay this kindness." In my mother's words, "Of course, anyone would do what I did." Of course, that isn't the case. But my mother never acknowledged her unique generosity because she viewed it as a given.

On another occasion, my mother was made aware that a large family needed a place to stay for the weekend. It was just a few hours before Sabbath. Since cooking is not allowed on Sabbath, all her cooking was done and she was just finishing up the last preparations needed. When the call came in, she invited the family without a moment's hesitation. I could imagine that there was a lot of stress in having to quickly prepare large quantities of food as well as bedding to host the guests. But you would never tell from watching my mother, that she felt anything but joyous for the gift of being able to host and give to others.

Another memory is a difficult memory. A dear cousin of mine was going through some extreme personal struggles and ultimately overdosed and died. Our entire family was shocked at the sudden loss. It did not take long for the call to arrive. Could my cousin's nuclear family move into our home for the week? At a time when they were mourning the most tragic and painful experiences that any family could experience, they wanted to be near my mother. They knew that if there was any chance to be comforted it would be in the safety of our home where my mother could strengthen them with enough love for everyone.

At the risk of stating the obvious I will point out the common theme among all scenarios mentioned in this letter. My mother always put the next person before herself. She lived her life with a mission to give and care for others. Anyone that has come in contact with my mother will confirm these traits which define all my mothers' interactions with humanity.

No one can fill my mother's shoes. No one will be able to care for the hundreds of people she has taken under her wings. We need her to remain with us. She has saved the lives of so many and will continue to do so with every opportunity that comes her way.

Your Honor, please recognize the greatness that lies beneath the allegations. To lose my mother is to lose my only lifeline. Because I have learned from my mother to care for others, I plead not only for myself, but for the endless amounts of people who rely on my mother for so many different reasons.

May G-d be with us.

A Proud and Heartbroken Son,

Zvi levin

09 / 07 / 2023

4/28/2023

Dear Honorable Judge Stein,

My name is Yehudis Levin. I'm a 37-year-old single and I currently live in New York. I am employed by the Orthodox Union, a global Jewish non-profit as the Executive Assistant to the COO of Kashruth.

My family is from Worchester and until recently that's where I lived.

Sheina Levin is my aunt and I feel very blessed to have her in my life. She has always been there for me, whether it is inviting me to her home, offering advice, or just being a safe space to be listened to.

When my brother Meir was a teenager in the 1990's he was going through some personal difficulties and needed a place to crash. He lived by Sheina for 3 months until he was able to get back on his feet. With her kindness and listening ear she supported him to face the world again. It is quite amazing how people, no matter what they are going through, find comfort and safety in Sheina's home.

I have always valued her support, but more importantly I have always felt that her generosity of spirit, and her always being willing to help me out in a pinch has taught me what it really means to be there for someone.  Sheina, is kind, gracious, generous and loving.

If only she could be repaid a fraction of the kindness she has bestowed upon others and be granted compassion in her sentencing.

Respectfully,

Yehudis Levin

09 / 06 / 2023

5/16/2023

To the Honorable Judge Stein,

I hope this letter finds you well. My name is Mushka Levitin, and I am writing to you as a mother and Chabad emissary living in Seattle. I am reaching out to you in regards to the case of Sheina, a dear cousin of mine whom I have known my entire life.

Growing up, my family and I would often travel to New York to spend time with Sheina and her family. She always welcomed us with open arms and made us feel right at home. I have fond memories of spending summers at her house, which became our summer home away from home. Even as I grew older and attended high school in New York, I knew I could always count on Sheina for a listening ear and a warm place to stay.

After finishing high school, I attended a Jewish seminary and when I returned to New York, I found myself in need of a place to stay. Sheina graciously opened her home to me and welcomed me with open arms. I ended up staying with her for an entire year, and during that time, I witnessed firsthand the mitzvah (commandment) of Hachnasat Orchim, (welcoming guests), that Sheina completely embodies to the fullest. She always made everyone feel at home, and her door was always open to anyone who needed a place to stay. She exemplifies the values of hospitality and kindness, and I am forever grateful to her.

Today, as a director of a Chabad Jewish organization in Seattle, I am in a position where I host many people and Sheina remains a shining example for me of what it means to be a gracious and giving hostess. She always shares everything she has with others and truly goes above and beyond to make others feel welcome and cared for.

In light of these experiences, I write to you today to attest to the character of Shaina Freida. She is a woman of integrity, compassion, and kindness. She makes the world a better place by serving as an inspiration to others, as I have specified above, my hosting attitude is a direct influence of Sheina. Consequently, I ask that the Judge please proceed with the utmost compassion in this case.

Thank you for your attention to this matter.

Respectfully,

Mushka Levitin

May 15th, 2023

The Honorable Judge Stein,

My name is Batya Lipskar, I am a Mother of five, Grandmother of many grandchildren and married 41 years. I am a Realtor, and very much involved in my Synagogue and Community.

I've known Sheina Levin since we were 5 years old in Preschool. We grew up living back to back with each other in Brooklyn. We have remained close friends for approximately 55 years. We are close to each other's families and extended families as well. We have shared all of the good times and sometimes the not such good times, throughout our lives. In earlier years Sheina suffered the loss of 3 babies, spent many months on bedrest and endured financial hardship. Yet, she rose above it and persevered to build a beautiful family, warm home, always putting her family first and at the same time built a successful business, employing many.

I've known Sheina her entire life to be extremely Conscientious, Charitable, Honest and Hardworking in both her business and personal and community life. Her home was always open to those in need, with a kind word, a warm meal or a place to stay.

She has mentored many young people, giving them a chance, employment and has helped them to learn so that they can go on to establish themselves.

Please know, that the person standing in front of you today is not the same person that caused her to veer from the Law. This once jovial, happy, socially active person has become remorseful, introspective, sad and full of regret.

Whereas she was an extremely successful guide and counselor to many young people needing structure in their lives to which she has had a high rate of success, she now feels deficient and underserving of serving in a role as a mentor to others.

In my personal view, as being involved in community leadership, this could be a continuation of a downward spiral leading to debilitation for herself and negatively affect her family members as well. Or, with the compassion of the Honorable Judge, be the beginning of a growing process.

Whatever benefits incarceration can bring, Sheina has already lived through that, both she and her family had endured tremendous suffering since this all began. She is a walking example of how careful one must be of doing no wrong or crossing lines.

In addition, she is a critical caregiver to her elderly Parents both in their 90's. They would suffer greatly if she would not be able to care for them as she is their only child living within a close proximity to them.

She is also a critical caregiver to her Daughter Sara / Emet, who suffers from a serious debilitating medical condition. She needs her mother at her side to support her dietary, physical and emotional needs, her father cannot fill those needs. Not having her mother there would be extremely detrimental, emotionally dangerous and harmful to her physically.

Her husband Mendel, a Diabetic with other health issues and mood swings relies on her greatly to help him manage his own health issues and to keep the family relationships intact. He will not be able to keep the household together on his own.

Her son and youngest child Tzvi, just at the beginning of his impressionable young Adult life, would be greatly adversely affected by her not being there as well, as she is the strength and the glue that holds the family together.

I beseech the Honorable Judge, with all my heart to allow Compassion, to allow my friend to be with her Children and Grandchildren and to give her the opportunity to live again.

Respectfully,

Batya Lipskar

4565 N Michigan Ave

Miami Beach FL 33140

*Bly*

09 / 06 / 2023

5/3/2023

To the Honorable Judge Stein,

I want to share with you my personal experience with Shaina Fraida starting at the young age of 14. My name is Mushka Goldschmidt Lipskier. I live currently in coral Gables, Florida but I grew up in Dallas, Texas. I work as an emissary of the Lubavitcher Rebbe, involved in Jewish outreach and assisting the community in various ways (assisting the elderly population etc..).

Growing up in Dallas, my only high school option was to go away from home and live in a dorm at 14 years old to attend a school in Brooklyn, NY. I was coming from a school with 11 other students in my entire grade and entering a grade with over 150 students. You can image the anxiety and fear! I will be forever grateful to the hospitality, caring and warmth shown to me by Shaina Fraida Levin when I was living in New York. Shaina Fraida is my mother's first cousin. I did not grow up particularly close to her, nor did I know her well. But the minute I landed in NY she was so warm and welcoming. She told me I was welcome to walk into her house whenever I wanted! At the beginning I was sure she was kidding. Who would actually want or care for people to come through their home?! I quickly learned she was not kidding.

Shaina Fraida gave me a key to her home and made me feel the most comfortable and wanted at any point I felt like walking through her door. Whether it was coming to dinner unannounced, or if I needed a place for a weekly Friday night Shabbat Dinner, her house was there and always open. Sleeping over during snow storms or when the dorm was shut down and I had literally nowhere to go! She made me feel like it was my own home and I will forever feel grateful to her for allowing me to have that. She remembered my favorite foods, cereals and dinners and made sure we had them - especially if she knew I was coming. And boy did she know how to cook! And she cooked for an army! She would always package up leftovers and send it out with us to give to the other dorm girls and sometimes she would have her daughter distribute food to different needy families around town who did not have food. I don't know how she even knew of these families, but clearly, she was the e address and people knew where to go when they were in need.

I also remember that they had a cup that was always filled with lots of $20s and when I asked her what it was for - she told me anyone who ever came to the door to ask for money should never have to be turned away and that cup was to be given out to anyone that came to collect for charity. I was so inspired by that. She also told me that even if she wasn't home and I was, and someone came to collect, I was to make sure to give them from the cup.

I loved watching how she listened to everyone that came through her door seeking her advice and counsel. Dating advice, jobs, friends anything you can imagine - she was always there to listen and guide. She had so many people coming through the door but she really gave anyone time of day to hear them out. The teenage years are horrible - and lonely and can get quite depressing- but having her home open to me gave me a small place in Brooklyn that I felt safe in and comfortable and valued. I am sure everyone that walked through felt the same as well!

I was not the only one. I watched so many of her nieces, nephews, random cousins, walk in and out of her door and everyone was always greeted by her warmly and always with concern. Making sure we had jackets in the snowstorms and dinner leftovers for a lunch the next day. And of course, some good advice to go with it. It could not have been easy to have people coming in and out yet she never made anyone feel uncomfortable. No matter what and no matter who, she always welcomed everyone.

I hadn't stayed in close touch but recently I had given birth and was so surprised to receive a gorgeous baby gift from Shaina Fraida - I quickly messaged her to thank her so much and she told me she was in the shop when she had heard the news and how could she have not sent me a gift for the baby! I was so touched by her thoughtful gesture - even years later she still was thinking about me.

I am at a loss for the right words to say. How do I properly plead for Sheina's freedom. Nothing I say will do justice to convey the absolute desperation we all have for Sheina's sentencing to be a compassionate one. Just as she was a lifesaver to me, I know she is that person for so many others. We need her. Please seriously consider my plea during sentencing.

Respectfully,

Mushka Lipskier

09 / 07 / 2023

August 29, 2023

To the Honorable Judge Stein,

My name is Katherine Lopez. I'm a single mom and take care of my 18-year-old daughter and my senior parents. I work for Abba Realty Associates Inc as a secretary. They call me Kathy in our office.

The first time I met Sheina was when I applied for the job more than 10 years ago. In the beginning I was so nervous and tense but I was immediately put at ease as soon as I started to talk to Sheina. She has a way of making people feel comfortable, because she doesn't assert herself and make you feel less than even though she is the boss's seat.
Sheina is beautiful inside and out. She is a very sweet, loving and approachable boss. She expresses her love for you as a person, beyond your relationship as a worker. She is also quick to share how much she appreciates everything that you do. Every time I needed help, she was always there to teach me. I learned so much from her in regards to work and even more importantly, in regards to life. She's a dream boss and I'm looking forward to working with her for more years to come.

I always admire Sheina for how great she is as a daughter and as a devoted mother as I get to see how she takes good care of her parents, children and grandchildren. I believe I have a deeper appreciation for how Sheina juggles so many responsibilities at once because I too am juggling the care of a child, and elderly parents as well as being the breadwinner in the family. I am simply in awe of how she manages all her responsibilities with calm and care.
I don't think many people can talk about their boss the way I do but she is like a sister and a dear friend to me. She is always there willing to help everyone and she treats you like family. Despite her busy schedule she always has time for everyone, something I am fascinated by time and time again.

I pray each day that the outcome of this case will be positive for all of us. I know that Sheina is going through the most difficult time of her life but I also know how tough and strong of a woman she is. I have seen her rise up in the most challenging of situations, always growing and introspecting. She doesn't take anything lightly. She always takes responsibility for her actions.

I'm respectfully asking for your Honor to please show compassion and give consideration and see how wonderful a person Sheina truly is.

Respectfully yours,

*Katherine Lopez*

Katherine Lopez

09 / 06 / 2023



**Urban Outreach Center NYC**

1745 1st Avenue
New York, NY 10128
www.uocnyc.org

info@uocnyc.org
212.288.6743
⊕ ⧉ ▼ @UOCNYC

August 31, 2023

To whom it may concern,

I hope this letter finds you in good health and spirits. On behalf of the Urban Outreach Center of NYC, I am writing to express our sincere appreciation for Sheina Levin's exceptional dedication and hard work in her time as a volunteer at our Food Pantry (Sheina has been with us since April 2023). It is with immense pleasure that we recognize her outstanding efforts in making a significant impact on our community through her volunteer service. Sheina's selflessness and commitment have played a crucial role in providing essential support to those in need. Her dedication and enthusiasm have not gone unnoticed by our staff, clients, and fellow volunteers.

Her consistent presence, positive attitude, and willingness to go the extra mile have truly set Sheina apart. She has an ability to connect with our guests, treat them with dignity, and offer not only nourishment but also a sense of hope and compassion.

One such instance is her support of fellow volunteer Tawan, with whom she has a great rapport. Tawan has truly connected with Sheina and has found a great support in their gender transition via the conversations and interactions they've had at UOC.

We look forward to witnessing the positive influence Sheina will undoubtedly continue to have on our neighbors at UOCNYC.

Sincerely,

*Luisa Lopez*

Luisa Lopez, MSW
Director of Social Services
Urban Outreach Center of NYC

WE'RE ENDING THE
HUNGER GAP IN EAST
HARLEM AND THE
UPPER EAST SIDE.

May 3, 2023

The Honorable Judge Stein,

My name is Frumi Marasow and I live in Seattle Washington. I am married with four children and 8 grandchildren, thank G-d. My husband and I are involved community members and often meet and become personally friendly with people who live and move into our community.

Around 11 years ago we met Rosi Levin, daughter of Sheina Levin, when she and her husband moved to our neighborhood. We quickly became close friends and through that friendship met Rosi's mom Sheina when she would come to Seattle on her frequent visits. Sheina is a very warm and committed mother and grandmother, always present and available for her family and friends but even for people who may not know her well. She is the kind of person who opens her home to the community, invites people to share in family meals and often hosts out of town guests who come to visit Brooklyn. She is a hard worker and takes her commitments to people seriously. As a working mom myself, I appreciate and value the challenge of needing to be present for family, work and community. Sheina has managed over the years to do both with strength, compassion and love. A close family friend of ours had a daughter that went to live in Brooklyn. Alone, with no family nearby, she found an open home, warm environment, a place to eat the Sabbath meals and even help finding a job to support herself. This is the kind of person Sheina is. In today's busy and sometime selfish world, we can so easily dismiss having time or even interest in helping others, but Sheina is a role model to me and many others by showing us hands on how important it is to be involved, to help others, to stay committed to a higher purpose.

I am writing today to ask for you to please show compassion to Sheina. She is a good person who has made a mistake but has certainly learned from it and will continue to learn from it. Please show her mercy so that she can continue to be there, front and center as she always is, for her family, friends and community.

Respectfully,

Frumi Marasow

April 25, 2023

To The Honorable Judge Stein,

My name is Jospeh Marasow. I am employed at Professional Medical Corp, Seattle WA. I wish to lend my support of compassion and leniency for Mrs. Sheina Levin. My wife and I have come to know Sheina 13 years ago when her newly married children moved to our city of Seattle. Sheina began her intermittent visits to our community and it wasn't long before she started taking an interest in, and contributing to, our social and communal needs. Sheina assisted various families in Seattle with facilitating their children's needs, hosting and caring for students traveling to New York City, providing job opportunities to, and generally looking out for their social and physical wellbeing. Countless families from our community have benefited from Sheina's acquaintance.

Not a single visit of theirs to Seattle ever passed without the Levins contributing to our community, the lives of countless families and individuals have been greatly enhanced by them. I would like to personally attest to Sheina's character and moral code. Throughout the countless hours spent with her over the past 13 years I have never, ever heard or been intimate to, any behavior or language that may be construed as improper, immoral or otherwise illegal. Sheina always projected the highest of moral standards. Sheina is remembered in our community as a warm, caring, generous and upstanding proud successful business woman who has shown the world that you can master being a wife, mother, business woman, communal volunteer and contributor, and to pull it off with grace and dignity.

Your honor, on behalf of my community, wife and myself I would like to request compassion and leniency for Mrs. Sheina Levin, her absence to the community will be a great loss for many, many individuals and families, and will create a communal void that would be difficult to fill.

Thank you for your consideration, please extend all possible courtesies to her.

Respectfully,

Joseph and Frumi Marasow
Seattle WA

8/28/2023

Dear Honorable Judge,

My name is Akiva Metal.

I am 41 years old. I am one of many siblings and a loving uncle to a large group of nieces and nephews. I grew up in Crown Heights and then moved to Pamona in Rockland County.

I am the Vice President of Dira Realty, which works with non for profits through Sheina Levin. Some of the organizations we work with are NY Foundling, SUS, ICL, CBHS, the covenant house, JBFS, housing + solutions and many more.

We are property owners of quality apartments located in Brooklyn NY. Approximately 28 years ago, Sheina Levin introduced us to renting apartments to non-profit organizations, who house people with various disabilities. This population can be a difficult one as many apartments get severely damaged during tenancy. Sheina so strongly advocates for helping this population that does not have their own support system in place. Thanks to Sheina's advocacy, we continue to rent apartments to the underserved population and are grateful that we can be of such service.

When Sheina heard about my commute from Pamona to Crown Heights, which becomes very difficult when I have morning meetings, she took action. She gave me the code to the lock box, essentially handing me the key to her home. She told me that I am welcome to stay the night any time. I was bowled over by this invitation. I have stayed there on a number of occasions and I am so appreciative that I have a place to stay when I need one. The invitation also includes dinner and keeping me much needed company after a hard day's work. We would laugh and I felt so at ease and comfortable. I can't thank them enough.

It breaks my heart to think of what Sheina is going through. She isn't the same person she used to be. Her home is still as open as ever because Sheina's very essence is giving to others. For someone who has been nothing but a blessing in my life and in the lives of so many others I ask for compassion and mercy to be shown to Sheina.

With much respect,

Akiva Metal

Akiva Metal

B"H

May 5, 2023

The Honorable Judge Stein,

My name is Chana Minkowitz. I understand that you are now weighing the case of Sheina Levin, who is my cousin and my friend. We don't choose our family, so perhaps my relationship to her doesn't say much, but we do choose our friends, and Sheina is a woman I consider truly worthy of friendship.

Despite personal hardship and struggles related to fertility – which is particularly central in our religious community – Sheina did not surrender to despair and bitterness. She responded to her personal challenges as she reacts to all challenges in her life – by rolling up her sleeves, determined to see things through with and hard work and good cheer.

She is a thoughtful, compassionate, and generous person, opening her heart, her wallet, and if necessary, her home, to help those around her who are in need. One of my warmest memories of her goes back many years, to a time shortly after my marriage. It just so happened that my family was leaving town for the Pesach holiday. Relatively newlywed and with a small baby, the task of preparing the holiday myself was just too daunting and overwhelming.

At the time, Sheina lived in a small apartment and had her own challenges to contend with, but she opened her home and hosted us for the holiday meals. It might seem minor and random in the grand scheme of things, and I had occasion to see her sterling character demonstrated many times before and since, but this episode, so characteristic of her warmth and consideration, has a special place in my heart.

Life moves on, and we haven't spent much time together in recent years, but when we both make it to the grand Shul (synagogue) for the High Holidays, I always take a few moments to observe Sheina. Our families sit right near each other – her and her mother, me and my mother. I always find the quiet warmth and sincerity of her prayers, which attest to a deep and humble connection to G-d, to be inspiring.

We all make mistakes in life and sometimes act in ways that are not in accordance with our true nature and our values. We hope and pray that when we are judged the broad sweep of our character are considered and that we are not judged solely by those lapses or actions we so deeply regret.

I hope and pray that you can see the mistakes for what they are and show Sheina the mercy and compassion she needs to make things right and continue contributing so much to the lives of those around her, to her community and to her family.

As it happens, I'm writing this letter on a very propitious date on the Jewish calendar. We're all familiar with Passover, but not as many know about the holiday called the Second Passover - which occurs this year today, the 5th of May. It was created at the request of people who were impure on the Passover holiday and were therefore barred from participating. They turned to Moses and asked for another chance, and G-d endorsed their request, creating "the holiday of second chances."

Those who benefited from it – then and in subsequent generations – had been impure or distant from the proper place, sometimes due to circumstances and sometimes even intentionally, due to a lapse in judgement. G-d saw their contrition and honored their request, showing them mercy and giving them another chance. I humbly request, in Sheina's case, that you do the same.

Respectfully,

Chana Minkowitz

09 / 05 / 2023

5/1/2023

To the Honorable Judge Stein,

My name is Rivka Minkowitz. I live in Elon, North Carolina with my husband and four children thank G-d. We run a community center for students at Elon University. I went to high school in Brooklyn NY and Chali, Sheina's daughter was in my class and a good friend.

I am writing to you today as a personal request that you have compassion towards Sheina. From the first day of school and the first time I met them, their home was always open for me whenever I needed or wanted especially as being someone from out of town. Their home was always full of friends and cousins enjoying a warm environment with delicious food and if needed, a bed too – taking in people for a few weeks, or months at a time until they found a permanent place.

I remember being stuck in New York over our winter break as all the flights were cancelled to my hometown, Vermont due to major storms. Sheina invited me to stay over in their home, arranging day trips and making sure I was comfortable down to the last detail.

Sheina was a true example of how to host and taking that extra step to make sure everyone has what they need and feel taken care of. Everyone was always welcome and had a seat by her table. Even 15 years later, when I come into New York I know I am welcome and have a second home at Sheina's house.

I have known Sheina for many years, I am writing this letter to request that Sheina be treated compassionately, the same what she would and does treat others.

Respectfully,
Rivka Minkowitz

R. Minkt

09 / 06 / 2023

Doc ID: 1ef2879baddf38dec27fed6c8c27adf65bab0957



*The Rohr*
JEWISH LEARNING INSTITUTE

Rabbi Moshe Kotlarsky
*Chairman*

George Rohr
*Principal Benefactor*

Rabbi Efraim Mintz
*Executive Director*

ADVISORY BOARD OF GOVERNORS

George Rohr
*New York, NY*
*Chairman*

Yaakov and Karen Cohen
*Potomac, MD*

Yitzchok and Julie Gniwisch
*Montreal, QC*

Barbara Hines
*Aspen, CO*

David Mintz
*Tenafly, NJ*

Dr. Stephen F. Serbin
*Columbia, SC*

Leonard A. Wien, Jr.
*Miami Beach, FL*

EXECUTIVE COMMITTEE

Rabbi Chaim Block
*S. Antonio, TX*

Rabbi Hesh Epstein
*Columbia, SC*

Rabbi Ronnie Fine
*Montreal, QC*

Rabbi Yosef Gansburg
*Toronto, ON*

Rabbi Shmuel Kaplan
*Potomac, MD*

Rabbi Yisrael Rice
*S. Rafael, CA*

Rabbi Avrohom Sternberg
*New London, CT*

PROGRAMS

JLI Flagship

JLI Teens

Rosh Chodesh Society

Sinai Scholars Society

Torah Studies

Machon Shmuel
The Sami Rohr Research Institute

National Jewish Retreat

The Land & The Spirit Israel Experience

TorahCafe.com

The Wellness Institute

Rabbi Efraim Mintz
The Rohr Jewish Learning Institute
832 Eastern Parkway, Brooklyn, New York, 11213
director@myjli.com

May 24, 2023

Re: Character Reference for Mrs. Sheina Levin

To The Honorable Judge Stein,

I am writing to provide a character reference for Mrs. Sheina Levin, a remarkable and kind-hearted individual who has consistently demonstrated compassion, generosity, and support for others over the many years that I have known her.

Mrs. Levin is not only a loving daughter and mother but also a pillar of strength and counsel for those in need. She has a longstanding record of assisting the less fortunate, selflessly giving of her time to mentor youngsters seeking direction and providing emotional support to those struggling. Through her open home and open-heartedness, Mrs. Levin has served as a source of guidance and inspiration in our community.

Additionally, Mrs. Levin has been a wellspring of immense support to her elderly parents and her own children. She has provided them with much care and emotional support, ensuring their well-being and happiness. Her dedication to her family is exemplary, and it is evident that she is a source of much strength and stability for them.

In light of the aforementioned attributes, I kindly request that any courtesy and consideration be extended to Mrs. Sheina Levin. She is an exceptional individual who has positively impacted numerous lives and has continuously displayed an unwavering commitment to helping others.

If you require further information or wish to discuss this matter, please feel free to contact me.

Sincerely,

Rabbi Efraim Mintz
*Executive Director*
**The Rohr Jewish Learning Institute**

7/18/2023

To The Honorable Judge Stein,

My name is Esti Mochkin. I am a 42-year-old happily married mom of 7 children. I run a small private boys school, teaching general studies to boys ages 8-13. Sheina Levin is a cousin of mine and a dear friend. She is married to my cousin Mendel. I don't remember life before Sheina was part of our family! Even though she isn't a blood relative, you'd literally never know if! Our grandparents became her grandparents, even though she had her own! She celebrated the birth of every cousin and life milestone, as if it were the first.

Sheina is a particularly warm, genuine, generous, and loving person. She treats everyone with the utmost respect and would literally give her shirt off her back for someone in need. She is a proud mother and wife to a warm and loving husband and family. Without needing credit or recognition, she helps people in need. When our cousin was diagnosed with a terrible illness, Sheina was one of the few who was always ready to help out with whatever was needed.

I recall when I got married 20 years ago and moved to the neighborhood, I met Sheina with her youngest child Zvi in the supermarket on a Friday afternoon. She immediately asked me if my husband and I had a place to eat Shabbat dinner and gave an open invitation to come whenever we want. I also recall a time we were collecting money from our group of cousins for one of our cousins in need. We were collecting a specific amount and Sheina was worried that the total wouldn't suffice for what was desperately needed at that time. She privately told me she will give more and that is what she did.

I am also in awe of how she raised her family. One of her children was a more challenging one and there were times that in our community it might have been "shameful" to be seen with this child who didn't conform to our accepted way of life. But not to Sheina! She lovingly walked the streets with her daughter, supporting her with an open heart and mind. What a lesson it was to all of us!

I wish the court would view Sheina as the wonderful human being that she is. I humbly ask of you to have compassion and recognize that Sheina is a wonderful person who is loved and cherished by her family and community.

Respectfully,

Esti Mochkin

09 / 06 / 2023

August 27, 2023

To the Honorable Judge Stein,

My name is Howard Muehlgay, I am 56 years old, father of 6 and grandfather of 2. I am currently working as a manager at SDT Management Corp.

The old adage time flies by, is so true. It is hard to believe that it has been over 30 years since I had the fortune to be introduced to Mendel Levin. Upon meeting him, he asked me what I did for a living. When I informed him that I managed residential apartment buildings for a large company in Brooklyn, he could not believe it. He told me how his wife, Sheina, brokered apartments to clients with a program at the time called DAS (for persons with Aids). We slowly started to work together. When I saw how things were working out nicely for my boss, I started to ramp things up a bit. Sheina went ahead and introduced me to the world of nonprofit organizations. She explained that these Nonprofit organizations were funded by the city or state to provide housing and other services for people suffering with various Mental or physical illnesses. She wanted me to get involved in helping people stabilize their lives with quality housing. I remember her staying on top of the end product I was providing so that the apartments were respectable. Among my Nonprofit tenants were – ICL, SUS, BCHS, BJFS, WIN etc. Over the last 30 plus years, I have introduced quite a number of my manager friends to Sheina. They would always thank me. Everyone loved working with her.

That's Sheina the businesswoman. Over the course of time, I got to see what she really and truly cared about - her children and then of course her grandchildren. There was nothing that she would not do for them. I remember one time where I had needed her help with something, she said that it would have to wait - she needed to take care of one of the children.

It was only a matter of time until our business relationship turned into one of friendship. Sheina and Mendel attended my wedding and I in turn attended their celebrations. During the Jewish holiday of Sukkot, they would to invite me to join for a joyous and festive meal that took place during the work day (Hoshana Raba). I noticed how many guests they had in their home. That is the type of person that Sheina is.

I feel privileged and honored to having known Sheina Levin all of these years. I hope that your Honor will be compassionate in judgement. It is a privilege for the community, her family and the workforce to have had Sheina involved in our lives in a most reliable, kind and generous manner. We simply don't have the capacity to lose her. So many lives will unravel. The ripple effect goes very far and I shudder to think of that outcome. Instead, I ask that you kindly consider the most lenient response to this case and grant Sheina the freedom which allows her to continue giving to all of us.

Sincerely,

Howard Muehlgay

9\6\23

4/25/2023

To The Honorable Judge Stein,

My name is Chana Naparstek, and I currently live in Dallas, Texas with my husband and children. I am 38 years old, and I have known Sheina my entire life. I consider her and her children my best friends.

I grew up as a Chabad Chassidic Jew, away from the Chabad headquarters of Crown Heights in Brooklyn. Because my family lived in Texas, there were limited religious Jewish schooling options for me. As a young 13-year-old, I moved to Crown Heights to continue my studies in a school with a stronger focus on Judaics. This was obviously extremely difficult for me. It is very common for children of out of town Chabad families as young as 9 years old to be sent from an international point to study in Crown Heights schools and yeshivas. Many of us, were the beneficiaries of Sheina's famous hospitality. Sheina Levin, and her entire family opened the doors of their home to me throughout my high school career and beyond.

In their home, there was always a warm meal, a bed (or floor space), hugs, conversation, the lending of the family car, and quite literally most of her belongings were there for the borrowing. On the evenings that the Levin's went out for dinner, or ordered takeout, everyone in the house gave their order including those of us who weren't part of the immediate family.

My experience from the Levin's was far from unique. Having spent years as a beneficiary of her kindness, I crossed paths with countless others in her home at the same time. People sought refuge at Sheina's home for various reasons. Some of us were there as young boarding children missing our families - the Levin's were our surrogate family. There were those who were struggling emotionally, individuals who were struggling financially, or perhaps individuals simply struggling to find their place in an insular Chassidic community. I witnessed every individual who walked through her

doors, being received with compassion, kindness, and zero judgement. Most stunningly were those who were down and out on their luck, and were given actual employment in Sheina's family business.

Sheina's home isn't a formal crisis/hospitality/counseling center but it quite literally symbolizes that to dozens of people daily, and has been for years.

I recently went back to their home to visit, and I will conclude this letter by describing the scene. Upon entering Sheina's modest in size brownstone home, I had to summit an actual pile of suitcases from around 8 sleeping guests. Once I made it past the mountain of suitcases, I saw people sitting in the kitchen freely opening the fridge and pantry, and guests downstairs watching TV. I took my place in the living room and her great niece comes down the stairs and remarks, "Hey Sheina, I'm taking your car." To which Sheina responded, "no problem, just drop me off at the office first." Even in the midst of an extremely challenging time, this is what her life looks like.

Sheina is one of the most extraordinarily giving, humble, fun-loving individuals I know. She is dedicated to her family, will always show up for her community, and approaches each day as a chance to make the world a better place.
Please seriously consider the above information regarding Sheina's case and deal mercifully with her. I plead for her freedom on behalf of Sheina, her family and all of us who so rely on her. Knowing Sheina she will grow and better herself and her community when given the chance.

Respectfully,

Chana Naparstek
09 / 05 / 2023

August 28, 2023

Dear Honorable Judge Stein,

My name is Yehudit Neparstak. I live in Safed, Israel with my husband and 5 sons, whom I bless G-d for every day. I am also a family and children's therapist specializing in working with children and adults who were sexually molested.

Sheina Levin is my aunt, but most of all she is a personality that inspires me. Her love radiates everywhere, and the care she has for other people, no matter who is standing in front of her, is endless.

My husband and I were blessed with children only after eight long heartbreaking years. Sheina was always there for us during those difficult years. We would come for Rosh Hashana through the end of the Jewish month of Tishrei to be in Crown Heights and be surrounded with its spirituality. We always stayed with Sheina and her husband, my uncle Mendel. They made their home ours, even though we were by no means the only overnight guests. In some years, there were even mattresses on the floor to accommodate everyone.  Still, Sheina made us feel like we were the only guests there.

Sheina is a person who has deep wisdom, humanity and kindness that is out of the ordinary. The respect she gives to every person is a moving example of her character. I am studying now for my PhD in Psychology thanks in great part to Sheina's example in how she interacts with people, and how she constantly encouraged me to excel. She has stressed to me how important it is for there to be more Orthodox Jewish mental health professionals to help the next generation.

I am very lucky to have such an aunt. She taught me the ability to be a warm and loving family woman and on the other hand, and a successful career professional on the other who knows how to set and balance priorities in a smart and admirable way.

I hope that these words assist you with determining that Sheina is worthy of your utmost consideration. One other lesson she has taught me over the years is that no one is perfect, and that anyone who is sincere and devout and shows dedication to improving themselves is deserving of second chances. I see how much this case has humbled and shamed her, and how committed she is to doing better. No one is more deserving than Sheina of the chance to prove that.

Thank you for considering this.

Sincerely,

Yehudit Neparstak
09 / 07 / 2023

5/1/2023

To The Honorable Judge Stein,

My name is Ahuva New and I am a first cousin to Shaina Levin. My husband and I, thank G-d, have 10 children, half of whom are married, and 4 grandchildren. We live in Boca Raton, Florida where my husband and I direct a Jewish Educational Outreach Synagogue (Chabad). After teaching children for many years, I got my real estate license and for the last 7 years, have been assisting many people to find their new homes while helping my husband support our family. I continue to teach Jewish studies to women in our community.

I have known Shaina since she married my first cousin many years ago, when I was a young girl and visiting her home with my mother, she kindly showed interest in me, probably 8 years her Jr, and brought me to her bedroom to see her wedding gown.

Years later, when I was a single young woman living in Brooklyn, she and her husband would invite me over for Shabbat dinner on Friday nights, knowing that it was lonely to be far from my own immediate family living back in Los Angeles.

I married and moved away but I always saw her at large family weddings and she was always approachable and kind, taking interest in me her younger cousin even though there were so many people to speak to.

Over the years I saw that her children were not always easy but she was a very encouraging strong good mother and she gave her children unconditional love. She was a great role model for me with the challenges I had bringing up my own kids: accepting them for who they were, without judgement, and full of generosity, empathy and compassion.
I know this case has taken a tremendous toll on her children, some of whom are single and in great need of her constant emotional and mental support.

When my son got divorced, Shaina worked hard to introduce him to another young woman whom she was looking out for. The two dated and did not marry, but Shaina was so diplomatic and kind in our interactions.

I have a lot of respect for Shaina. She is a very unique person who like many, has faced large relationship challenges with those who are close to her. She doesn't complain or shirk her responsibility. She speaks with optimism and faith; she talks openly about her efforts to grow as a person and in her faith in G-d, and she isn't just speaking; one can

Doc ID: d566ddcacfba755e18598157756164f0d1f81a1c

see the results. Shaina 'walks the talk'. Shaina has been an inspiration to me personally as well as to others, in how to treat everyone around her, even the 'little' people (if there is such a thing), with kindness, and how to continuously work on oneself.

I hope and pray that the compassion she shows to those around her, will be reflected in the way the court system will treat her.

Wishing you well and

Respectfully,
Ahuva J New

09 / 05 / 2023

August 28, 2023

Honorable Judge Stein,

My name is Dvora New. I live in the Crown Heights section of Brooklyn, where I also have a Neuromovement practice working with infants and children who have developmental delays. I am mother to 8 children, most of whom are already adults with their own children.

I have known Sheina Levin for most of my life. Our parents are all Russian and Ukranian immigrants and we were raised in the same neighborhood, side by side. We summered together, and although I am one school grade older than her, our lives have been closely linked. As a young woman she married my first cousin, Mendel, which furthered the connection.

Sheina has always been warm, energetic, and brave. She is not a child that was born with a silver spoon in her mouth. From early on, made it her business to take charge of her life. In creating her own path, she has done quite well and founded a prosperous business that is based on hard work. However, this ability to take care is never isolated to just her own needs, but rather is extended to her environs. Because of the compassionate attention towards her elderly parents, aunts and uncles, extended family locally and overseas, and members of the community, she has earned a reputation as someone who can be relied upon in a pinch, and who will come through fully. She has personally provided employment opportunities to underprivileged young adults and set them on a path to success. She will go out of her way to give a helping hand without thinking twice.

Most importantly, for the last 20-30 years I have firsthand witnessed a person looking to grow and improve. She is a seeker for a deeper and meaningful life. Sheina has the humility to accept rebuke and looks to make a positive permanent change in her life and for the people around her.

Your honor, I humbly ask that you please show compassion to Sheina, someone with the courage for self-contemplation, who will continue to be an asset to the community at large.

With respect and regard to the laws of our great country,

Dvora New

09 / 05 / 2023