**EXHIBIT D**

8/4/2023

Dear Honorable Judge,

I write this letter on behalf of Sheina Levin who is a client of our firm for over two years.

I own the current accounting firm - Isaac Oberlander and Co., CPA - assisting the ABBA Companies with tax work as well as financial statement work. I have known them through the years through their prior accountant, Martin Edry, who is a close friend of mine.

Before accepting any clients, our firm has a due diligence procedure, which seeks to find the nature of the client with respect to their integrity and their ethical standards, using the same yardstick for its proprietors as well.

In our dealings with her, Sheina has always been very truthful, forthcoming and very helpful to both myself and my office staff. On occasions, when we visited her office we were astounded at the patience and care she displayed with her potential tenants, many who were either struggling financially, or were disadvantaged/handicapped. This was all done with a smile while still finding the time to tend to the queries we presented her. She treated everyone with courtesy - a remarkable trait in this day and age. It is therefore no wonder that a warm friendship developed. I was to find out later that we were not the only professionals who became her friends.

She is an extremely fine, respectable, trusting and a remarkable person. In fact, I feel that she is trusting to a fault, and always looks to help others, and people often take advantage of her. Many will come to seek her free advice on location rentals, and various other questions non-related to her rental business, she remains gracious and unruffled and the fact that it consumes much of her time is ignored. Yet she will never complain or feel used. It is very painful for us, who know her well to see what has happened to a fine upstanding respectful woman with an impeccable reputation who would never knowingly harm another human being.

I once visited her home during a fundraiser for RCCS and found it quite amazing to see someone who is so involved with their business take the time to assist in charitable organizations. And I know I only witnessed a fraction of what Sheina does, such as attending to soup kitchens, feeding the indigent as well as helping people with finding appropriate jobs. She then comes home and is a devoted wife and mother to her children as if she had nothing else on her mind. She gives quality time to each child. She assists them daily with whatever they need going on in their lives. Whether in school, in business, as a 12-step mentor, or giving her daughter advice with her 5 little children.

In today's society the benefits of such a caring mother cannot be overstressed. Children from such a home will grow up to be productive and worthy members of society.

Because of the above, we did not waver in remaining as her accountants, or in our trust of her. We respectfully ask that she be given the greatest leniency possible. She is a moral woman.

In sum, I feel compelled to articulate to the Court, that I believe this case has taken a great toll on Sheina. Yes, she still smiles, but I feel it is a façade, hiding much pain and embarrassment. She does not have the same spring in her step. In all her efforts for others, and there are many, Sheina never looks for thanks, let alone any reward. She is a truly a good and remarkable woman and an asset to our society. Kindly extend mercy and understanding to her.

As she talks to me often, she shared with me that she has taken this time to give back to others and has gotten involved in an organization called UOC to give food to the hungry and a shoulder to cry on. She has also gotten involved in HousingPlus Solutions, assisting the shelter occupants in navigating the rental market with their vouchers.

I hope that this letter helps you make an informed decision on how to show Sheina all leniency possible. Thank you.

Respectfully,

Isaac Oberlander CPA

8/22/2023

Honorable Judge Stein,

My name is Rachel Ohayon. I am an educator and curriculum creator for Beth Tzipora, a Jewish school. I am a volunteer for the Friendship circle, which is a program that pairs volunteers with children who experience special needs and their families. I am currently furthering my education while in University of New Brunswick. My focus is on behavioural psychology and education.

I was fortunate to meet Sheina and her family through her daughter Chali, following our trip together to Northern Africa in the summer of 2016. During our trip, I easily connected with Chali and found deep friendship. Her respect for cultures different than her own and how she was raised was an eye opener. She showed strong love for her fellows either during one-on-one conversations or in larger groups. Upon our return, we were greeted and invited in, by Mrs. Sheina Levin, with such warmth and grace. I then, in that moment understood where Chali had gotten such strong traits. She was RAISED with them from infancy. Sheina welcomed me with open arms. I then joined their family for Shabbat and holidays, as if I belonged in their home. As a single woman, living alone, the Levin home became a harbour for me and many others.

During particularly challenging times while dating, I would sit at the kitchen table with Sheina to vent and get some advice about the relationship or my next move. She listened patiently, considered her responses and guided me, like a mother. She was focused on doing the right thing and showing grace and kindness. I felt she was focused on me and paying attention. She never made me feel like I was burdening her. Her guidance helped me deal with the relationship in question in a respectful, honest and fair way.

Her home was transformed every Thursday night into a spot for learning Torah, gathering over 20 woman and growth. It allowed us to create a community of acceptance for people with differences. The tables were laden with food as our voices would raise in song.

Sheina and her daughters Chali and Emmet created campaigns in their home for RCCS (Rofeh Cholim Cancer Society) which is a critical organization on the forefront of helping families battling cancer. They raised funds to help families in the community and are always volunteering to help them. This fund-raiser led by her daughters brought in valuable funds for the Crown Heights chapter. I was asked to volunteer alongside them and got to sit with them as they brought important help to the organization and their families. Sheina opened her home lovingly and never asks for anything in return. She is selfless and giving, not just with her home as shown here but with her time and energy as well.

I was raised in a loving home. However, with no family around, it was important to be well surrounded.

In September of 2019 my world would change as I know it. My father, who loved the Levins and respected them so much was rushed to the hospital.

Sheina and Mendel provided so much support during this critical time. They called to see how I was doing. Sheina organized a group of ladies to bake Challah and recite prayers for my father's recovery. We used her home to make challah weekly. We cried together and begged G-D for a miracle. She and her family surrounded me with love and support. When I was afraid of sleeping alone, they invited me into their home so I wasn't by myself.

On November 16th, the unimaginable happened and we lost my father to covid. The Levins were constants in my life, always asking if my family or I needed anything. The check-ins and calls were balms in a storm.

I continued to learn with her daughter Chali, to increase my trust in G-D and work on healing one step at a time. Their daughter is a testament to the lessons and values she was raised with.

I write this letter in support of Sheina Levin and kindly ask for mercy and compassion on her behalf.

Respectfully,

Rachel R Ohayon

Rachel Ohayon

09 / 07 / 2023

Doc ID: 24555efeae58b8271a205ff2aa5aa1d20a0bda21d

4/26/2023

Dear Honorable Judge Stein,

My name is Devorah Leah Phillips. I am wife and mother.
Sheina Fraida is my sister in laws mother.
I've visited my sister-in-law when Shaina Fraida is over and I would often ask for guidance. Shaina Fraida is generous and kind with her words. She would complement me and it was always kind and genuine.

When Sheina Fraida saw that I was struggling with something in my family she offered kind counseling with honesty and compassion. She was humble and gave advice when I requested. I have struggled in the past with an issue and Shaina Fraida offered life lasting advice with a good sense of humility and active listening. We were able to laugh together and make light of an issue that shortly disappeared (after years of it being up front and center in my life) once I addressed it to her and felt heard.

I could tell by speaking to her she has counseled many by the kindness and sensitivity she displayed while listening.
Her advice was golden and specific to the person.
I know she has helped members of Al anon and I can see how she can help someone make huge turnabouts in life because her advice is kind and helpful and extremely pragmatic.

I've seen her honor her children when they live and choose different lifestyles than her or her family. She loves them unconditionally and her children know it. She's an inspiration as a woman and as a mother I hope to emulate her.

My favorite thing about Shaina Fraida is her humility and ability to work on herself. Shaina Fraida is growth oriented and it's obvious to anyone who meets her.

We need Shaina Fraida for her guidance and mentorship for the many people that need help especially in this difficult and chaotic time in the world. She has affected so much positive change in this world, more than most people I know. I therefore beg you, Honorable Judge, to please judge this case with kindness.

Thank you for your time

Respectfully,

Devorah Leah Phillips

09 / 06 / 2023



Joseph Popack

Lawrence, NY

August 10, 2023

Hon. Sidney H. Stein
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Stein:

I hope this letter finds you well. I am writing to provide a character reference on behalf of Sheina LeiVin, whom I have had the privilege of knowing for over 25 years and working closely with in numerous charitable endeavors. I understand that Mrs. Levin is facing sentencing currently before this esteemed court.

By way of introduction, I am a longstanding member of the Board of Trustees of New York Medical Oollege. I am also Chairman of the Board of Tzivos Hashem, the parent company of the Jewish Children's Museum of Brooklyn. I am also involved in and serve on the board of numerous other orgapizations, including the National Committee for the Furtherance of Jewish Education, and Chaba:d on Campus, which provides services for Jewish youths and has nearly 300 branches worldwide. My wife, Paris Popack, is the Deputy Mayor of the Town of Lawrence, New York and the past President of the Lawrence Civic Association.

I want to highlight Mrs. Levin's extraordinary commitment to philanthropy and community service. Throughout the years, Sheina has spearheaded numerous charitable endeavors and has made significant contributions to various causes. She has demonstrated unwavering dedication to making a positive impact on the lives of those less fortunate, underserved, and marginalized.

Sheina's charitable efforts have not been merely financial, but she has also devoted considerable time and personal involvement in coordinating events, fundraising campaigns, and volunteering for local organizations. The impact of her selfless actions can be seen throughout the countless lives she has touched and the positive changes she has brought to many individuals and families in need.

Sheina Levin and I are engaged in extensive philanthropic activities in New York and Israel. With her guidance, dedication, and perseverance, we have built schools, daycare centers in Lod and Kfar Chabad, Israel, soup kitchens, food banks, and the largest nonprofit supermarket in Israel, located in Tzvat, saving millions of dollars for the community in one of the poorest cities

Honorable Saul Stein                                                                                     Page 2
August 10, 2023

in Israel. We have also partnered in restoring desecrated Jewish cemeteries throughout Europe, including the destroyed Lyubavichi cemetery in Russia.

On a more local level, among the many other charitable projects that Sheina has spearheaded, she oversaw the distribution of 600 meals each and every month to needy individuals and families in the Crown Heights area through the organization Ahavas Chesed. She is also engaged in distributing food to thousands of needy people throughout the Jewish holidays. Sheina has also dedicated her time and resources to the improvement of many schools in the Crown Heights community and, together, we built a gym in the building of Ohleh Torah at 667 Eastern Parkway to provide a public place for the community to swim, play basketball and other sports free of charge.

Mrs. Levin's partlclpation in these charitable endeavors has not been passive. She pinpointed and guided each project and tirelessly ensured that it was implemented in accordance with all applicable laws and regulations and properly brought to completion.

I firmly believe that Mrs. Levin's involvement in these charitable activities is a testament to her true character. She has shown remorse and taken full responsibility for her actions, which demonstrates that she is committed to personal growth and redemption. Incarcerating Mrs. Levin would not only deprive our community of a compassionate and dedicated individual but also limit her capacity to continue making a meaningful difference in the lives of others. Without Sheina, the kind and giving person who supports so many and asks for nothing in return, hundreds of families would be left with a void that cannot be filled. I kindly request compassion.

I uμderstand thatthe law must be upheld, and justice must be served, but I earnestly request Your Honor to consider Mrs. Levin's exemplary ongoing contributions to society while determin g the appropriate sentence in this case. I believe that she has the potential to rehabilitate and continue making valuable contributions to society.

As Mrs. Levin's involvement in charities has positively impacted so many lives, I trust that Your Honor will take this into consideration during the sentencing process. I have no doubt that Mrs. Leviq deeply regrets her actions and is committed to making amends.

Thank you for considering my perspective. I have faith in the fairness of our judicial system and believ that Your Honor will weigh in all aspects of Mrs. Levin's character and contributions to our society before making a decision.

If there is any further information I can provide or if I may be of any assistance, please do not hesitaty to contact me.

Respectfully,

Joseph Popack

4/26/2023

To the Honorable Judge Stein,

My name is Chana Pruss and I live and grew up in Brooklyn. I have 3 children and I am a homemaker.

I want to request that Sheina be judged through a compassionate lens as she's been a constant compassionate presence in my life since I was born. Sheina has always treated me with love and respect as if I was her own flesh and blood. She is the most loyal person I know and has always had a completely open home for me and my siblings.

When I wanted to spend time with my family and my parents didn't have enough room in their house, Sheina literally gave me the keys to her nearby cottage even though she was not home at the time so that I can spend the weekend with my family. She did this in an unassuming matter and made me feel like it wasn't a big deal at all even though it's in fact a very selfless thing to do. Such actions have been repeated throughout my childhood and continue now as I raise my family.

Sheina is a truly kind and selfless person and I am begging Your Honor to display compassion and forgiveness in this difficult time.

Respectfully,

Chana Pruss

B"H

4/30/2023

To the Honorable Judge Stein,

My name is Chaya Pruss and I am a mother of fourteen children, Thank G-d, with three sets of twins. I live with my husband here in the Crown Heights section of Brooklyn. I know Sheina since Pre1-A when we were six years old. We have been very close friends since then, until today. I am very fortunate to have her as part of my life.

I would like to explain by highlighting some of her qualities.

I find her to be very sincere and G-d fearing. The way she prays in times of sorrow, like when she unfortunately lost her first child, and in times of happiness, like when she finally succeeded in getting a shidduch (spouse) for her daughter after many years of dating.

She is always eager to attend a class of a rabbi or a teacher, and with her bright mind and warm heart, to take in the lessons of self-improvement and hope.

She has a warm and open heart and an open home for the many guests who enjoy her good cooking and the welcoming and non-judgmental atmosphere they feel in her presence. The people she welcomes could be anybody with a broken heart.

I remember a specific individual named Adam and his late father ob"m, both with serious health conditions, alone in the world with their mother/wife passing away. Sheina took them into her own home, gave them employment, and they built their life back. Adam continues to do well in life, may Hashem (G-d) give him a good long life.

When our daughter got divorced, she was going through a very difficult time, and she needed a wise listening ear and an accepting non-judgmental heart, it was Sheina who she spent hours talking to.

She also has a daughter who suffers terribly from ███████████. Sheina puts in her heart and soul, and spares no effort to try to find every avenue to make her daughter's life better. She researches and seeks the help of both medical and alternative doctors. She spends hours cooking special meals for her. Her daughter still struggles till this very day. May Hashem give her a complete recovery. She has a teenage son whom she is very involved in raising. She is also a pillar of support to her husband, who has a heart condition and diabetes.
Her family needs her desperately to continue caring for them. Her adopted family, which numbers in the hundreds at this point, all need her to continue her open door/open heart policy.

I humbly beg for Rachmanus/compassion for my friend Sheina. Her very essence is completely pure and good. She is human and has made a grave and serious misjudgment. I see that she has already learned her lesson. She is a changed person and she will only continue to grow. Please allow Sheina to remain with us.

Respectfully,

Chaya Pruss

09 / 05 / 2023

Doc ID: 5445e3537e8684a890a227c57f257c71f7eaca25

5/8/2023

To the Honorable Judge Stein,

    My name is Hinda Pruss I am 38 years old and I live in Brooklyn, New York. For the past 15 years I have been the director for the "Big Sister" mentoring program in my community. I work with the local school and match pre-teen age girls with mentors that are post high school. The goal of the program is to connect younger girls with a supportive and caring role model and give them a healthy space where they are able to feel safe in a supportive non-judgmental and healthy relationship. I feel very strongly and am passionate about helping our youth especially in the culture today where our youth are bring pulled in so many different directions.

    Sheina is a very dear and close family friend. Sheina is like family; I don't remember a time ever not knowing her. I grew up in her home and she was always a frequent visitor in our home. I got divorced 12 years ago and was a very difficult and painful chapter in my life. I will never forget the kindness, compassion and care Sheina showed me. She opened up her home for me in the summer and let me stay there as long as I wanted, which really helped me in my healing process. I would have long conversations with her and she gave me the time and showed such warmth and empathy and gave me the space to just be. I am forever grateful. She is always trying to help me in whichever way she can.

    Saturday morning, she often comes to our home for breakfast. The discussions we have are always so meaningful. I admire how she is honest with herself and how hard she works on herself with all the challenges she faces in her life.

    Sheina is a devoted wife, mother and extremely dedicated to her children. I love her deeply and wish her the best in life. Please have mercy and show her compassion the same way she has shown me and so many others. I am but one example of thousands of people whom Sheina has helped and supported on many levels.

Respectfully,

Hinda Pruss

09 / 05 / 2023

5/1/2023

To the honorable Judge Stein,

My name is Paia Pruss. Aside from the fact that Sheina and my mother are best friends, I am a very close friend to Sheina's daughter, Emett. We literally grew up in each other's homes.

Sheina has always been like an aunt to me, treating me like family. Her home was always open to me and to many other strangers. As a child, I would hang out in her house and play with Emmet for hours. Many a time I would wound up staying in her home for the night and was always welcomed graciously.

Emmet has ████████████ and I remember it randomly flaring up, sometimes during a sleepover at my parents' home, and she would have to go home. Sheina would always ensure that she had the best care, and was completely on top of all Emmet's appointments and medications. Due to the disease, Emmet always had to eat a specific diet and had to avoid plenty foods. Sheina would cook delicious food aligned with Emmet's diet to ensure her daughter would feel good. Recently, there was another flare up and it is often too hard for Emmet to leave her bed. I visited Emmet and she told me how she couldn't leave the house so her mother went to pick up a specific food she wanted.

Growing up with her daughter, it was no shock to see how loving and open she was with each of her children. She was always in tune with their personalities and catered the unique attention and warmth that each of her children needed. Many a time I remember Sheina taking me on her family trips, from enjoying a lovely boat ride with her family to hanging out with the family at Sheina's parents' home. I recall her driving me 3 hours from upstate NY back to my home in NYC.

Sheina was always highly educated and experienced and therefore there were always interesting conversations to be around.

I wanted to go upstate this past summer for a weekend with my husband and had nowhere to stay. She opened her home to us, without any fanfare, even though she wasn't home. Everything was clean, welcoming, and comfortable.

Please judge Sheina with compassion on account of the solid and stable woman she is.

Respectfully,

Paia Pruss



**Mendel Rabkin**

**Brooklyn, NY**

5/18/2023

Honorable Judge Stein,

My name is Mendel Rabkin. I started my real estate business in 1989 which brought me to meet and get to know Sheina. At some point in the mid 1990's, I started working with Sheina to assist me in renting out vacant residential units, primarily in middle to low-income neighborhoods. She explained the housing challenges for low-income individuals and convinced me to rent some of the units to non for profits which house such tenants and in turn, working on integrating them to society. Such tenants may have included homeless, veterans and mentally challenged. Sheina was always making sure the units were in great condition for them and always advocating for the tenant and ready to resolve any arising issues long after the unit was rented. Her attention and care to all of her clients was always at the forefront.

We live in the same community, and I also have the privilege of knowing her immediate and extended family. Her involvement with her family is admirable. I see how her never ending dedication to her family and extended family's care. Her strength and ability to give is unusual.

Sheina deeply regrets the mistakes she has made. She has since been living with the humility and embarrassment of her mistakes as she faces her family, friends and community. I know this as she has confronted me and many others in her professional world to inform us of her situation and how she deeply regrets her actions. Indeed, Sheina situation has already changed her and her family's life forever.

I genuinely believe that Sheina's productivity amongst her family and community is extremely desirable and beneficial. Any time away from her home would be detrimental to her family, including her elderly parents, husband, children and grandchildren. I humbly ask and beg your Honor to view and treat Sheina like a merciful parent would to their child when asking for forgiveness.

With much appreciation,

Mendel Rabkin

09 / 06 / 2023

4/26/2023

To the Honorable Judge Stein,

My name is Mushka Raskin. I am 31 years old. I have 3 small children and expecting a fourth,
Thank G-d. I work in children's store called 'Everything but the Baby.'
I grew up and currently live in Brooklyn, NY.

I have literally known Sheina Levin since birth. She and my mother have been friends since they
were 5 years old. I guess you could say we grew up in her home.

Her home was always my favorite place to "tag along" to with my mother. Not just for the
amazing treats that she let myself and my siblings devour, (and we devoured a lot!) but more
importantly for the love and kindness we always felt and still feel in her presence. It was an
address we always knew we'd be welcomed to with outstretched arms, even though I'm sure we
may have been much at times! We would sit (and still do as adults) nearby and eaves drop on
her well-informed, open-minded conversations and practical advice.

When I think of a "solid person" I think of Sheina Levin. She always was and still is such a great
source of generosity, stability, support and loyalty to those around her. Whenever we spend
time in her presence, my siblings and I are always talk about how we dream of having a friend
like Sheina. I really don't know anyone who has such a gift in their lives.

When my sister Hindy was going through a divorce, it was a very difficult time for all of us. There
was one thing that gave us solace. Sheina was there, supportive as ever. I was constantly
amazed how Sheina was always present with a warm hug, kind words and compassionate,
practical advice throughout the entire duration.
Her non-judgmental support she constantly gave, literally saved my sister and helped her get
through a very turbulent time and move on. We are very grateful.

I always knew as a child how lucky we were to be connected to Sheina but now as an adult I
recognize more and more what a treasure it is that we have her in our lives.

They say that words that come from the heart enter the heart, and these words are truly from
my heart. I humbly ask that Sheina's incredible humanity and kindness be considered very
seriously during this time. We need her desperately. Given her track record of kindness it is
certain that she will continue her life of giving to others, granted the opportunity to stay in our
community.

Thank you,
Mushka Raskin

$\mathcal{M}.\mathcal{R}$

09 / 06 / 2023

Doc ID: 622587c592ac7d7fb730660a16985bfbaf656d39

BS"D

8/9/2023

Honorable Judge Stein,

Greeting and Blessing.

My name is Sholom Raskin and am a family member of Sheina Levin. I am 46 years old, married and have children ranging in age from 1 to 20. I am employed locally at a retail establishment. I also volunteer my time for an organization that assists families with special children, Chasdei Soul II Soul.

As cousins, I grew up with Sheina. As my much older cousin, I looked up to her as a leader who babysat me and was a part of our life. I am writing this letter on Sheina's behalf because I know that she is worthy of my support. Sheina is a caring, compassionate, and generous person. She is a devoted mother, grandmother, wife, daughter, aunt, niece, cousin, and community member. I have witnessed how she cares for her elderly parents, for her children and grandchildren. She constantly takes care of her extended family and others in need. When her brother-in-law passed away, she helped the children go on.

I witnessed her generosity firsthand through my volunteer work as she supported the organization through monetary support.  My father ran a local produce business for many years and when things got tough, she always stayed loyal to help support the business. She would also stop by the store just to visit my father and brighten his day, taking the time to talk to him.

In August 2020, both Sheina and I contracted Covid-19 for a second time. At that point, no one believed that it was possible to contract Covid-19 twice. We felt alone and scared and bonded over that shared experience. Sheina would encourage me and send me tips on which vitamins to take. She kept checking in on me and I really felt cared for.

I see how heartbroken her parents and family are from what has happened, and I can't think of how they will manage. Sheina is essential to her family's physical and emotional well-being. Since Sheina is someone who always helps and teaches others, she will surely use this challenging experience to guide others in a better way. It is so painful to have to write such a letter and I ask from the bottom of my heart to please have mercy for Sheina and take into consideration the many facets of who she is.

I know that she and all of us, her family, will be very grateful for it.

Respectfully,

Sholom Raskin
09 / 06 / 2023

Doc ID: 4539e4060949a97b69618ff5b92a457399dd4511

9/4/2023

To the Honorable Judge Stein,

I'm Rebecca Ratblat, a married mother of two sons, one of whom is married with many grandchildren. My career journey began after graduating from Adelphi University where I initially worked as an elementary school teacher and later in special education serving intellectually challenged children and adults. I then transitioned to the sales industry, selling various products.

Driven by my passion for helping children with special needs. I founded a company dedicated to serving them while collaborating with the Board of Education. Today, I'm a certified private doula, supporting expectant mothers in our community and continuing work with children facing mental and emotional challenges. My diverse experiences have shaped my commitment to education and community service.

I am writing to wholeheartedly support Sheina Levin, someone I've known in our community for over three decades. Our connection however, goes beyond mere acquaintance. It's deeply emotional and profoundly impactful. Even if she may not fully realize it.

During the most challenging years of my life when I found myself at my lowest point, trying to navigate the responsibility of raising my two sons alone and without the support of family and friends, Sheina entered my life. In those trying times she provided me a vital lifeline. One day, she extended an invitation to join her family for a Sabbath meal. That evening, I experienced a sense of comfort and acceptance that I hadn't felt in years. Sheina has an extraordinary ability to make me feel welcome.

During our time together, I found her to be a compassionate soul, one who never passed judgement and allowed me to open up freely without fear. Her kindness and pleasant demeanor were constants in my life. Her warm heart and smile have been a source of comfort and encouragement for me, as well as for others, throughout the years.

Recently, to my surprise, I met Sheina at an Al-Anon meeting. I was seeking a place where I wouldn't know anyone, but as I entered, there she was, greeting me with a warm smile and a reassuring hug. She said, "Don't worry, you are safe; everything is going to be okay. We are all here for you" It was truly unbelievable that she was there. Throughout the meeting, I witnessed her unwavering dedication and intelligence as she spoke from the heart, providing support to everyone in attendance. I couldn't have made it through that Al-Anon without her presence. It was divine intervention, just as it did over 30 years ago when G-D sent her into my life to help me.

I can't express enough how one remarkable woman can uplift and inspire so many, just as she has done for me. On her behalf, I earnestly request compassion and mercy from the court for a woman who has shown me the same countless others.

Respectfully,

Rebecca Ratblat

April 29, 2023

To The Honorable Judge Stein,

My name is Chayki Reichman. I am a high school social worker and a full-time homecare liaison. I have known Sheina my whole life, my parents' bungalow is right next to hers and her youngest daughter has been one of my best friends since we were born.

My parents are both immigrants, so growing up we didn't have much family around. Every summer though, I would hang out with Sheina's daughter and if they ever had an event while I was with them, they would take me along, including me in the family. Sheina never made me feel like I was out of place or didn't belong because I wasn't a blood relative. Her daughter, Emmet, and I used to joke that I was an honorary cousin because I was around so often.

Sheina's daughter Emmet suffers from severe ░░░░░░░░░░░. Sheina is always looking for new treatments and the best care for her daughter. I've been around when Emmet has gone through severely painful episodes and Sheina has calmly held her and soothed her through them. Sheina is an amazing mother who would do anything for her children, and it has always been so clear how much she loved them.

The inclusion and warmth I felt from Sheina is beyond words. She will always be a second home for me, and I know the same is true for so many others. She is a caring and important member of our community. Keeping the above in mind, I hope the court will deal compassionately with this case. Please find it in your heart to see the positive and powerful impact Sheina has on the individuals who know her and on the community as a whole and respond in kind.

Respectfully,

Chayki Reichman

09 / 05 / 2023

April 25, 2023

To the Honorable Judge Stein,

My name is Dalia Reichman and I am a married mother of five children. I am the assistant administrator in Beth Rivka. Sheina and I have been friends for fifty years. Our children are close in age and two of them are best friends. Sheina is also my neighbor in our summer bungalow colony.

As someone who comes from another country, Sheina's friendship is very important to me. I do not have any relatives in New York and that can be very lonely and difficult at times. I can always count on Sheina's loyalty and friendship. I can always count on her listening ear. She has seen our struggles as my husband and I brought up our autistic son, Yuda. Always encouraging, her support was priceless.

I witnessed Sheina tackle her personal and family struggles. She tries to stay strong as she is their beacon of strength. Her daughter Sara-Emet suffers from ████████████████ Sheina continuously searches for the best medical and natural treatments. I watched as she held her daughter tightly when suffering a painful attack, calmly rocking her adult child with soothing words, as she tried to swallow the pain a mother feels and control her own tears.

I remember Sheina's difficult journey dealing with infertility. As she went through these difficult times and procedures, Sheina remained strong in her belief in G-d. She picked herself up again and again as she went through the difficult and heartbreaking process.

Sheina's home is an open one. Often guests would stay for months trying to figure out their next step in life, completely relying on Sheina to guide them and hold their hands through their turbulent times.

Sheina is like a loving sister to me. She is an important and caring member in our community. Sheina is the backbone of the family she holds together with her constant care and love.

I hope that by seeing Sheina through a humanistic view, the courts will deal compassionately in this case. Sheina is the greatest gift that our community has and we need her to remain with us. A sentencing which allows her to repent from her home and community will only perpetuate a better, safer, kinder and healthier community for all of us.

Respectfully,

Dalia Reichman

09 / 05 / 2023

5/4/2023

To the Honorable Judge Stein,

My name is Batya Rivkin, and Shaina Levin is my aunt, she and my mother are sisters. I'm 29 years old, married, and currently working as a real estate agent. My husband and I are currently living in Brooklyn, NY.

There are many ways I count on my aunt Shaina Levin in my daily life. Starting from when I was a small child, I knew I had a place to go if I was ever in need of a hot meal, a warm hug or a wise word.

One of the most noteworthy things about her character in my opinion is the way she treats people, not just her family. Having worked under her as a real estate agent, I witnessed firsthand the kindness and fairness she has shown every individual that walks through the door. No matter their history, reputation or appearance. She gives everyone equal amount of respect. In addition to her integrity, this has always been something that inspired me to be a better person and to treat the people around me with the benefit of the doubt, always.

As a child, I was so grateful to live next to her and her family. They were a source of comfort and peace. As an adult, I can confidently say that that gratitude remains, and I cherish living so close to her and her family to this day. Should anything disrupt that closeness, it would impact me in more ways than I would like to think of.

Shaina is a pillar of our family, and the community. Her capacity to give, and love makes a difference in my life and I would be remiss not to mention that. I hope this letter and all of the letters will serve a higher purpose and help to make your decision easier.

Respectfully,

Batya Rivkin
*Batya Rivkin*

09 / 06 / 2023

August 22, 2023

To the Honorable Judge Stein,

My name is Chana Rivkin-Brach. Sheina is my aunt, but I've long since thought of her as my surrogate mother. I practically grew up in her house; it was (and still is) a haven for me. I have three older sisters, and as a young girl and the middle of seven, I desperately needed somewhere I could shine outside my sisters' shadows and have a sense of individuality. That is exactly what Sheina's home provided for me.

I'm thirty-four years old and was born and raised in Brooklyn, but as a young adult my parents and most of my siblings relocated to Miami. During that time I was single and supporting myself, and whenever I was lonely, sad, missing family, needing a hug, a meal or anything, I knew I could go to Sheina and that her home would always be open to me. She was there with arms open, always. I have been married for two years now and have a beautiful one-year old daughter, thank G-d, but this is still what Sheina's home remains to me. All of my extended family feel this way as well.

Sheina's home is known in the community to be a place where anyone can come when in need, including those traveling from Israel to make pilgrimage to 770 Eastern Pkwy, the Chabad Headquarters in Crown Heights. Ahead of Shabbat and holiday meals, her table is always set beyond the count of her family, always ready for guests who show up at her door in need of a meal. There is always room at Sheina's table and enough of the delicious food she cooks herself for anyone who might appear. I cannot imagine not having her home to go to even for a single Shabbat, let alone any longer period of time.

Beyond what Sheina means to my family and her community, I worked for Sheina for two years and saw how she conducts herself professionally. She built her business from the ground up while raising her 6 children, no easy feat for anyone, but practically unheard of in our community. I began as her secretary and finished, with her encouragement and support, as a licensed sales person and notary. She is an inspirational, accepting and non-judgmental person. I don't remember ever hearing her talk begrudgingly of anyone or down to anyone. Whether she was assisting someone with a budget of $3,000.00 or someone with a government subsidized voucher, her sincerity was always indistinguishable.

Sheina's generosity and kindness honestly knows no bounds. I have lived in her home, worked in her office and grown up with her children. She is a wonderful aunt, an invaluable member of her community, and someone that I and everyone looks up to. She is simply a good person.

Thank you so much for taking the time to read this letter. I know not only would her family miss the rock of their home but so would we all who are nourished by her wisdom and caring. I do not mean to minimize what she did to bring her before your Court, I only ask that you judge her with compassion and make your decision based on her entire remarkable life.

Respectfully,

Chanie Rivkin-Brach

May 9, 2023

Dear Honorable Judge Stein,

My name is Hindy Rivkin, I am 67 years old, mother of 7 and grandmother of many. I manage an appliance company and I live in Miami. I am writing to you on behalf of Sheina Levin, my sister.

As you are very soon getting ready to undertake the task of sentencing, I ask the court to take into consideration the exemplary character of my sister.

Sheina is one of the most kind, warm-hearted people that I know. She has personally helped me several times financially when I was going through some hard times over the years. She helped me quietly, unceremoniously, without ever expecting repayment or constant gratitude for her generosity.

Sheina has always loved and treated my children who live in Crown Heights Brooklyn, just like her own. I am blessed with seven children, three of whom live near her. She has always opened her home to them anytime, just as if it was their own, and for that, I am forever grateful. I even tell her to stop being so loving to them, maybe they will move to Miami and be with us!

My parents who are in their 90's, thank G-d, also live very close by. As Sheina is the only sister who still lives in Crown Heights, the burden of caring for them is on her, which she does gladly with great love and respect. She is always on the phone with them helping with whatever is needed. Her support of them has been unwavering, and very vital.

Yes, some bad decisions have been made that have resulted in her pleading guilty. Sheina has accepted full responsibility for her actions and shows full remorse. She discusses her case with her children and nieces and nephews regularly, warning them to make sure to follow the law. I believe that as we move forward she will emerge a much stronger, better person.

I am respectfully asking the court for mercy and compassion for Sheina who is needed so much by her family and our parents.

Sincerely,

Hindy Rivkin

786-399-4461

*Hindy Rivkin* 08 / 30 / 2023

Doc ID: c50a660d1cd4fd1b6ae33f69a988d563d424df3a



# **ODA Primary Health Care Network**

**779 E New York Ave • Brooklyn, NY 11203 • Tel: (718) 260-4670**

ZVI KESTENBAUM OBM
*Honorary President*

JOSEPH DEUTSCH
*Chief Executive Officer*

08/14/2023
Sheina Levin
07/12/1962
1348 union Street
Brooklyn NY 11213

To the Honorable Judge Stein,

Mrs. Shaina Levin and her family including her parents, herself, husband, children, and grandchildren have been patients of mine for the past 40 years. Mrs. Levin serves a vital link taking care of her elderly parents who are becoming increasingly frail and in need of attention both to their living conditions and medical needs. She also is a stabilizing factor with regards to her husband's health (he was recent diagnoses with ████████████, has longstanding diabetes, which needs constant attention and appropriate diet, as well as renal insufficiency associated with kidney stones). These conditions require · strict dietary management which I do not believe he alone is capable of without the hands-on assistance of his wife. Mrs. Levin has proven herself to be something of a rock in her extended family always being at the side of her children through their multiple health travels and more recently in active in helping care for her grandchildren who are also under my care. She is commonly the one who reaches out to me when things are awry to get and carried out instruction. In a similar way she has been a responsible active and involved member of the local community and any leniency granted to her would be of great benefit to those around her.

Sincerely,

Dr Eli Rosen

May 10th, 2023

Dear Honorable Judge Stein,

My name is Shlomit Rothenberg and I was born in Israel.
I have two grown up children which I basically raised by myself according to an early divorce.
I own a local business here in a small town in Israel, where I've been living my whole life. My business is based on the vision of connecting between people from the entire spectrum of the Israeli population

I am writing this letter on Sheina's behalf, knowing she is worthy my support.

I first met Sheina Levin about 20 months ago, at the time my older son had got engaged with one of Sheina's daughters. My son has been living in the US for the last 10 years and as of today, he and his wife (Sheina's daughter) are parents of a 6 months old lovely baby girl. I remember the day Sheina was welcoming me and my family. We arrived to celebrate our children engagement and wedding, within a 6 weeks period, and during all that time of preparation for those events, planning, making arrangements etc., I knew we can always count on Sheina.

Sheina is a person who can get things done. Generously she opened her house and heart in a way I can't even describe. Any time, day or night, she was attentive to all our needs, took care of everything and always with a huge smile, without abandoning any other obligations and with no expectation of getting something back. For example, on the time we arrived NY to celebrate our youngest son engagement, Sheina with no hesitation hosted my divorcee in her house, letting him feel welcome and comfortable.

My first impression of Sheina did not change even a bit, since we first knew each other. As I live far away from our married children, Sheina with her presence next to them, is always caring, involving, supportive and simply being there and standing for them, day or night.
Her personality radiates willingness and goodwill to family members and strangers alike.

Within the last 18 months I visited my sons in the US a few times, and I never miss a chance to meet Sheina, thankful for all she does to help our children as they build their new life.

It's important for me to point out another side of Sheina's personality. At the same time that she is a practical person and connected to reality and, she is also a spiritual and believing person. As a Jewish woman, she lives her life according to the religious way, creating a space for learning and improving herself and her relationship with others. We have conversations about belief, intentions and good will. In her delicate and sensitive way, she knows how to make everyone feel good with themselves. This is often the catalyst for people to make needed changes if necessary.

In addition, I can't ignore the fact that as one of five sisters, Sheina is the one who takes care of her elderly parents on a daily basis.

I know Sheina will never disappoint us. We need her presence to care for all of us. I am especially concerned regarding our shared married children, who are new parents. I know they rely on Sheina very much for support. Honorable Judge, I don't know how I can sufficiently impress upon you, the greatness of Sheina. Her generosity, positivity, will to grow and become a better person is unparalleled. Please judge her with a merciful heart.

Respectfully yours,
Shlomit Rothenberg
*Shlomit Rothenberg*

09 / 06 / 2023

8/29/2023

Dear Honorable Judge,

My name is Yeshaya Rottenberg. I am a son-in-law of Mrs. Sheina Levin. I am married to her daughter Chali and we have one daughter, Thank G-d. I am 30 years old and I am the site manager at the Ohel of Chabbad Lubavitch, the resting place of the Lubavitcher Rebbe, Reb Menachem Mendel Schneerson.

I joined the family about 2 years ago and I am forever grateful to be a part of this wonderful family.

Things didn't go so smoothly while I was dating Chali. There were quite a few breaks in our relationship at the time. I remember that regardless of where our relationship was holding, when I would inevitably meet into Mr. or Mrs. Levin in the neighborhood or work, they always greeted me with the same warmth and smile. After joining the family, I learned that the ability to remain unbiased and friendly in any circumstance is just the very beginning of the great person that my mother-in-law is.

I was able to get a front-row seat in observing the way Sheina supports her children. She is a rock of unwavering strength, wisdom and support. For me this is especially meaningful as my family lives in Israel and we have relied on my mother-in-law to be there for us through various health challenges.

When my daughter was born, my wife became very ill to the point of where she was in a coma for several days. At the same time, I had broken my leg and was quite immobile. The only way we survived that harrowing experience was because my mother-in-law did not leave my wife's side at the hospital. As soon as she was released from the hospital, we moved into my mother in laws home where we were all cared for, my wife, myself and our new baby. At that time my wife's sister was suffering from a terrible Crohn's flare up. I have no idea how Sheina managed to take care of all of us with a smile and her signature warmth.

Now that things are more stable and we have moved out of the house, Sheina is still doting on us and helping us with basic needs. She cares for our baby, sends over food and is always available for moral support and making us feel truly welcome in her home. My baby loves my mother-in-law, her grandmother and has really bonded with her in a special way. Perhaps in a subconscious way my daughter knows that this woman truly saved her life at a time when both of her parents were incapable of caring for her.

I know that whatever treatment we receive is far from unique. Anyone who gets to know my mother-in-law is immediately adopted and on the receiving end of her love and support.

I am humbled by the gift of being able to join a family with kindness in their genes. I couldn't be more privileged than to have Mrs. Sheina Levin as my mother-in-law.

It is with a broken heart that I request a compassionate judgement for the kindest woman I know, Mrs. Sheina Levin. Please spare her a harsh judgement and provide her with the chance to stay with us.

Respectfully signed,

*yeshayau Rotenberg*

Yeshaya Rottenberg
09 / 06 / 2023

5/4/2023

To the Honorable Judge Stein,

My name is Rochel Leah Rubashkin and I am writing to you with regard to my friend
and cousin Sheina Levin. I live in the Crown Heights section of Brooklyn, and have been
a special education teacher for the past twenty years. I am also a wife and a mother. I
have known Sheina all my life and can comfortably say she is a special woman.

She is always there to help someone in need. She takes the time to reach out and be
there when she hears someone is going through a difficult time, physically, financially,
and emotionally.

On a personal level, Sheina was exceptionally supportive to me, this past year when my
son had been expelled from school. She invited me to have coffee and spoke to me at
great length. She called me up a few weeks later to check in. Her support means a lot to
me, and definitely made me feel less alone. We definitely need more people like Sheina
in our neighborhood, not less.

You can count on Sheina to be there for you in your time of need. I am sure after
reading all these letters it is clear how important Sheina is to so many people, family
and friends alike.

With all due respect, I sincerely request that Your Honor, judge this case with a caring
and understanding heart.

Thank you for your time.

Respectfully,

Rochel Leah Rubashkin

09 / 07 / 2023

May 1, 2023

To the Honorable Judge Sidney H. Stein,

I am writing on behalf of Sheina Levin, whom I have known all my life as a loving relative and with whom I have had a professional working relationship with for over 15 years.

I'm a 38-year-old married father of 5 living in the suburbs of New York; I am part of the ultra-orthodox Jewish community but am very much not isolationist-orthodox. I am a founder and owner of a successful real estate brokerage business. As a Jewish patriot who strongly believes in giving back to the community, I spend a significant amount of my time in support of Jewish heritage and identity projects. I currently serve as president of Geder Avos Jewish Heritage Group (www.gederavos.org), a 501(c)(3) nonprofit organization founded in 1960, that has restored over 300 Jewish cemeteries and heritage sites in Eastern Europe. I also serve as president of Israel's Next Generation, a 501(c)(3) nonprofit organization working to strengthen Jewish identity in Israel, and to foster positive relationships between the various segments of Israel's population.

Within the Crown Heights community Sheina Levin is an exceptional person: Well-loved and respected, and truly a pioneer. After struggling financially for many years and waiting for a while to be blessed with children, she finally had twins (and then another 4 kids), started her own brokerage business, and worked so hard to take care of her family.

For over thirty years Sheina has been at the forefront of servicing and serving the housing needs for underserved populations in New York City. On so many occasions I have seen the compassion she shows to underprivileged people that walk into her office looking for housing but also looking for a helping hand, a listening ear, and a caring heart. Sheina has a human touch that makes the other feel human, feel important, and feel understood.

Sheina has quite literally been the trailblazer in advocating for landlords in the Jewish orthodox community to better understand and work with these disadvantaged populations. She has advocated and done outreach in processing thousands of less than perfect rental applications, explaining the applicant's situation, and pushing for a kinder, gentler approach in a business that is usually anything but that.
It would not be an exaggeration to state that over the years Sheina has helped thousands of homeless and low-income New Yorkers receive shelter and put a roof over their heads.

Sheina also created a business and workplace with an emphasis on diversity in hiring, with women and African Americans playing leading roles. Many, me included, have launched their own careers after starting out in her office and under her mentorship.

Sheina is known in the community as an activist working on behalf of community schools (Lubavitcher Yeshiva and Oholei Torah), impoverished families (Ahavas Chesed, establishing a soup kitchen), and Jewish heritage projects in Israel and worldwide.

As a relative, I know of the central and irreplaceable role Sheina plays in the lives of her immediate family. Her parents, both Holocaust survivors in their 90s, are entirely dependent on her for their day to day care and are wholly reliant on her emotionally. As their only child living in New York, there is no one that can replace her. Sheina's husband and her youngest daughter both suffer from serious health conditions and are also completely reliant on Sheina. She is the backbone that holds up the structure in the world of those around her.

The devastation this story has caused to Sheina, both personally and professionally, has already been enormous. She has and will continue to suffer greatly because of her actions in this story; but the people around her won't be able to survive unless she is at home. It is therefore that I humbly ask for the Honorable Judge's empathy when sentencing.

Respectfully submitted,

Moshe Rubin
09 / 06 / 2023

2

4/30/2023

Dear Honorable Judge Stein,

My name is Judy Schonbrun and I am writing to you on behalf of my dear friend Sheina Levin.

Sheina and I met only seven years ago-but in those seven years we've become extremely close and connected. Sometimes in life God sends you just the right person at the right time to help you when you're down-in my case that Angel was Sheina Levin.

I was going through a personal hell – a lot was going on in my life at so many levels and I came into the rooms of Al-Anon. The first person to come over and welcome me was my dear friend Sheina. From that point on-through thick and thin-Sheina has been by my side-we connected on a very deep spiritual and emotional level and have been connected since. She is a beacon of light to so many people and she is a pure example of hope and strength that we all gain from-especially me.

We grew up in very different religious circles-yet she taught me how to be accepting of all with no judgment whatsoever.  She taught me how to hold onto my faith and to precede every difficult conversation with a prayer to God. She has a heart so full of kindness and generosity. One example that comes to mind-I was going through a tough time financially and I was crying to her that I didn't even have my son's camp deposit to reserve his space. Without a blink of an eye-Sheina took out her checkbook and said "how much do you need?"  No questions asked when or how will you pay me back. Just love and concern to help her friend in need. She's the one always telling me-God loves you and is doing what's best for you.

Her heart is so big with no limitations and zero expectations. We found out that we share a very special day-our birthday on July 12. There are no coincidences, she said. God put us together to share our joy, our sorrow, our pain, our good times and hard times. When I lost my younger brother-in-law to COVID-she called me daily to check on me and encouraged me to come to our meetings. She is an integral part of our Al-Anon groups-physically, emotionally and spiritually. We need her as a part of our program and a part of our recovery. The thought of Sheina not being in our groups to gain from her on so many levels would be devastating to us as a whole-and to me individually.

Sheina has brought into my life a whole new dimension – a new connection with God and a real power of faith. She has brought wisdom, joy and recovery to so many people who get to meet her and know her. She has overcome many challenges by her strength of character and her desire to be a woman of dignity and grace.

Thank you, Your Honor, for reading my letter. I am humbled to be a very close friend of Sheina - who is so loved and needed by her family and friends. We need her to continue her never ending chain of charitable acts. Please address this case with forgiveness and leniency.

With all my respect and gratitude

Judy Schonbrun
09 / 06 / 2023

August 30, 2023

Honorable Judge Stein,

We write to you about our dear friend, Sheina Levin. Understanding that your time is valuable and knowing what kind of person Sheina is, which therefore means there are certainly numerous letters that Your Honor has to read, we will try to be brief.

Sheina Levin is one of the finest people we know. She is obsessed with the needs of others and has used every bit of her success to help others, to lift up those in need. Whether it's taking in literally an entire family into her home and making them part of her own family, sometimes for long periods of time, or running to assist a friend undergoing cancer treatments and helping to ensure that friend's family is well taken care of throughout, no order is too tall for Sheina. You will not find a person who knows Sheina who wouldn't describe her as "someone living a life of service." A life of service is a life worth living.

Sheina embodies the Jewish concept of "tikkun olam," fixing the world around her. Sheina has been open and honest about her poor decision which led to this felony and subsequent sentencing. Not only has she been open and honest about it, but she is clearly determined to use this experience and turn it into a force of good and is already speaking to young people and warning them to never stray from the straight and narrow path for even a second.

Please understand that we could fill pages upon pages enumerating the various acts of kindness that we know about which Sheina has performed over a truly honorable and extraordinary life. In deference to Your Honor's time we have kept it short. The world needs more Sheina Levins, out in the open, spreading light and goodness. Please show her, her family, and everyone who knows her compassion and mercy.

Thank you.


David & Eda Schottenstein
Surfside, Florida

Apr 29, 2023

To the Honorable Judge Stein,

My name is Deena Schusterman and I am Sheina's (much younger) cousin. I am an emissary of the Lubavitcher Rebbe in Georgia. I am a mother of seven and a grandmother. I am writing to you today on behalf of Sheina Levin, a kind and generous person who has always gone above and beyond to help others, especially those in need. As someone who has known Sheina for many years, I can attest to her character and her unwavering dedication to her family and community. She has always been there for me, offering her love, support, and guidance whenever I needed it most.

One particular instance that stands out in my mind was when I was a teenager and Sheina was staying with my family in Los Angeles. I mentioned that I loved her outfit, and when she left, she left it for me as a gift. It was a small gesture, but it meant the world to me and showed me just how generous and thoughtful Sheina can be.

I also had the privilege of staying with Sheina in upstate NY with my four young children. She went out of her way to make us feel comfortable, even moving her own children out of their rooms to make space for us. She did all of this without fanfare, simply because she wanted to help.

Beyond her acts of kindness, Sheina is an incredible mother who always puts her children's needs first. She has worked tirelessly to learn new parenting techniques and approaches to ensure that she is giving each of her children the support and guidance they need to thrive. She has taught me so much about being a mother and how to pivot when necessary to meet the needs of my children.

I know that Sheina is facing sentencing soon, but I urge you to consider her character and her positive impact on those around her. She is a role model to so many, and I believe that she has so much more to give to her family and her community. Please take all of this into consideration as you make your decision.

Thank you for your time and consideration.

Dena Schusterman

Respectfully, Dena Schusterman

5/4/2023

Dear Honorable Judge Stein,

My name is Mordechay Segal, I am 32 years old, a husband, and a father to a daughter. I live in Vienna and have been working for more than 10 years in several kindness projects operated under the Local Chabad House. We provide daily meals and overall support to Ukrainian refugees, local families in need, and youth and student groups.

I am also Mrs. Sheina Levin's nephew, and I have known her since I am 17 years old. More than my aunt she had been my house and home in America every time I have been there. With more than an open heart she has received me and treated me as if I was one of her own children. I know she does the same for others inside and outside our family. I can personally attest to my aunt's character. Sheina is a very loving, caring, and extremely generous person. She is always looking for ways to help and give to others without expecting anything in return.

I remember being in America for her daughter's wedding. Understandably this is a stressful time for a mother busy with visitors and things to take care of at the last minute. The night before the wedding she lent me her new car, a Toyota which unfortunately I crashed by mistake. I remember feeling very bad and ashamed to come to my aunt with such worries just one night before the wedding; however, her reaction was completely understanding. She made sure I understood that she had zero resentment or any bad feelings about what happened. She emphasized that we were all hours away from a wonderful family celebration and that we should put what had happened on the side. Her reaction meant so much for me, and once more demonstrated to me the wonderful person and aunt that she is.

Even presently, every year when I come to New York, she takes care of me and welcomes me with so much love. I have witnessed how she is like that not only to me, but to everyone that comes to her and her house. It is irrelevant whether they are her relatives or not, Sheina is always putting everyone's wellbeing and comfort as a priority. She will ask each one separately and constantly if there is anything else that she can give us or do for us.

During one of my visits to New York, she hosted me and my family, including her grand nephews. Close to the end of our visit we were so grateful for her hospitality that we wanted to give her back something that could show how thankful

we were, but also something that would represent how much she means to us and how much we admire her. One of the grandnephews came up with the idea of writing her from scratch (by hand) the famous "Eshet Chail" poem, in special letters as the Jewish tradition uses to write the Torah Scrolls. The "Eshet Chail" verses, written by King Solomon, are always recited at every Shabbat Table on Friday evenings. The poem talks about women's generosity, love, respect, humbleness, and many other beautiful virtues that our aunt embodies. Fortunately, we chose the right detail for her, we could see in her face that she understood the deeper meaning. In addition to thanking her for all her kindness, we were praising her, acknowledging and admiring her for everything that she means for us, for her community, and for everyone that is blessed to cross paths with her in their daily lives.

I have not met so many people as humble, warmhearted, honest and loving as my aunt Sheina, and today, I can clearly see how much she has influenced me, by giving her example of kindness and generosity, which I try to replicate in all my projects here in Vienna in our community. Finally, I can only wish my dear aunt Sheina all the best, contributing with this honest letter expecting and hoping that it will be read with mercy and compassion for a woman like her.

Respectfully,

Rabbi Mordechay Segal,
Sheina's Nephew

4/27/2023

To the Honorable Judge Stein,

My name is Shaina Simpson. I live in Brooklyn Ny. I work at "Everything but the Baby" which is my mother's store. I come from a very large family; I am 1 of 14.
I am married to my husband, Shmuel, and have two children.
I don't know life without Sheina. She's like an aunt figure to all of my family and my two little children. Between all my siblings there are many grandkids and she always makes a point to notice each and every one.

Sheina is my mom's closest and truest friend. I've never seen a friendship as loyal and respectful as theirs. I crave for a friend like that but don't think it exists. She came to my indoor wedding in sunglasses after an eye surgery and stayed the whole night. It truly touched me how loyal she's to our family.

I saw her at a wedding interacting with someone who is not mainstream that most people were avoiding conversation with and was humbled by her nonjudgmental and loving character toward her. Sheina's appreciation for all kinds is seen from her open home. I was in conversation with a random person that moved here from another country, who mentioned out of nowhere that they eat and hang out at Sheina's home and feel like a child to her. When I mentioned this interaction to Sheina, she said she had just met that person the week before! If this is how a person feels about Sheina after meeting her for a week you can only imagine how I and others feel, knowing her for a lifetime. It is so obvious that Sheina has the largest heart and an overabundance of kindness which she showers upon all those she crosses paths with.
I look up to her and respect her for never turning any stranger down how much more so her children and their individual journeys.

I respectfully ask that she be judged with compassion and respect, for that's who she truly is. All of us who know her are desperate for her to remain a part of our lives. She is an anchor to so many of us. Please recognize the continued positive impact Sheina can have if she can be judged with mercy and stay among us.

Respectfully,
Shaina Simpson

5/11/2023

To The Honorable Judge Stein;

My name is Malkie Smetana.

I am the owner and Vice President of Advantage Wholesale Supplies. I thankfully have five kids and several grandchildren.

I have been friends with Sheina Levin since the summer of 1995 when we became summer neighbors. Me and my family had the best years spending them together with Sheina and her family.

There were many summers I was completely overwhelmed due to a new colic baby, a difficult pregnancy and moody preteens and she was there for me at any time. She always helped me with good advice, a helping hand and a listening ear. She would look up information for doctors that were needed, run errands for others and be happy to watch other children if someone else needed to get out. I don't know how I would have managed over all those summers without her being my neighbor. Her kindness, experience and knowledge helped me in more ways than I can mention.

Sheina always had company and made it seem like it was such a simple task. She was the most gracious and generous host. Her house was the one everyone would come by to talk and relax.

Sheina also showed me what hard work was and did it without complaining. She worked hard and long hours to support her family and would often leave back to the city to be on top of everything.

Our children grew up together over those summers. I could not have asked for a better neighbor to have. I know I was not the only one that benefited from her kind, giving personality as I saw first-hand the way she treated everyone and was there for them when they needed her.

I am pleading with you to show Sheina the compassion that she has always shown to others.

Respectfully,

Malkie Smetana

*Mu Sme*

09 / 05 / 2023

5/7/2023

To The Honorable Judge Stein,

My name is Rochie Smetana and I am a 33-year-old psychotherapist living in Brooklyn, New York. I have known Sheina Levin for over 20 years, as she was my next-door neighbor in the summer home community upstate where my family owned a home. Our homes were actually attached, with just a thin wall separating us, and a shared back porch and backyard where our families shared many a summer evening and weekend.

I looked forward to seeing Sheina and spending time with her every summer. Her warmth and caring personality meant that I would be greeted with a big hug and greeting every time I saw her. As a shy young child and then an awkward teenager, her noticing me and making me feel important left a very strong impression.

Everyone in our summer community flocked to Sheina's home and her front porch was always full of women and children who wanted to spend time with her. That was always the case because of Sheina's supportive, open-minded, and helpful personality. She would generously give of her time to talk to everyone who came by and always served up a beautiful, homemade spread. There are a few women in particular who I know truly rely on Sheina's support and understanding to help them deal with difficult and complicated situations they are dealing with.

I also was able to watch how Sheina's parented her children during all those years, from her older kids who were a few years older than me to her very little ones who were the same ages as my younger siblings. The love and devotion that she had for them was so clear, and she would do ANYTHING to make sure they were happy and healthy. She put their needs first and made it clear to them that she was there, no matter what.

I speak in past tense of those summer experiences because my family sold our home that neighbored Sheina's quite a few summers ago, and yet every time I see Sheina in Brooklyn, she greets me the same way she did back then, with a big, warm hug and a true interest in my wellbeing. It brings back all the memories I have of the many summers we spent together.

When I heard that Sheina is going through a difficult time right now, I wanted to do something to try to help. I hope that Sheina is shown mercy and compassion, as she has shown so many others during the years that I've known her.

Respectfully,
Rochie Smetana, LMHC
Brooklyn, NY

09 / 06 / 2023

4/25/2023

Dear Honorable Judge Stein,

It is with a humble and hopeful heart that I wrote to you on behalf of a dear family friend, Sheina Levin.

My name is Mimi Stein and I am an educational supervisor, working for a Board of Education agency, Mount Resources.

I got to know Sheina through her daughter Chali. Chali and I joined a humanitarian effort to help poor families living in the USSR a number of years ago. Sheina was a strong supporter of our cause and it did not take long for my admiration and gratitude for Sheina's involvement to flourish into a close and warm relationship with her. I recognized that Chali's involvement in this cause was influenced by her mother's community activism. I began to visit the Levin home more often. I knew I could always count on Sheina to offer some homemade and healthy food along with a listening ear and a kind word. I also liked to join Sheina's Sabbath meals because it was there that you saw just how big of a heart Sheina has. Her meals included guests from across the spectrum of humanity. Their race, religious affiliation, sexual orientation or ethnicity played no role in the hospitality they received. Sheina would lovingly prepare a delicious meal and make it her business to make each guest feel comfortable. Watching her I knew I acquired a role model for myself. While I am not married yet, I know I would like to emulate Sheina's care and compassion in my future home. I want to learn from Sheina's genuine ability to see past the factors that so often divide us and to connect and respect all those she meets.

I have seen time and time again, her ability to be flexible and do what is best for another. I remember when one of Sheina's children wanted a cat to live in their home. While Sheina did not appreciate the idea, she understood that this child would benefit from the therapeutic aspects of caring for an animal. She went out of her comfort zone to bring a cat and all the necessary paraphernalia into her home. Another powerful example was when one of Sheina's children began displaying a sexual orientation that is quite unique to the insular community of Crown Heights. She immediately began reading materials and attending classes to learn how she can best support this child. I was personally there watching her shop for a new wardrobe with this child. She so sensitively understood that this child needed a new wardrobe to express her emerging identity. While she is a passionate and religious woman, with a strong belief system, she does not impose her standards upon others, giving them a safe space to go on their life's journey.

I have seen Sheina open her heart and home to charitable causes. One particular cause I will mention is a fundraiser she made for RCCS, an organization which helps pay medical bills for cancer patients. She generously sponsored food for the event and set up her home beautifully. Another time, I saw her generously donate money to a friend of mine who lost her father and family breadwinner to COVID.

Sheina is a pillar of our community. She has taught us how to spread kindness and care for the less fortunate. We need her to continue supporting the many causes she is involved with. Her acts of kindness are too many to enumerate. Sheina does not help others for acknowledgement or praise. She tends to thank you for the opportunity you afforded her to help rather than the other way around.

I implore upon you to respond to this case with kindness. Just as Sheina constantly seeks to look past the mistakes and flaws of others, please deal with her case in a similar manner. Sheina so easily forgives others who have taken advantage of her kindness or exploited her open home policy, I beg that you please find it in your capacity to forgive Sheina's wrongdoings.

With all due respect,

Mimi Stein

09 / 06 / 2023

4/23/2023

Dear Honorable Judge,

My name is Esther Sternbuch.

I am writing this letter to share my personal experience with Mrs. Levin, a remarkable woman whom I have had the pleasure of knowing for many years, through her daughter, Chali. I am a fourth-grade teacher in an all-girls school called "Orot Sarah." I am compelled to write the following letter on behalf of Mrs. Levin because I have used her as a role model when teaching my students positive character traits. I have shared with them regarding Mrs. Levin's gestures of kindness and hospitality. Having spent time in their home on numerous occasions, I wish to attest to what an extraordinary person Mrs. Levin is.

Mrs. Levin is an incredibly special lady who embodies the very essence of kindness and generosity. Her compassion knows no bounds, and her hospitality is unparalleled. I have seen her host meals for over 40 strangers who were in need of Shabbos and holiday meals. Whenever Mrs. Levin's parents would join for the meal, they were seated at the head of the table. She would always offer them the serving plate first before passing it around. I remember thinking, that even though there was a lot of distractions and she was super busy serving, clearing, and attending to each of the many guests she was so careful to prioritize her parents. In a generation where people seek to impress and will so easily lose focus on what is truly important, I found myself admiring Mrs. Levin's ability to care for her elderly parents with utmost respect even during a quite stressful and busy time.

In addition to her hospitality, Mrs. Levin also possesses incredible generosity towards others who are less fortunate than herself. Mrs. Levin has also hosted numerous charity fundraisers, raising money for various causes. She is always eager to give back to the community, and her selflessness is truly inspiring. This was exemplified when I sought help fundraising after one of my friend's fathers died due to COVID-19. Despite never having met him before, Mrs. Levin donated generously towards our cause without hesitation. Her contribution made a significant difference in our efforts, and we will always be grateful for her kindness.

I hope you will take into account these exceptional attributes and experiences that we've had together, while considering sentencing decisions. Mrs. Levin deserves your mercy because everyone knows how much goodness she brings into our lives. I urge Your Honor to not only consider but prominently appreciate her contributions made thus far so please give merciful considerations during any court proceedings regarding her case.

Thank you very much for taking your time to read this letter.

Sincerely,
Esther Sternbuch

09 / 05 / 2023

6/18/2023

Your Honor,

My name is Rabbi Benji Stock.

I run a non for profit 501(c) organization called Chevras Simchas Shabbos V'Yom Tov (CSSY) (https://www.cssy.org/services). Our organization helps community members with many crucial services, such as paying for basic essentials like food and medical bills for families in need. Additionally, we support our brothers and sisters in times of crisis stepping in to fund therapy when needed and support children who have lost a parent among many other services.

It is strange to write a letter to support for Mrs. Levin, because Mrs. Levin is always the one supporting us! Mrs. Levin has been a strong supporter of our cause in many capacities. She has donated generously to help fund our services. I have also often sent grieving people or individuals in crisis to speak with Mrs. Levin. Her wise words and kindness have consistently comforted those struggling souls. She has a knack for really listening to people and encouraging them. She lifts their spirits, helping them find hope and see a better future for themselves. The honesty of her compassion and care is genuinely felt and that honesty is what makes her interactions that much more impactful.

When families are in crisis mode, the home often falls apart. Mrs. Levin has gone into those homes to help make those homes a functional place for the children to live. Nothing was below her. Mrs. Levin, a well-established business woman, would clean, organize, and arrange the homes to help restore some semblance or order and dignity for the families.

It always fascinated me that a woman with her kind of work schedule and a solid commitment to her family, found the time to give of herself to our organization. It is clear that her concern for others runs so deep that she prioritized our cause. I would not be shocked if many other organizations feel the same because I know Mrs. Levin is involved in various causes.

When the news came my way of the court case involving Mrs. Levin, my heart broke. I have no doubt that whatever was done, was already deeply regretted. Mrs. Levin is a dear community member. We all need her to remain our pillar of support as she has until now. I don't know anyone who could fill her shoes. For the sake of the poor orphans whose homes no longer have a stable income, for the patients who need medical care, for the families going through a financial crisis, for the broken individuals who need Mrs. Levin to make them feel whole again, Mrs. Levin is their hero. She literally keeps these people alive!

Dear Judge, I hope you can see Mrs. Levin through my eyes. When you do, you will see the kindest and gentlest woman whose heart holds the entire community. You will see a woman who never stops caring and giving. You will see a woman who has shared her entire being with others again and again and again. Please have mercy on Mrs. Levin and allow her to continue her holy work. She has only made our community a better, safer and more wholesome place.

With a hopeful heart,


Rabbi Benji Stock

4/25/2023

Honored Judge,

My name is Chaya Telsner, and I know Sheina Levin for 7 years. I have been a Special Education Teacher for 5 years a and am currently a Junior High School teacher for the 10th year. I've been a Director of Operations at a woman's organization for 2 years.

I'd like to share my thoughts and feelings about Sheina Levin.
Sheina came into my life at a vulnerable point, and has been so kind and a true role model. I was in my mid-twenties and didn't feel comfortable and understood at home. I met Sheina's daughter and we became good friends. When I came to her home, I met her mother Sheina, and she welcomed me right away and made me feel at home. I literally considered her home my second home during that time. I'd eat dinner there, chill there, and gain from Sheina's wisdom as she'd sit with me and give me insight on how to deal with life situations. I remember sitting with her and my friend, her daughter, and she gave us advice on seeing the positive in people and situations, and not being afraid or lazy to work on ourselves. She always complimented me on dress, my character, etc., and I felt so much warmth and love. I always knew that when I show up there, she'll greet me with a hug and big smile. I remember constantly thinking, "I'll do that like Sheina when I have my own home..."
I watched as she balanced both family life and her business. I've witnessed a few times when she stopped everything in her life to help her child or friend in a situation. She's flown to other states to help her daughter who had a baby, to be with the family of a friend who passed away, and to find the best doctor for another daughter's medical condition. At another time, she sat in the hospital all day for a few days when her daughter had complications after birth, putting everything else aside.

Thank G-d, I have moved on and built my own home. However, I still visit Sheina because of her love and warmth. When I had my first baby, she showed up at my house with fresh food and an adorable, thoughtful gift for my baby that no one else has thought to get for her. She helped me find cleaning help, and also tried to help me find an apartment. I'm neither shy nor uncomfortable when approaching her door, because she is always ready and excited to greet me.

When I think about Sheina, I think of a strong yet kind woman, thoughtful and generous, wise and humble. She is a role model in constantly working on herself and growing, never giving up and spreading positivity. What inspires me a lot is how open her home is to all kinds of people. Relatives and friends, and even strangers who discover her address, fill her home all the time. She hosts a weekend or holiday meal with anywhere between 10 to 30 people at a time. She doesn't always know the guests personally, and yet she greets all kindly. I love how she expresses her creativity in her table decor, with cheerful party goods to add color and joy.

Thinking back to that time in my life, I am so grateful that Sheina was there for me. She truly helped me during a hard time, and I am indebted.

Doc ID: f050f866c3ef7974dce87c751b39230c7e6e7fa7

I beg that your Honor display great compassion in this case. Sheina is needed by so many of us and she has shown nothing but kindness to all those who have come in contact with her. Please reciprocate her kindness when determining the outcome of this case.

Signed,
Chaya Telsner

09 / 06 / 2023

8/2/2023

Dear Honorable Judge Stein,

My name is Dassy Tennehaus. I am Rosi's (Sheina's daughter) sister-in-law. I have 6 children and my children often play with Rosi's children in their home. My children love when Sheina is there visiting and tell me what a good time they had playing with "Bubby Sheina."

I am writing to express my support for Sheina Levin in connection with her upcoming sentencing hearing. I have known Sheina for over 10 years, and I can attest to her incredible character and the positive impact she has had on those around her.

Sheina is a remarkable person, a devoted mother and grandmother, and a valued member of our community. She has always been deeply committed to helping others, volunteering her time and resources to various community service programs. Sheina's kindness, generosity, and compassion have made a profound difference in the lives of many people, including myself.

Over the years, I have personally witnessed Sheina demonstrate integrity, honesty, and humility in various situations. She has an unwavering commitment to doing the right thing and helping those in need, and I have seen her provide critical and irreplaceable support to people who would have otherwise struggled.

I understand that Sheina is facing a difficult situation, and I am hoping and asking that the Court show compassion. I urge you to consider Sheina's character, her contributions to the community, and the positive impact she has had on those around her when making your decision.

Respectfully,
Dassy Tennenhaus

09 / 05 / 2023

4/27/2023

To the Honorable Judge Stein,

My name is Raphael Tennenhaus, the Lubavitcher Rebbe's Shliach (emissary) to South
Broward, Florida since 1980. Sheina Levin is my beloved 'Mechetaineste' - the loving
mother of my daughter in law Rosi (Levin) Tennenhaus. Sheina and I "share" five
beautiful grandchildren! I have known Sheina for many decades, as Sheina has been
related to my wife's family since 1974.

Sheina is a loving and devoted mother, wife and Bubby (grandmother). Her open home
is always open as is her heart. Very often her Shabbos table is adorned with many
guests, including individuals who are less fortunate and who were invited only by "the
Levins". Sheina's acts of kindness are in my opinion, very unique. Being that she is
extremely unassuming. For Sheina, it's totally, "no big deal" when she shows caring and
compassion to troubled youth, vulnerable elderly and especially to her close family, her
octogenarian parents, and to her huge and loving family that turns to her for strength
and support.

I cannot describe how helpful Sheina is to my daughter in law Rosi (her daughter) as
she often spends extremely quality time with our mutual five grandchildren, that includes
two sets of twin girls, two of the twins still less than one year old!! It always amazes my
wife and I how much of a dedicated Bubby and mother Sheina is to our grandchildren
and to all her children and grandchildren!

My 43 years of experience in the Rabbinate directs me to humbly request that the
Honorable Judge utilizes the Honorable Judge's discretion in displaying compassion
and mercy to Bubby Sheina.

May G-d bless the Honorable Judge in all matters, both material and spiritual.

Respectfully,
Rabbi Raphael Tennenhaus

Senior Rabbi - Congregation Levi Yitzchok-Lubavitch,
Head Shliach - Chabad of South Broward Headquarters;
Dean - Broward Chai Center & the Chaya Aydel Teacher's Seminary
1295 East Hallandale Beach Boulevard
Hallandale Beach, FL
33009

09 / 06 / 2023

4/27/2023

To the Honorable Judge Stein,

My name is Chaya Toron, and I am a close friend of Rosie, Sheina's daughter. Rosie and I are neighbors, in Hallandale Beach, FL. I am an artist and painter, wife to a psychotherapist, and mom to an almost three-year-old daughter.

I am writing to you today on behalf of Sheina, to try to relate and express how much she means to her family, to me, and to really the world. She is a pillar of strength for her family, and this has been hard on all of them.

Earlier this year, Rosie gave birth to her second set of twins. The joy we experienced as a community was abundant, unfiltered joy, and we all rallied together to support a new mother going through postpartum. These are the primary times that I get to spend time with Sheina over a cup of coffee, while she holds her new grand-babies, and we get to talk about life. Traveling isn't easy, especially when life pulls you various ways, but Sheina always show's up for her family.

Not everyone is so privileged to have loving/good relationships with their parents. I know for myself, that I yearn for my mother's support when I have my children. Sheina is there in a present way, and consistently puts her needs aside to support those that need it. Rosie needed comfortable pajamas, she got them, the other kids wanted to go the library, she took them, and so on... I see in my own parenting, that many times, I am triggered by my child. It's hard to find space, and hold that space for my child. To listen, to accept their version or reality, their thoughts, and to love them. I see this value in Sheina, which I feel like is rare. I aspire to be a grandmother, wife, and mother that she is to my friend. I know that Rosie needs her loving embrace, and Sheina's grandchildren need her, because she can't be replaced.

I hope my letter with arouse the desperate compassion that we need from you, Honorable Judge, when determining the outcome of this case. Sheina will only make our world a better place when she is given the tool of freedom to do so.

Respectfully,

Chaya Toron

09 / 05 / 2023

Doc ID: 16627d7371c3c402b4db48e48bd9283e7727efff

4/20/2023

To the Honorable Judge Stein,

I hope this letter finds you in good health and high spirits. My name is Esther Vidal, and I am currently completing a double major; an MD in Pediatrics Neurosurgery and a PhD in cancer research. I am writing to express support for Sheina Levin in relation to her upcoming trial. As someone who has had the privilege of experiencing her kindness and compassion firsthand, I would like to share my perspective on her character and the positive impact she has had, and continues to have, on my life.

I have known Sheina for over 10 years now. After spending a year in Australia with her daughter, I became a close friend of the family and have had the privilege of witnessing her as a caring and devoted mother, a supportive friend, and a valued member of our community. She has consistently demonstrated integrity, compassion, and an unwavering commitment to the well-being of those around her.

About six years ago, I moved to New York City from my hometown, Montreal, Canada, alone to pursue my studies. Coming from a close and loving family, the transition was challenging, and I faced numerous hardships along the way. During this time, Sheina and her family opened their home to me, providing unparalleled support, care, and guidance. From the very beginning, she embraced me as a member of her family. Her genuine concern for my well-being and the willingness and pride she takes in celebrating my accomplishments—no matter how small—as if I were her own child, have been and still are a constant source of strength and encouragement throughout my journey. From academic achievements to research milestones, she has consistently shown genuine joy and pride in my progress. Throughout my pursuit of a career as an aspiring physician-scientist, the journey is not always linear, yet the love and support of Sheina and her entire family have truly made a significant difference in my life, giving me the strength to persevere in the face of adversity. Her support and encouragement have bolstered my confidence and instilled in me the belief that I can achieve greatness in my chosen field.

Despite challenges her family may face, Sheina has always gone above and beyond to ensure that I feel safe, loved, and supported. When I was bed-ridden with COVID-19, her daughter delivered fresh homemade food for the weekend before I had the chance to consider what I would do. As an observant Jew, when the weekend comes around, I need not worry about spending Shabbat alone, as I know that the door to the Levins home is open, and I am always welcome.

I have witnessed her selflessness and compassion extend not only to her immediate family, but also to friends, neighbors, and even strangers in need. Her actions speak volumes about her character and her unwavering commitment to being there for others. Having no family around can be difficult, and on one particular morning, I awoke feeling unwell and in need of assistance. Feeling comfortable enough to seek help, I made my way to Sheina's home. To my surprise, she was already engaged in aiding a young man who had sought her guidance during a time of deep struggle. Sheina was sitting with him, offering advice, and providing the support he so desperately needed. Witnessing this was truly eye-opening. Despite her own responsibilities and commitments, Sheina willingly devoted her time and energy to someone who was in dire need of assistance. Her ability to empathize and provide guidance in a compassionate manner left a profound impact on me. This incident was not an isolated occurrence but rather a reflection of Sheina's consistent commitment to helping others. She goes above and beyond to provide any means of support she can to those who seek her help. Her home is always open, and there's always enough room at her table for more.

Sheina Levin, saved in my phone contacts as Mama Levin, is genuinely like a mother to me. Without her, the kind, fun and giving person, who supports all of us and asks for nothing in return, we

Doc ID: 7076f2899bba0f485a5eed0e1c8c43e64c159e6a

would be left with a void that cannot be filled. It is no exaggeration to say that Sheina's sentencing is a sentencing for all of us. I kindly request compassion in her case.

Sincerely,
Esther Vidal

09 / 05 / 2023

5/3/2023

The Honorable Judge Stein,

Thank you for taking a moment to read my letter.

My name is Monika Wachowiak and I live in Jacksonville, FL. I'm 42 years old and a simple welder. I have known Sheina since I was 12 years old, when my father, moved me and my brother from Buffalo, NY after the death of my Great-Grandmother to Brooklyn (we had lost everything back there) and she was the first person we met. He had only ever spoken to her on the phone before and was surprised at how young she was in person.

I didn't know then that her or her family and my family would become so intertwined over 30 years and still are. My mother had committed suicide when I was a baby due to post-partum depression. Throughout my life teachers and friend's mothers would always come to me and say that because my father was a man, I would have questions he couldn't answer, or that they would be my second mother.

It always left me feeling ashamed, uncomfortable or as if something was wrong with me when nothing was. Sheina never did this but was always there for me and never singled me out. She is the closest woman I have ever had to a mother besides for my actual mother, I just regret that I have never told her this.

When I came out of the closest in 1996, it wasn't cool or fashionable and it was not acceptable to most of the people I knew. I lost a lot of friends and even my last remaining relatives (there was only an aunt and grandmother) stopped speaking to me. Sheina and her family didn't turn their backs on me. I remember she just gave me a hug and told me she loved me.

In October 2018 my father passed away. He had been in a semi-vegetative state for three months short of 5 years. I was living in Spokane, WA at the time. I flew back to Brooklyn the next morning and went right to their house. I hadn't really ever seen Sheina cry before. Here or there at a wedding, but those are tears of joy. This was different. I saw real pain.

My father had worked with Sheina when the business was in the kitchen on Crown Street and it was just her, her husband and 'Jake' - my pops. Not how it is now. All fancy and big. She would get sad when my father was mentioned, or she would go to visit him in the hospital. No one liked going to see him – not even my brother. He was laying there, all hooked to tubes with his eyes open, but he just wasn't there. It took a lot for someone to make a visit and it meant the world to me that she went.

So, I think when my father passed away, she lost a part of herself. She always clung to hope that he would wake up. Everyone did. He just didn't.

She taught me to be responsible, to strive to be the very best I could and can be and to never settle. I just wish I could fulfill all that she has ever expected of me, because I know I am able to do it, I just don't, because I settle for mediocrity.

I am asking for you to have mercy on Sheina please.

She did to my family when we had nothing and needed to move to Brooklyn, she did it again when my father needed a job and had no experience in real estate, she did it countless times having my

family over for meals and holidays, letting me stay with them in the country for the entire summer so I didn't have to stay in Crown Heights where it wasn't safe. I could go on and on.

After reading this letter, I hope Your Honor will view this case differently than you have previously and will judge this case kindly.

Respectfully,

Monika Wachowiak

09 / 06 / 2023

Doc ID: aa5155202be8e6535e283908b2e9caefb23cb151

4/23/2023

To Your Honor,

My Name is Anat Elgarisi Weiss, I've been married to Yehoshua Weiss for 7 years and we have 2 girls ranging in age from 3 -6.

I know Sheina Levin since Jan 2017 when I started to work for her in in Abba Realty as a real estate agent and I am writing this letter because I know Sheina is worthy of my support. Sheina is a compassionate, caring and generous person to all. I work for Abba Realty office for over 6 years now and this is the longest I have ever worked for someone. During my real estate career, I have changed offices many times because I didn't feel comfortable trusting the system, until I met Sheina Levin.

A few months after I started to work for Sheina, I had my first baby, I was very impressed with the way Sheina responded. She offered, that when I am ready to return to work, I could come to the office with my baby. She even bought her a bassinet so I have a comfortable place to put my baby while I'm working! I was very surprised and happy and I felt very lucky that I was able to bring my daughter to work until she was 6 months old and at that point, I was comfortable putting her in a group. When I had my second baby, Sheina cooked a whole meal for me and my family and brought it to my house. These things were very special to me, and I don't take it for granted. These scenarios showed me how special Sheina is. She has a lot of good values, respect and appreciation

I see Sheina at the office every day and I observe her actions. Sheina has always been very trustful, fair and kind to her employees, family and clients. She is a gentle and lovable woman. Her clients and landlords love doing business with her, she has a very calm and relaxing attitude and you can see her good qualities just by talking to her. She consistently provides invaluable and impartial guidance on navigating both office-related and personal matters whenever I seek her advice. Working for Abba Realty feels like home and this is the reason that I worked for them for so long, and I can honestly say that I have 100% trust in Sheina.

In addition, Sheina is my neighbor and I got to know her and her family very well. She is a great wife and mother always taking excellent care of her children and grandchildren and consistently there for them. Everyone on our block that knows Sheina Levin will say the same thing about her. Sheina is a positive, caring and sensitive person who is reliable and will go out of her way to help anyone in need.

Sheina is the pillar that holds her family and her business together. Imagining them attempting to carry on without her presence is a distressing scenario that will have significant repercussions for those of us who depend on her leadership and support.

I ask for mercy for Sheina Levin. Her extraordinary character has done so much good for our world.

Respectfully Yours,

Anat Elgarisi Weiss

09 / 05 / 2023

5/9/2023

To the Honorable Judge Stein,

My name is Ruchama Weiss and I've known Sheina Levin for many years. I first met Sheina in January of 2013 when she employed me as a real estate agent for her company. I came to my interview very apprehensive as I had previously worked in Real Estate Brokerages where I haven't been treated with honesty from my superiors. From the very beginning of working under Sheina I noticed an immediate difference from my previous experiences. Her word was her bond. Any agreement we made even when it was just verbally and not in writing she always came through on. Any question I had or support I needed regarding the business she was available and responsive even when there was no monetary gain for her. It was the first company where I felt I can completely trust my boss as well as learn a lot.

Halfway through my first year of working under Sheina I got an opportunity to work for a sales company. Sheina released me from her license and showed me she understood my position with zero resentment and complete graciousness. The year of 2020 my boss suddenly closed her business at the start of Covid without giving me much notice. I panicked and was stuck with clients and business without a company. My first thought was to call Sheina. It was the right decision. She took me back with open arms. It has been three years since and I've never been happier working under someone. She is always professional, extremely kind and fair to all her agents and available whenever help is needed. I have seen her under stressful circumstances and she always is dignified and kind. She has made massive positive impact on my life. I know that the impact she has made on my life is but one of thousands of caring acts that Sheina has done and continues to do for others. For a woman who has never stopped giving, I kindly request your compassion in this sentencing.

Respectfully yours,

Ruchama Weiss

Ruchama

09 / 07 / 2023

Doc ID: 71537d85b2f4d961a78af46bb2423076a258f338

To The Honorable Judge Stein,

I am writing to you today in reference to Mrs. Sheina Levin, a person of exceptional character and integrity. With the utmost respect, I present this letter in support of Sheina, whom I have had the privilege of knowing for many years.

With G-d's blessings, I am a mother of 8 and a grandmother of 25. I have been an Assistant Principal at Beth Rivkah Elementary Schools in Brooklyn, NY Since 1983. All four of the Levin girls were under my principalship over the years.

Sheina Levin is not only a dear friend but also a former classmate from our school days. Throughout our academic journey together, I had the opportunity to witness her diligence, dedication, and unwavering commitment to her studies. She possesses a remarkable intellect and an insatiable thirst for knowledge, which she consistently demonstrated in the classroom.

Beyond her academic prowess, Sheina's heart shines with kindness and compassion. Her genuine concern for others and willingness to extend a helping hand is a testament to her true nature. She has shown time and again that her actions are driven by a deep sense of empathy and a sincere desire to make a positive impact on the lives of those around her.

Moreover, during my most challenging and difficult year, when my dear husband passed away from pancreatic cancer, Sheina Levin stood as my rock of strength. Her unwavering support, understanding, and encouragement were instrumental in helping me navigate through that tough period. Her resilience and ability to provide solace during trying times further underscore her exceptional qualities as a friend and confidante.

As you preside over matters that come before you, I kindly implore you to consider the outstanding qualities that define Sheina Levin. Her integrity, dedication, and kindness are virtues that undoubtedly make her a valuable asset to her community and society at large. I have no doubt that any courtesies extended to her would be met with the same level of respect and appreciation that she consistently demonstrates.

Thank you for your time and consideration, Your Honor, please take into account the high regard in which Sheina Levin is held and the positive influence she embodies.

Please do not hesitate to reach out to me with any questions or concerns

Respectfully,

Mrs. Esther Wilhelm

Esther Wilhelm 08 / 29 / 2023

 **HousingPlus**

315 Linwood Street Brooklyn, New York 11208
212-213-0221 www.housingplusnyc.org

August 28th ,2023

Dear Sir or Madam:

My name is Dorothy W. Williams, MSW. I am the Program Director at Liberty House. Liberty House is a transitional housing community for women and gender-expansive people who have been formerly incarcerated. The goal of each person or family is to achieve stable and permanent housing when they leave the program. During a resident's stay at Liberty House, we offer a wide array of vocational, educational, and counseling support, interventions, and referrals.

I've known Sheina Levin for approximately 5 months now as she facilitates workshops for the women at Liberty House. I am writing this letter on Sheina's behalf because I believe that she is worthy of my support.

Sheina is very compassionate and has been devoted to ensuring that the participants at Liberty House achieve their goal to obtain permanent housing. With thought, and care, to meet the needs of the participants, each one of her workshops has been memorable for them. For instance, the participants always request for her to return. In addition to this, her workshops give them something to look forward to. One participant stated, "Ms. Dorothy, I was able to be prepared for my housing interview thanks to Sheina explaining to me what documents I needed to bring." The participants have been able to utilize the skillset and model what they've learned from Sheina's workshops which has been an empowering and meaningful experience for them.

As a social worker in the field for over a decade it has been a pleasure to work with someone who shows empathy and admiration. I know that the participants are grateful to receive support from Sheina because I am constantly reminded of the great work that she continues to do for the ladies and the program.

Above all, having worked with Sheina it confirms that it takes patience and heart to effectively serve vulnerable populations. I wholeheartedly believe that by supporting Liberty House, myself, and the participants Sheina is a valuable member of the community.

Respectfully yours,

Dorothy E. Williams, MSW

8/16/2023

To the Honorable Judge Stein,

My name is Manya Zajac. I live in Dallas, Texas with my husband and two children. Together we work as the Youth directors for our local Orthodox synagogue. Sheina Levin is my first cousin; I have known her all my life.

I was 14 years old when I left home for high school in Brooklyn. Sheina's home was always open. Whether it be a warm dinner or a listening ear, there is nothing that a young girl at that age needs more than a maternal figure close by. Sheina definitely took on that role. When I arrived in New York, Sheina took my phone and put in her number, telling me, "Day or night, you call me when you need something." Nothing is more comforting to a girl at that age, or any age really. Throughout the years, she hosted me as well as my friends, who were also away from home. We felt so welcomed and comfortable that we all called her house our home away from home. As any woman will tell you, high school was not without its hardships. What was an anchor throughout my years there was knowing that I have a place that is safe, which Sheina made sure was always warm and full of food ready to serve.

Sheina made sure that every single person walking into her home was noticed, cared for and heard, whether she knew them or not. I know of many people in the Crown Heights community that can tell you the same. Whenever someone in need came knocking, Sheina stopped what she was doing and was most charitable. As caring and doting as she is to her family and friends, she is most devoted to her children. She sits with them and talks and really listens, connecting to them deeply. She set up their day for success and showered them with love and care.

Sheina is a busy woman, and I was always so blown away that she was able to take the time to spend with each of her children, walk with her elderly parents and prepare Shabbat meals for dozens of people to enjoy. She did so and does so with a smile on her face and her wonderful can-do attitude. Sheina Levin is a remarkable woman and I am honored and privileged to have her in my life.

With all due respect, I plead that Your Honor take into account the incredibly caring and compassionate person that Sheina is and respond in kind. Just as she has been a lifesaver to me and my friends at one of the most crucial times in our lives, Sheina has been that lifesaver to so many others. I can't stress enough just how much she is needed and appreciated. Please grant her the ability to remain at the helm of home so that she may continue in her irreplaceable role.

Respectfully,
Manya Zajac

5/5/2023

The Honorable Judge Stein,

My name is Rachel Zakon and I'm Sheina Levin's relative and good friend of her daughter. I am a 29-year-old mom of 3 children, and I live with my husband and family in Los Angeles. Although we are related, I've only known Sheina since the summer of 2006, when I spent my first summer in overnight camp where her daughter happened to be as well. When Sheina realized I was a relative (second cousin) she was so excited to introduce me to her daughter and we quickly hit it off. I'll never forget the delicious warm homemade kugel that Sheina would bring us every Friday, the fresh challah, and all the other goodies to make sure we were well fed and taken care of.

Now this is not about my relationship with Sheina's daughter, but about how from that moment forward I was welcomed with open arms into the Levin home by Sheina and her husband, Mendel. After summer camp every year, I spent the couple weeks I had before school started, in Sheina's summer bungalow in upstate, NY. Sheina was there to entertain, take us to the lake, make dinner, make sure we were safe. Those wholesome moments were the highlight of my summers. During my high school years, I stayed in the Levin's house in Brooklyn many, many times; when my school would come to NY for conventions, or whenever I was in town. I remember watching the Levin household in awe, how Sheina somehow managed to juggle it all so effortlessly. Being the perfect mom, wife and business owner. She was always home to cook dinners, Shabbat meals. She was always so in tune with her children, letting them thrive and blossom into the people they are meant to be without judgement but with a lot of patience and presence. I loved spending time in the Levin home. It was always warm, not just in temperature but in feeling.

Fast forward a few years, when I was 19 years old, I moved to NY for work and for the social scene. I continued to spend many Shabbat meals in the Levin house where I was so comfortable and always welcomed. But those Shabbat meals..! The amount of people who graced the Levin table. And the type of people! Many were drifters; women who spent their days collecting charity just for their basic necessities; girls and boys who probably didn't have a bed, let alone a place to eat; teens who came from broken or dysfunctional homes and needed that afternoon of stability. They were invited into the Levin home from the local synagogue and surrounding streets. They were welcomed with open arms. They were included in the communal tabletop conversations as they filled their bellies with warm delicious food. I've been to the Levin house for Shabbat lunch many times, and never was their table not surrounded by interesting people who just needed a place to eat for their next meal. And Sheina was always there, to help, to welcome them to her table. As a mom, who runs my own household, I have a newfound respect of her incredibly charitable and generous character, how she ran her household and continues to so in that manner till this day.

In addition to Sheina's compassionate nature, she is also extremely loyal and makes sure to be there for her family and friends. One example of this, is when I gave birth to my youngest who is now 18 months old. He is a delicious boy born with down syndrome, and when he was born it was understandably a different type of celebration than we expected. We made a party for his circumcision ceremony, which is very common in the Jewish culture. Sheina and her husband came all the way from NY to LA, to be there for us, to show us that they are there, and to celebrate the beautiful life we brought into this world.

There are so many more instances where I can go on about Sheina, describing her genuine, caring, yet no nonsense character. She is a steady rock who is there for her family and many, many others. She always has sound advice and gives quality guidance. She opens her home to countless people; men, women and children who need a place to eat or sleep. Many people rely on her and would not have a place to go if she were not there to invite them into her home. Her family, children and grandchildren depend on her. I ask for compassion and mercy, please. For a woman whose life revolves around giving others, please grant Sheina Levin, her freedom.

Respectfully,

Rachel Zakon

August 28, 2023


To the Honorable Judge Stein,

My name is Mendel Zeiler, and I am a great nephew of Sheina Levin.

My heart is heavy as I put my thoughts into words. My aunt, Sheina Levin, has been advocating for my life since before I was born. She has literally saved my life multiple times. To think that Sheina, the contact person for the entire extended family, could face severe charges is supremely hard to fathom. So many of us rely on Sheina to guide us through difficult times. Not just our family, but the community as well, needs Sheina to continue to support us as she has done until now.

My relationship with Sheina started before I was born. While I was still in utero, my mother was informed that I had a serious medical condition. Being that it was already the ninth month, there was very little time to begin researching who would be the best doctor. More than that, there was no guarantee that any doctor would take on this case so late in the game. My mother immediately called Sheina knowing that Sheina's caring heart and her drive to help others would guide this case in the right direction. True to her reputation, Sheina immediately called a top doctor with whom she had personal connections. She advocated strongly for the doctor to orchestrate the entire birth along with top professionals present in case of emergency. This doctor actually no longer practiced in the hospital where the birth was taking place, yet Sheina extended tremendous energy into convincing the doctor to help in this urgent matter.

For anyone who knows Sheina they know that this incident is par for the course. In fact, they also know that this story isn't over.

My mother continuously consulted with Sheina regarding my medical condition. Sheina's advice always came along with supportive and encouraging words. As an adult, I got to see first hand the incredible kindness which Sheina showers upon all those that have the privilege of knowing her. At one point my family moved overseas and I needed a place to live which was close to my job. Sheina opened her home to me. I lived there, feeling as though I was another child in the family. At one point I needed employment, so Sheina immediately hired me, patiently teaching me the skills I needed to perform my job. They supported me financially when I needed some help, happily paying for my transportation and anything else I might need. I want to point out that Sheina's greatness does not only lie in the fact she assisted me in so many capacities, but rather in the sensitive manner in which she helped. While living in her home she never imposed her opinions upon me. She allowed me to make my own choices and

always availed herself to listen to me as I discussed any of my thoughts. I recently reached out to Sheina to discuss a personal matter with her. The next day she called to follow up. If I did not know for a fact that Sheina helps countless of people, I could be led to believe that I was the sole person in her life who benefits from her kindness. She is so mentally present when she listens to you speak, she then helps you in any way she possibly can and stays involved until the very end.

I feel privileged to maintain a close connection with Sheina and I can only hope that this letter gives you, Honorable Judge, another perspective of the current matter. Sheina is a woman who is all heart. She gives and gives and then gives some more. She seeks to empower others and uses all tools at her disposal to bring success into the lives of others. I beg you to be merciful and respond with kindness.

G-d Bless You,

Mendel Zeiler

5/11/2023

Dear Honorable Judge Stein,

My name is Navi and I am 48.

I am a wife and mother of nine children and many grandchildren, Thank G-D!

My husband and I live in Israel with our family while we each run our own businesses.

Sheina is my aunt.

Sheina was at my side, literally, from the moment I was born. She lovingly cared for my brother as my Mom gave birth to me and then pretty much stuck around to help. She has always been available to give a helping hand, whenever my parents needed. Growing up in Brooklyn, Sheina was always the one we turned to for matters big and small. She is undoubtedly the favorite aunt amongst the entire extended family! After her marriage to Mendel they became a team, working together to help us all. In addition to always being a help, they also took us on the best outings, caring for us as their own.

Sheina and Mendel maintained a strong and positive attitude, as they waited for children of their own, even though it took quite a long time. I remember this because I have never witnessed such obvious deep faith and strength. Sheina perpetually remained positive. It is this trait that I try to copy and incorporate in my life.

As I went on to have my own children, it was ALWAYS Sheina that I turned to for help and advice, especially after our second child was born with a complicated heart condition. Sheina immediately set us up with all the right Doctors and made all the necessary calls so that he would survive! Now my son is a beautiful and successful 26-year-old. I credit Sheina, as G-d's messenger, in saving his life.

Throughout our years abroad, it was Sheina's home that my children and ourselves, would stay at during our time spent in New York. We would enjoy her fabulous food and could never get enough of her generous, joyful energy. When we would go home, we would try to replicate her great vibes and share it with others. That is Sheina. Exuding greatness as she creates a ripple effect of positivity that would span oceans.

Sheina is a leader of the best kind. She is strong, positive, generous and sincerely concerned for others!

Sheina is such a compassionate human. May your honor find it in his heart to show her great compassion too. We are so desperate for Sheina to stay available to support us and the endless amounts of people who need her. Sheina is so remorseful and feels so ashamed about what happened. She has made it clear that she wishes she can turn back time. As she has been so forgiving to others, please be forgiving to her.

Thank you for taking the time to read this letter.


Respectfully,

Navi Zeiler



315 Linwood Street Brooklyn, New York 11208
212-213-0221 www.housingplusnyc.org

June 22, 2023

To: The Honorable Judge Stein

Re:  Letter of Reference for Sheina Levin

Dear Honorable Judge Stein,

I have been asked to submit a letter of reference on behalf of Sheina Levin. I am honored to do so.

I am the Founder and current Executive Director of HousingPlus. Since 2002 our mission is developing transitional and permanent housing with on-site services for women and families to support their overcoming poverty, homelessness, trauma and the effects of incarceration, in order to achieve lives of stability and to realize goals for themselves and their families. Today we operate 200 units of permanent housing and another 100 units of transitional housing for women and families as an alternative to incarceration offering treatment and counseling they need while they resolve their court cases.

I was first introduced to Sheina Levin in 2002 by a former colleague at Women In Need (Win) where I had been the executive director until 2000. I had received a grant to develop a permanent housing program for six families and ten single womeng . Sheina had a reputation for being smart and thorough; helping her clients find the right neighborhood and apartment. She understood that in order to make a difference women needed to live in a safe neighborhood with public transportation, schools, health and social services nearby.  Sheina, without a history developing housing in Brooklyn, she took a chance on us—guiding us on how to select the right apartment and remain within our budget. I could depend on Sheina to introduce us to landlords who would accept our clients and be counted on to identify buildings that had an onsite superintendent and were well managed. Over the years Sheina has found other ways to be of support and service to HousingPlus. Beginning in 2017 ,when we held our first fundraising event, Sheina has been a loyal sponsor or helped us to identify others to support what is now an annual event. As we have expanded she now works more closely with our program and property staff—and to my surprise I discovered that nearly five years ago she began a holiday toy drive to make sure children had gifts to open at Christmas. More recently she developed a focus group for women in our transitional housing program with an aim to coach them on how to manage a housing interview and what to expect when moving and how to get repairs made by being an effective advocate.

I hope this sheds some light on Sheina's overall goodness and that there are many of us grateful for her generosity over these past twenty plus years—we now serve over 300 women and families annually and we have three new housing projects underway that will result in our doubling the number by 2027. It began with Sheina introducing me to the owner of a six unit property on Essex Street. Today four of the six families who were homeless when they moved in still reside there and their children, who were infants then, are in college, working or married with families of their own today.

Thank you and I respectfully hope this will attest to Sheina Levin's overall goodness and willingness to take a chance on us and help us to make a difference in the life of many women and children. I am one of many who are grateful for her wise counsel and kindness. And I look forward to our continuing working together.

Sincerely,

Rita Zimmer

Founder & Executive Director


Opening doors for women in crisis