UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA

-v.-

SHEINA LEVIN,

          Defendant.

------------------------------x

ORDER OF
RESTITUTION

S2 21 Cr. 221 (SHS)

       Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, David Abramowicz, Assistant United States Attorney, of counsel; the defendant's plea agreement; the presentence report; the defendant's conviction, following her plea of guilty, on Count One of the above Information; and all other proceedings in this case, it is hereby ORDERED that:

       SHEINA LEVIN, the defendant, shall pay restitution in the total amount of $838,880.78 to the following victim of the offense charged in Count One:

                 BRONX PARENT HOUSING NETWORK, INC.
                 488 E. 164th Street
                 Bronx, NY 10456

       The Defendant's $838,880.78 restitution obligation for Count One shall be joint and several, in full, with the restitution imposed against Victor Rivera in *United States v. Victor Rivera*, No. 21 Cr. 221 (SHS).

       The Defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C.

§ 3611. The Defendant shall write her name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

The Defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Unit) of (1) any change of the Defendant's name, residence, or mailing address or (2) any material change in the Defendant's financial resources that affects the Defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k). If the Defendant discloses, or the Government otherwise learns of, additional assets not known to the Government at the time of the execution of this order, the Government may seek a Court order modifying any payment schedule consistent with the discovery of new or additional assets.

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated:    New York, New York
          September 27, 2023

_____
THE HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE