

**Michael C. Farkas, Esq., PLLC**

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor
New York, New York 10005

32 Court Street, Suite 408
Brooklyn, New York 11201

March 12, 2024

<u>Via ECF</u>

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>United States v. Sheina Levin</u>
     S2 21 CR 221

Your Honor:

I write to request the Court's permission to allow my client to travel overnight while under location monitoring, on the following two occasions.

First, Ms. Levin wishes to travel to Dallas, Texas for a family wedding from April 8, 2024 through April 10, 2024.

Second, Ms. Levin wishes to travel to Suffern, New York to spend the last several days of the Passover holiday with her parents and her sister's family. This trip would begin on April 26, 2024 and end on May 1, 2024.

Ms. Levin's probation officer, Sabrina Gargano, does not object to these requests but notes that overnight travel while under location monitoring must be authorized by the Court.

I have conferred with AUSA Tara LaMorte, who consents to this request so long as Ms. Levin complies with any conditions imposed by Probation.

Thank you.

Very truly yours,

Michael C. Farkas