# MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor32 Court Street, Suite 408
New York, New York 10005Brooklyn, New York 11201

March 12, 2024

Via ECF**MEMO ENDORSED**

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Sheina Levin
    S2 21 CR 221

Your Honor:

I write to request the Court's permission to allow my client to travel overnight while under location monitoring, on the following two occasions.

First, Ms. Levin wishes to travel to Dallas, Texas for a family wedding from April 8, 2024 through April 10, 2024.

Second, Ms. Levin wishes to travel to Suffern, New York to spend the last several days of the Passover holiday with her parents and her sister's family. This trip would begin on April 26, 2024 and end on May 1, 2024.

Ms. Levin's probation officer, Sabrina Gargano, does not object to these requests but notes that overnight travel while under location monitoring must be authorized by the Court.

I have conferred with AUSA Tara LaMorte, who consents to this request so long as Ms. Levin complies with any conditions imposed by Probation.

Thank you.**The requests to travel are granted. Ms. Levin shall provide her probation officer with all her travel details.**

Very truly yours,

Michael C. FarkasDated: New York, New York
March 12, 2024

SO ORDERED:

Sidney H. Stein, U.S.D.J.