# MCF

**Michael C. Farkas, Esq., PLLC**

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor  
New York, New York 10005

32 Court Street, Suite 408  
Brooklyn, New York 11201

May 22, 2024

Via ECF

Hon. Sidney H. Stein  
U.S. District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

Re: United States v. Sheina Levin  
    S2 21 CR 221

Your Honor:

## MEMO ENDORSED

Defendant's requests are granted. Ms. Levin shall provide her probation officer will all the details of her travel.

Dated: New York, New York  
       May 22, 2024

SO ORDERED:

*/s/ Sidney H. Stein*

Sidney H. Stein, U.S.D.J.

I write to request the Court's permission to allow my client to travel overnight while under location monitoring, and for the Court to authorize the Probation Department to return my client's passport for the limited purpose of securing a New York State "Real ID."

First, Ms. Levin wishes to travel to her niece's home in New Haven, Connecticut this Friday, May 24, 2024 through Sunday, May 26, 2024. The purpose of this travel is to tend to a family member.

Second, Ms. Levin wishes to secure an updated driver's license in order to comply with the requirement that airline travelers possess a "Real ID" going forward. In order to do so, she must present her passport to the NYS Department of Motor Vehicles. Ms. Levin will not utilize the passport for travel of any kind.

Ms. Levin has conferred with her Probation Officer, Sabrina Gargano, who advises that she must obtain judicial approval for both of these requests.

Thank you.

Very truly yours,

*/s/ Michael C. Farkas*

Michael C. Farkas