

# MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor　　　　　　　　　　　　　　　　　　　　32 Court Street, Suite 408
New York, New York 10005　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11201

June 10, 2024

<u>Via ECF</u>

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:　<u>United States v. Sheina Levin</u>
　　　S2 21 CR 221

Your Honor:

I write to request the Court's permission to allow my client to travel overnight while under location monitoring.

Ms. Levin wishes to travel on July 3, 2024 with several members of her family to her home in Monitcello, New York, and remain there until July 8, 2024.

I have conferred with Ms. Levin's Probation Officer, Sabrina Gargano, who advises that she does not object to this request.

Thank you.

Very truly yours,

Michael C. Farkas