# MCF

Michael C. Farkas, Esq., PLLC

P: 212.760.8400 • F: 212.760.8403 • E: mfarkas@farkaslawfirm.com

88 Pine Street, 22nd Floor
New York, New York 10005

32 Court Street, Suite 408
Brooklyn, New York 11201

June 10, 2024

**MEMO ENDORSED**

Via ECF

Hon. Sidney H. Stein
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  United States v. Sheina Levin
     S2 21 CR 221

Your Honor:

I write to request the Court's permission to allow my client to travel overnight while under location monitoring.

Ms. Levin wishes to travel on July 3, 2024 with several members of her family to her home in Monitcello, New York, and remain there until July 8, 2024.

I have conferred with Ms. Levin's Probation Officer, Sabrina Gargano, who advises that she does not object to this request.

Thank you.

Very truly yours,

Michael C. Farkas

**Request granted. Ms. Levin shall provide the probation officer with the details of her stay in Monticello.**

**Dated: New York, New York**
       **June 10, 2024**

**SO ORDERED:**

Sidney H. Stein, U.S.D.J.